John J. Shaeffer (State Bar No. 138331)
JShaeffer@LathropGage.com
Jeffrey H. Grant (State Bar No. 218974)
JGrant@LathropGage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, California  90067-1623
Telephone:    310.789.4600
Facsimile:     310.789.4601

Attorneys for Plaintiff
TVIIM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TVIIM, LLC, a Colorado Limited liability company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MCAFEE, INC., a corporation,<br><br>　　　　　　Defendant. | Case No.  3:13-cv-04545-JST<br><br>**ANSWER TO COUNTERCLAIMS** |
| MCAFEE, INC., a corporation,<br><br>　　　　　　Counterclaimant,<br><br>v.<br><br>TVIIM, LLC, a Colorado Limited liability company,<br><br>　　　　　　Counterclaim Defendant. | **DEMAND FOR JURY TRIAL**<br><br>Hon. Jon S. Tigar |