John J. Shaeffer (State Bar No. 138331)
JShaeffer@LathropGage.com
Jeffrey H. Grant (State Bar No. 218974)
JGrant@LathropGage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, California 90067-1623
Telephone:    310.789.4600
Facsimile:    310.789.4601

Attorneys for Plaintiff
TVIIM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TVIIM, LLC, a Colorado Limited liability company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MCAFEE, INC., a corporation,<br><br>　　　　　　Defendant. | Case No. 3:13-cv-04545-JST<br><br>**ANSWER TO COUNTERCLAIMS** |
| MCAFEE, INC., a corporation,<br><br>　　　　　　Counterclaimant,<br><br>v.<br><br>TVIIM, LLC, a Colorado Limited liability company,<br><br>　　　　　　Counterclaim Defendant. | **DEMAND FOR JURY TRIAL**<br><br>Hon. Jon S. Tigar |

Plaintiff TVIIM, LLC, ("Innerwall") respectfully submits this response to Defendant McAfee, Inc.'s ("McAfee") Counterclaims (Dkt. No. 13).  INNERWALL denies each and every allegation in McAfee's Counterclaims that is not specifically admitted herein. Innerwall responds to the counterclaims as follows:

1. Innerwall admits the allegations of Paragraph 1 to the extent they are accurately reflected in Innerwall's Complaint.

2. Innerwall denies the allegations of Paragraph 2, except that Innerwall admits that Innerwall has accused McAfee of infringing the '168 Patent.

3. Paragraph 3 asserts a legal conclusion to which no response is required.

4. Innerwall lacks knowledge or information sufficient to form a belief about the allegations of Paragraph 4, except that Innerwall admits that McAfee's principal place of business is in Santa Clara, California.

5. Innerwall admits the allegations of Paragraph 5 to the extent they are accurately reflected in Innerwall's Complaint.

6. Innerwall denies the allegations of Paragraph 6, except that Innerwall admits the Court has subject matter jurisdiction over McAfee's Counterclaims.

7. Innerwall denies the allegations of Paragraph 7, except that Innerwall admits the Court has personal jurisdiction over Innerwall.

8. Innerwall denies the allegations of Paragraph 8, except that Innerwall admits that venue for McAfee's Counterclaims is properly in this District.

**MCAFEE'S FIRST COUNTERCLAIM**

9. Innerwall repeats and re-alleges the allegations of its Complaint, and its responses to McAfee's Counterclaims set forth above and below, as if set forth here in full.

10. Innerwall denies the allegations of Paragraph 10.

11. Innerwall denies the allegations of Paragraph 11.

**MCAFEE'S SECOND COUNTERCLAIM**

12. Innerwall repeats and re-alleges the allegations of its Complaint, and its responses to McAfee's Counterclaims set forth above and below, as if set forth here in full.

13. Innerwall denies the allegations of Paragraph 13.

14. Innerwall denies the allegations of Paragraph 14.

### General Denial

Innerwall denies each and every allegation in McAfee's Answer and Counterclaims which has not been specifically admitted herein. Innerwall further denies that McAfee is entitled to any relief as claimed in the Prayer for Relief.

### Affirmative Defenses

Innerwall allege the following affirmative defenses against McAfee's Counterclaims. By alleging the matters set forth in this affirmative defenses, Innerwall does not thereby allege or admit that it has the burden of proof with respect to any such matters.

### First Affirmative Defense

(Failure to State a Claim)

29. McAfee's Counterclaims fail to state facts sufficient to constitute a cause of action.

### Second Affirmative Defense

(Doctrine of Unclean Hands)

30. McAfee has unclean hands, and it would be inequitable to grant to McAfee any remedies sought by its Counterclaims.

### Third Affirmative Defense

(Estoppel)

31. McAfee is estopped by reason of its conduct, acts, and omissions from recovery on any claims that it may have against Innerwall.

### Fourth Affirmative Defense

(Inequitable/Against Public Policy)

32. Under the circumstances, holding Innerwall responsible for any purported damages allegedly suffered by McAfee would be inequitable, unfair, and/or against public policy.

### Fifth Affirmative Defense

(Statute of Limitations)

33. To the extent that the causes of action arose prior to the applicable prescriptive or statutory period, McAfee Counterclaims are barred, in whole or in part, by the applicable statute of limitations and/or statute of repose.

### Sixth Affirmative Defense

(Failure to Mitigate)

34. McAfee has not been injured in any way or in any matter as a result of any act or omission of Innerwall or has failed to mitigate its damages.

### Seventh Affirmative Defense

(Equities)

35. The Counterclaims are barred in whole or in part by the equitable doctrines of estoppel, misuse and/or waiver.

Innerwall reserves the right to allege other affirmative defenses as they may become known during the course of discovery, and hereby specifically reserves the right to amend its Answer to Counterclaims to allege said affirmative defenses as such time as they become known.

### Prayer for Relief

WHEREFORE, Innerwall prays that the Court enter judgment in its favor and against McAfee, including:

1. That McAfee take nothing by its Counterclaims;
2. For judgment dismissing McAfee's Counterclaims;
3. That Innerwall be awarded its reasonable attorney's fee in the defense of this action;
4. For an assessment of cost against McAfee; and
5. For such other relief as the Court may deem just.

1  Dated: December 30, 2013                    LATHROP & GAGE LLP
2
3
                                               By: /s/ John Shaeffer
4                                                  John J. Shaeffer
                                                   Attorneys for Plaintiff
5                                                  TVIIM, LLC
6
7
8                              **JURY DEMAND**
9       Innerwall demands a trial by jury on all issues so triable.
10
11 Dated: December 30, 2013                    LATHROP & GAGE LLP
12
13
                                               By:/s/ John Shaeffer
14                                                 John J. Shaeffer
                                                   Attorneys for Plaintiff
15                                                 TVIIM, LLC

- 4 -                              ANSWER TO COUNTERCLAIMS
                                   3:13-CV-04545-JST