UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TVIIM, LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>MCAFEE, INC.,<br><br>       Defendant. | Case No.  13-cv-04545-VC<br><br>**ORDER** |

On May 8, 2014, the parties submitted a joint letter regarding a dispute about the infringement and invalidity contentions in this case. (Docket No. 35).  As requested in the letter, TVIIM is granted leave to amend its infringement contentions to correct its omission regarding Deep Defender.  McAfee is directed to serve its invalidity contentions by May 12, 2014, but may, if necessary, supplement its invalidity contentions to respond to the changes in TVIIM's infringement contentions, so long as it does so no later than June 26, 2014.

In all other respects, the Court adopts the schedule proposed by Plaintiff in the Joint Case Management Statement (Docket No. 34).  Plaintiff shall submit a proposed order setting this schedule by **May 12, 2014**.  In addition, the parties are directed to appear for a case management conference on **May 30, 2014** at **10:30 a.m.** in Courtroom 4, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  If the parties agree that the Court's adoption of Plaintiff's proposed schedule obviates the need for a prompt case management conference, they may file a stipulation so stating and setting the conference for a later date.

**IT IS SO ORDERED.**

Dated: May 9, 2014

_____
VINCE CHHABRIA
United States District Judge