Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

TVIIM, LLC )
                        Plaintiff(s), )
v. )
MCAFEE, INC., )
                       Defendant(s). )

Case No: 3:13-cv-04545 (J

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Bryan S. Banks, an active member in good standing of the bar of Arizona, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: McAfee, Inc. in the above-entitled action. My local co-counsel in this case is David Tsai, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2901 N. Central Ave., Ste. 2000<br>Phoenix, Arizona  85012 | Four Embarcadero Center, Ste. 2400<br>San Francisco, California  94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (602) 351-8000 | (415) 344-7000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| bbanks@perkinscoie.com | dtsai@perkinscoie.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 023085.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/11/14                        Bryan S. Banks
                                                            APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Bryan S. Banks is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 24, 2014

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **BRYAN SCOTT BANKS** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on November 17, 2004 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this July 10, 2014.

_____
Michele Smith
Acting Disciplinary Clerk