1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TVIIM, LLC, a Colorado Limited liability company,<br><br>            Plaintiff,<br><br>v.<br><br>MCAFEE, INC., a corporation,<br><br>            Defendant. | Case No.  3:13-cv-04545-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO ADVANCE HEARING, RETURN AND REPLY DATE PURSUANT TO CIV. L. R. 6-3 AND 7-11** |
| MCAFEE, INC., a corporation,<br><br>            Counterclaimant,<br><br>v.<br><br>TVIIM, LLC, a Colorado Limited liability company,<br><br>            Counterclaim Defendant. | |

1  The Court, having considered TVIIM LLC's ("TVIIM") Administrative Motion,
2  pleadings and argument of the parties, and good cause being found, HEREBY ORDERS:
3  The hearing on TVIIM's Motion to Extend the Discovery Cut-Off and Related Dates
4  ("Motion to Extend") is advanced to October 30, 2014.  The deadline for McAfee, Inc's
5  Opposition to the Motion to Extend is advanced to October 24, 2014.  Any reply in support of
6  TVIIM's Motion to Extend is due October 27, 2014.

IT IS SO ORDERED.

Dated:   October 17, 2014

Hon. J
United

*IT IS SO ORDERED*
*Judge Vince Chhabria*