John J. Shaeffer (State Bar No. 138331)
JShaeffer@LathropGage.com
Jeffrey H. Grant (State Bar No. 218974)
JGrant@LathropGage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, California  90067-1623
Telephone:    310.789.4600
Facsimile:     310.789.4601

Attorneys for Plaintiff
TVIIM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TVIIM, LLC, a Colorado Limited liability company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MCAFEE, INC., a corporation,<br><br>　　　　　Defendant. | Case No.  3:13-cv-04545-VC<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER REGARDING MEDIATION<br>DEADLINE** |
| MCAFEE, INC., a corporation,<br><br>　　　　　Counterclaimant,<br><br>v.<br><br>TVIIM, LLC, a Colorado Limited liability company,<br><br>　　　　　Counterclaim Defendant. | |

1   WHEREAS, under the Court's May 15, 2014, Scheduling Order, the deadline for the
2   completion of mediation is December 15, 2014, Dkt. No. 38;

3   WHEREAS, in an Order dated October 31, 2014, the Court continued the discovery cut-
4   off from November 14, 2014 to December 12, 2014, continued the service of opening expert
5   reports from November 24, 2014 to January 16, 2015, but did not continue the deadline for the
6   completion of mediation;

7   WHEREAS, Plaintiff TVIIM, LLC, ("TVIIM") and Defendant McAfee, Inc.'s
8   ("McAfee") believe that they would be in a better position to participate in a mediation and
9   discuss settlement after the completion of expert discovery and after the parties' respective
10  dispositive motions are fully briefed;

11  THEREFORE, to prepare the parties for mediation and to increase the potential for an
12  informal resolution, IT IS HEREBY STIPULATED by and between the parties hereto through
13  their respective attorneys of record, subject to approval by the Court, that the deadline for
14  participating in a mediation is continued from December 15, 2014 to April 10, 2015.

Dated: November 20, 2014            LATHROP & GAGE LLP


By: /s/ John Shaeffer
    John J. Shaeffer
    Attorneys for Plaintiff
    TVIIM, LLC


Dated: November 20, 2014            WILMER CUTLER PICKERING HALE
                                    AND DOOR LLP



By: /s/ Joseph J. Mueller
    Joseph J. Mueller (*pro hac vice*)
    Attorneys for Defendant
    McAfee, Inc.

- 1 -    STIPULATION AND [PROPOSED]
         ORDER RE MEDIATION DEADLINE
         3:13-CV-04545-VC

ActiveUS 127686106v.1

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

2  _____       Dated: November 26, 2014

3  **Hon. Judge Vince Chhabria**
   **United States District Judge**

- 2 -

STIPULATION AND [PROPOSED]
ORDER RE MEDIATION DEADLINE
3:13-CV-04545-VC

ActiveUS 127686106v.1