1   John J. Shaeffer (State Bar No. 138331)
    JShaeffer@LathropGage.com

2   Jeffrey H. Grant (State Bar No. 218974)
    JGrant@LathropGage.com

3   LATHROP & GAGE LLP
    1888 Century Park East, Suite 1000

4   Los Angeles, California  90067-1623
    Telephone:   310.789.4600

5   Facsimile:   310.789.4601

6   Attorneys for Plaintiff
    TVIIM, LLC

7

8               **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10              **SAN FRANCISCO DIVISION**

11

12   TVIIM, LLC, a Colorado Limited liability
     company,

13

14              Plaintiff,

15   v.

16   MCAFEE, INC., a corporation,

17             Defendant.

18   MCAFEE, INC., a corporation,

19

20            Counterclaimant,

21   v.

22

23   TVIIM, LLC, a Colorado Limited liability
     company,

24           Counterclaim Defendant.

Case No.  3:13-cv-04545-VC

**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS PURSUANT TO LOCAL RULES 7-11 AND 79-5 AND GENERAL ORDER NO. 62**

AND ORDER

25

26

27

28

1    Pursuant to Local Rules 6-3 and 7-11 of this Court, Plaintiff TVIIM, LLC ("TVIIM")

2  submits this administrative motion for an order to seal Exhibit "I" to the concurrently-filed

3  Declaration of John J. Shaeffer.

4    TVIIM seeks permission to file under seal because the document identified above was

5  designated by McAfee, Inc. as "Confidential – Outside Attorney's Eyes Only" under the

6  Protective Order.  TVIIM is filing this administrative motion pursuant to Local Rule 79-5(d) to

7  give McAfee, Inc. an opportunity to file a declaration establishing that such designated material is

8  sealable and to file a proposed sealing order.

9

10

11

12

13  Dated: October 13, 2014                        LATHROP & GAGE LLP

14

15

16                                        By: /s/ John Shaeffer
                                              John Shaeffer
17                                            Attorneys for Plaintiff
                                              TVIIM, LLC

18

19

20

21   Date: December 5, 2014

22

GRANTED

Judge Vince Chhabria

- 1 -                                 ADMINISTRATIVE MOTION
                                      TO SEAL
                                      3:13-CV-04545-VC