Katherine D. Prescott (SBN 215496)
  katherine.prescott@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Joseph J. Mueller (*pro hac vice*)
  joseph.mueller@wilmerhale.com
Sarah B. Petty (*pro hac vice*)
  sarah.petty@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

*Attorneys for Defendant and
Counterclaim-Plaintiff McAfee, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TVIIM, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MCAFEE, INC.,<br><br>　　　　　Defendant. | **Civil Action No. 3:13-CV-04545-VC (KAW)**<br><br>**[PROPOSED] ORDER ~~GRANTING~~ Denying MCAFEE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (MCAFEE'S OPPOSITION TO TVIIM'S MOTION TO EXTEND THE DISCOVERY CUT-OFF AND OTHER DATES)** |

<div style="margin-left:2em">

1   Pursuant to Civ. L.R. 7-11 and 79-5, McAfee, Inc. ("McAfee") has filed an

2   Administrative Motion to File Documents Under Seal ("Motion to Seal") relating to McAfee's

3   Opposition to TVIIM's Motion to Extend the Discovery Cut-Off and Other Dates ("McAfee's

4   Opposition").

5   The Court HEREBY ORDERS that there is good cause to seal Exhibit 1 to the

6   Declaration of Katherine D. Prescott in Support of McAfee's Opposition in full.

7   Having considered McAfee's Motion to Seal, and finding good cause

8   therefore, the Court hereby GRANTS McAfee's Motion to Seal. Exhibit 1 shall be filed under

9   seal.

10

11  **IT IS SO ORDERED.**

12

13  Dated: December 5, 2014

14  Hon.

15  Unit

</div>



DENIED
Judge Vince Chhabria

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

2                                               [PROPOSED] ORDER
                                                3:13-CV-04545-VC (KAW)