1  John J. Shaeffer (State Bar No. 138331)
   JShaeffer@LathropGage.com
2  Jeffrey H. Grant (State Bar No. 218974)
   JGrant@LathropGage.com
3  LATHROP & GAGE LLP
   1888 Century Park East, Suite 1000
4  Los Angeles, California  90067-1623
   Telephone:    310.789.4600
5  Facsimile:    310.789.4601

6  Attorneys for Plaintiff
   TVIIM, LLC
7

8                     **UNITED STATES DISTRICT COURT**

9                     **NORTHERN DISTRICT OF CALIFORNIA**

10                           **SAN FRANCISCO DIVISION**

11

| 12 | TVIIM, LLC, a Colorado Limited liability company, | Case No.  3:13-cv-04545-VC |
|---|---|---|
| 13 | | |
| 14 | Plaintiff, | **[PROPOSED] ORDER GRANTING TVIIM'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL UNDER SEAL PURSUANT TO LOCAL RULE 79-5** |
| 15 | v. | |
| 16 | MCAFEE, INC., a corporation, | |
| 17 | Defendant. | |
| 18 | MCAFEE, INC., a corporation, | |
| 19 | | |
| 20 | Counterclaimant, | |
| 21 | v. | |
| 22 | | |
| 23 | TVIIM, LLC, a Colorado Limited liability company, | |
| 24 | Counterclaim Defendant. | |

25
26
27
28

                                                          [PROPOSED] ORDER
                                                          3:13-CV-04545-VC (KAW)

Pursuant to Civ. L.R. 79-5, TVIIM, LLC ("TVIIM") has filed an Administrative Motion to File Document Under Seal ("Motion to Seal") relating to TVIIM's Reply in Support of Motion to Extend the Discovery Cut-Off and Related Dates ("TVIIM's Reply").

The Court HEREBY ORDERS that there is good cause to seal the Declaration of Paul Jonjak in Support of TVIIM's Reply in full.

Having considered TVIIM's Motion to Seal, and finding good cause therefore, the Court hereby GRANTS TVIIM's Motion to Seal. The Declaration of Paul Jonjak in Support of TVIIM's Reply shall be filed under seal.

**IT IS SO ORDERED.**

Dated: __December 5__, 2014

GRANTED
Judge Vince Chhabria

_____
Hon. V_____
United _____ District Judge