1   Katherine Prescott (SBN 215496)
    katherine.prescott@wilmerhale.com
2       WILMER CUTLER
        PICKERING HALE AND
3       DORR LLP
    950 Page Mill Road
4   Palo Alto, CA 94304
    Telephone:     (650) 858 6000
5   Facsimile:     (650) 858 6100

6   Joseph J. Mueller (*pro hac vice*)
    joseph.mueller@wilmerhale.com
7   Sarah B. Petty (*pro hac vice*)
    sarah.petty@wilmerhale.com
8       WILMER CUTLER
        PICKERING HALE AND
9       DORR LLP
    60 State Street
10  Boston, MA  02109
    Telephone:     (617) 526-6000
11  Facsimile:     (617) 526-5000

12  Attorneys for Defendant and
    Counterclaim-Plaintiff McAfee, Inc.
13
                    **UNITED STATES DISTRICT COURT**
14                 **NORTHERN DISTRICT OF CALIFORNIA**
                     **SAN FRANCISCO DIVISION**
15

16  TVIIM, LLC, a Colorado Limited liability        **Case No.  3:13-cv-04545-VC (KAW)**
    company,
17
                         Plaintiff,                  ~~**[PROPOSED**~~] **ORDER GRANTING**
18                                                   **MCAFEE'S UNOPPOSED MOTION**
                    v.                               **TO AMEND ITS ANSWER TO**
19                                                   **ALLEGE INEQUITABLE CONDUCT**
    MCAFEE, INC., a corporation,
20
                         Defendant.
21  ───────────────────────────────
    MCAFEE, INC., a corporation,
22
                         Counterclaim-Plaintiff,
23
                    v.
24
    TVIIM, LLC, a Colorado Limited liability
25   company,
26
                         Counterclaim-Defendant.
27
28
                                                     [PROPOSED] ORDER
                                                     3:13-cv-04545-VC (KAW)

1    Before the Court is McAfee's Unopposed Motion To Amend Its Answer To Allege

2  Inequitable Conduct.

3    Having considered the motion, and finding good cause therefor, the Court hereby

4  GRANTS McAfee's Unopposed Motion To Amend Its Answer To Allege Inequitable Conduct.

5    IT IS SO ORDERED.

6

7

8

9

10  Dated: January 5, 2015                    _____

11                                            Hon. Vince Chhabria

12                                            United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

[PROPOSED] ORDER
3:13-cv-04545-VC (KAW)