| | |
|---|---|
| John J. Shaeffer (SBN 138331) | Christine C. Capuyan (SBN 281036) |
| jshaeffer@foxrothschild.com | christine.capuyan@wilmerhale.com |
| Jeffrey H. Grant (SBN 218974) | WILMER CUTLER PICKERING |
| jgrant@foxrothschild.com | HALE AND DORR LLP |
| Emily S. Birdwhistell (SBN 248602) | 950 Page Mill Road |
| ebirdwhistell@foxrothschild.com | Palo Alto, CA 94304 |
| FOX ROTHSCHILD LLP | Telephone: (650) 858-6000 |
| 1800 Century Park East, Suite 300 | Facsimile: (650) 858-6100 |
| Los Angeles, California 90067 | |
| Telephone: (310) 598-4150 | Joseph J. Mueller (*pro hac vice*) |
| Fax: (310) 556-9828 | joseph.mueller@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| *Attorneys for Plaintiff and Counterclaim-Defendant TVIIM, LLC* | HALE AND DORR LLP |
| | 60 State Street |
| | Boston, MA 02109 |
| | Telephone: (617) 526-6000 |
| | Facsimile: (617) 526-5000 |
| | |
| | Nina S. Tallon (*pro hac vice*) |
| | nina.tallon@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 1875 Pennsylvania Avenue NW |
| | Washington, DC 20006 |
| | Telephone: (202) 663-6000 |
| | Facsimile: (202) 663-6363 |
| | |
| | *Attorneys for Defendant and Counterclaim-Plaintiff McAfee, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TVIIM, LLC, a Colorado Limited liability company, | Case No. 3:13-cv-04545-HSG |
| Plaintiff and Counterclaim-Defendant, | **JOINT STIPULATION REQUESTING PERMISSION TO CONNECT LAPTOPS FOR VISUAL PRESENTATIONS AT MAY 13, 2015 HEARING** |
| v. | |
| MCAFEE, INC., a corporation, | |
| Defendant and Counterclaim-Plaintiff. | **ORDER** |

1  Pursuant to Civil Local Rule 7-12, counsel for Plaintiff TVIIM, LLC ("TVIIM")
2  and Defendant McAfee, Inc. ("McAfee") stipulate and respectfully request an order
3  permitting counsel and their staff and/or consultants to (a) bring laptop computers into the
4  courthouse and (b) connect their respective laptops into Courtroom 15's visual
5  presentation system on Wednesday, May 13, 2015, for the hearings on the following
6  motions on that same date:
7  • TVIIM's Motion for Partial Summary Judgement (Dkt. 112)
8  • TVIIM's Motion to Strike Certain Expert Testimony of Lance Gunderson
9      (Dkt. 116)
10 • McAfee's Motion for Summary Judgment of Invalidity (Dkt. 120)
11  Counsel also respectfully request that they and their staff and/or consultants be
12  permitted to enter Courtroom 15 at 9:30 a.m. on May 13, 2015 (or at another time
13  convenient to the Court, and in advance of the 10:30 a.m. hearing) to connect their
14  respective laptops and confirm operability with the Court's presentation system.

16  Dated: May 5, 2015                          FOX ROTHSCHILD LLP

17                                              By: /s/ *John J. Shaeffer*
18                                                  John J. Shaeffer
                                                    Jeffrey H. Grant
19                                                  *Attorneys for Plaintiff*
                                                    *TVIIM, LLC*
20

21  Dated: May 5, 2015                          WILMER CUTLER PICKERING
22                                              HALE AND DOOR LLP

23                                              By: /s/ *Joseph J. Mueller*
                                                    Joseph J. Mueller (*pro hac vice*)
24                                                  Nina S. Tallon (*pro hac vice*)
25                                                  Christine C. Capuyan
                                                    *Attorneys for Defendant*
26                                                  *McAfee, Inc.*

1 **ORDER**

2  FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.  Counsel for the parties and
3 their staff and/or consultants may enter Courtroom 15 at 10:00 a.m on May 13, 2015, to
4 connect their respective laptops and test/confirm operability with the Court's visual
5 presentation system.

6

7 Dated: May 6, 2015

 *[signature]*
 Hon. Haywood S. Gilliam, Jr.
8  United States District Judge

## ATTESTATION OF E-FILED SIGNATURES

I, Christine C. Capuyan, am the ECF user whose ID and password are being used to file this Joint Stipulation Requesting Permission to Connect Laptops for Visual Presentations at May 13, 2015 Hearing.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in this filing had been obtained from Joseph J. Mueller and John J. Shaeffer.

Dated:  May 5, 2015         */s/ Christine C. Capuyan*
                             Christine C. Capuyan

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States that a true and correct copy of the above and foregoing document has been served on May 5, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

Dated:  May 5, 2015         */s/ Christine C. Capuyan*
                             Christine C. Capuyan