John J. Shaeffer (SBN 138331)
    jshaeffer@foxrothschild.com
Jeffrey H. Grant (SBN 218974)
    jgrant@foxrothschild.com
Emily Birdwhistell (SBN 248602)
    ebirdwhistell@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Tel: 310.598.4166 / Fax: 310.556.9828

Attorneys for Plaintiff and Counterclaim-
Defendant TVIIM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TVIIM, LLC, a Colorado Limited liability company,<br><br>              Plaintiff,<br><br>v.<br><br>MCAFEE, INC., a corporation,<br><br>              Defendant. | Case No.  3:13-cv-04545-HSG<br><br>**SUPPLEMENTAL DECLARATION OF JOHN SHAEFFER IN SUPPORT OF TVIIM, LLC'S MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY OF LANCE GUNDERSON**<br><br>Hearing Date:  May 7, 2015<br>Hearing Time: 2:00 p.m.<br>Courtroom:  15, 18th Floor |
| MCAFEE, INC., a corporation,<br><br>              Counterclaimant,<br><br>v.<br><br>TVIIM, LLC, a Colorado Limited liability company,<br><br>              Counterclaim Defendant. | Hon. Haywood S. Gilliam, Jr. |

ACTIVE 30518967v1 06/17/2015

## DECLARATION OF JOHN SHAEFFER

I, John Shaeffer, hereby declare as follows:

1.      I am a partner in the law firm of Fox Rothschild LLP, counsel for Plaintiff and Counterclaim Defendant TVIIM, LLC ("TVIIM"), in this action.  I am a member in good standing of the California State Bar and the Ninth Circuit Bar.  I submit this supplemental declaration in support of TVIIM's Motion to Exclude Certain Expert Testimony of Lance Gunderson.  This declaration is being submitted in response to the Court's Order of June 10, 2015, Dkt. No. 171, which denied TVIIM's Administrative Motion to File Under Seal. Accordingly, and in accordance with the Court's Order and McAfee's filings of June 15, 2015 (Dkt. Nos. 173-176), I am attaching the following documents to be publicly filed.  I have personal knowledge of the facts stated here and am familiar with the documents referred to below.

2.      Attached hereto as Exhibit 5 are true and correct excerpts from the confidential deposition of Yannick Yu taken October 28, 2014.

3.      Attached hereto as Exhibit 7 are true and correct excerpts from the confidential deposition of Armando Murga taken January 8, 2015.

4.      Attached hereto as Exhibit 16 are true and correct excerpts from the confidential deposition of Paul Leon Jonjak taken September 12, 2014.

5.      Attached hereto as Exhibit 17 is a true and correct copy of the November 7, 2012 Agreement to Form Joint Venture between Enterprise Information Management, Inc. ("EIM") and ThinkVillage Investments, LLC.

I declare under the penalty of perjury under federal law that the following is true and correct, and that I executed this Declaration on June 17, 2015 at Los Angeles, California.

/s/ John Shaeffer

JOHN SHAEFFER

SUPPLEMENTAL SHAEFFER
DECLARATION
3:13-CV-04545-HSG

1

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

2

I hereby attest that concurrence in this filing had been obtained from John Shaeffer and a

3

copy of his original signature is on file.

4

5

Dated: June 17, 2015                                                        /s/ Jeff Grant

6                                                                                          Jeff Grant

7

8

**CERTIFICATE OF SERVICE**

9

I hereby certify under penalty of perjury under the laws of the United States that a true

10

and correct copy of the above and foregoing document has been served on June 16, 2015, to all

11

counsel of record who are deemed to have consented to electronic service via the Court's ECF

12

system per Civil Local Rule 5-1.

13

14

Dated: June 17, 2015                                                        /s/ Jeff Grant

15                                                                                        Jeff Grant

16

17

18

19

20

21

22

23

24

25

26

27

28

ACTIVE 30518967v1 06/17/2015                          - 2 -                  SUPPLEMENTAL SHAEFFER
                                                                                             DECLARATION
                                                                                         3:13-CV-04545-HSG