CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1      UNITED STATES DISTRICT COURT

 2      NORTHERN DISTRICT OF CALIFORNIA

 3      ---------------------------------------------X

 4

 5      TVIIM, LLC, a Colorado

 6      Limited liability company,      Case No. 3:13-

 7                                      cv-04545-VC

 8                  Plaintiff,

 9      v.

10

11      MCAFFEE, INC., a corporation,

12                  Defendant.

13      _____

14

15         CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

16                  ---------------------

17

18       This is the videotaped deposition of YANNICK YU,

19        held at the Alt Hotel, Toronto Pearson, 6080

20       Viscount Road, Mississauga, Ontario, Canada on

21           Tuesday, October 28, 2014 at 10:06 a.m.

22

23

24         Reported by:

25         Nancy Lowrey, CSR, RPR


                                                  Page 1
```

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        record at 12:50 p.m.
 2        --- Lunch break at 12:50 p.m.
 3        --- Upon resuming at 1:35 p.m.
 4                   THE VIDEOGRAPHER:  Going back on
 5        the record at 1:36 p.m.
 6                   BY MR. SHAEFFER:
 7                   Q.  Good afternoon, Mr. Yu.  Do
 8        you recall you're still under oath?
 9                   A.  Yes.
10                   EXHIBIT NO. 5:  Document entitled
11                   "Proposed Design for McAfee
12                   Vulnerability Scanner, Bates
13                   reference 84901 DOC 031031 to
14                   1040".
15                   BY MR. SHAEFFER:
16                   Q.  I would like to hand you what
17        I've marked as Exhibit 5, which is entitled
18        "Proposed Design for McAfee Vulnerability Scanner,
19        84901DOC031031 to 1040".  Ask you to take a look
20        at that.  Is this a document you prepared?
21                   A.  Yes.
22                   Q.  And you prepared it as your
23        ordinary course of business?
24                   A.  Yes.
25                   Q.  The first version, version
```

Veritext National Deposition & Litigation Services
866 299-5127

Exhibit 05                                         0134

CONFIDENTIAL - ATTORNEYS EYES ONLY

1  0.1, is dated December 2nd, 2010.  Does that
2  refresh your recollection as to when you began
3  working on a Vulnerability Scanner?
4           A.  It doesn't, but the time stamp
5  doesn't lie, so I believe that's when it happened.
6           Q.  So it would have been shortly
7  around that period of time.  Were you working on
8  it a year before you did this draft or would it
9  have been a couple months, couple weeks?
10          A.  As I recall, around that time
11 when we started to put this document together as
12 the first version is when we started to really
13 work on it.  Shortly after we started working on
14 this document.
15          Q.  And do you recall -- now
16 taking a look at this document, do you recall
17 anything else, other than what you testified to,
18 about how the idea to pursue a
19 Vulnerability Scanner came about at McAfee for the
20 consumer products?
21          MS. PRESCOTT:  Do you want him to
22 read through the whole document?
23          BY MR. SHAEFFER:
24          Q.  I'm going to have you look at
25 portions of the document, but just having seen

Veritext National Deposition & Litigation Services
866 299-5127

Exhibit 05                                    0135

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1          I declare under penalty of perjury
 2     under the laws that the foregoing is
 3     true and correct.
 4
 5          Executed on   January 29th  , 20 15 ,
 6     at  MISSISSAUGA ,  ONTARIO . CANADA  .
 7
 8
 9
10
11          _____
12                  WITNESS SIGNATURE
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Veritext National Deposition & Litigation Services
866 299-5127

Exhibit 05                                      0136