```
                                                      1
 1            UNITED STATES DISTRICT COURT

 2          NORTHERN DISTRICT OF CALIFORNIA

 3             SAN FRANCISCO DIVISION

 4    ------------------------x

 5    TVIIM, LLC,                  :

 6          Plaintiff,             :   Case No.:

 7       v.                        :   3:13-cv-04545-VC

 8    McAFEE, INC.,                :

 9          Defendant.             :

10    ------------------------x

11

12         CONFIDENTIAL – ATTORNEYS' EYES ONLY

13      Videotaped Deposition of PAUL LEON JONJAK

14                Denver, Colorado

15          Friday, September 12, 2014

16                 10:03 a.m.

17

18

19

20

21

22

23    Job No.: 65410

24    Pages: 1 – 106

25    Reported by: MELANIE L. GIAMARCO
```

**Exhibit 16**                        **0261**

CONFIDENTIAL VIDEOTAPED DEPOSITION OF PAUL LEON JONJAK
CONDUCTED ON FRIDAY, SEPTEMBER 12, 2014

27

| | | |
|---|---|---|
| 1 | Q.    What type of cell phone applications? | 10:39:58 |
| 2 | A.    It was at the very beginning when either iPhone, or | 10:40:00 |
| 3 | any phone, if you were going to put an application on that | 10:40:04 |
| 4 | phone, this would help you to develop it more quickly than -- | 10:40:06 |
| 5 | there was a lot of trial and error in the early days, and this | 10:40:11 |
| 6 | gave you a lot of tools.  Eventually, that technology's | 10:40:13 |
| 7 | incorporated in a product that Adobe puts out that I think is | 10:40:19 |
| 8 | called Device Central. | 10:40:23 |
| 9 | Q.    And who is ThinkVillage Investments owned by? | 10:40:25 |
| 10 | A.    It has a number of investors, individual investors. | 10:40:29 |
| 11 | Q.    Do you know how many? | 10:40:38 |
| 12 | A.    More than five, less than 15. | 10:40:41 |
| 13 | Q.    And can you think of the names of any of those | 10:40:45 |
| 14 | individuals? | 10:40:47 |
| 15 | A.    Myself, Curtis Vock, Dean Stevinson, Ralph | 10:40:48 |
| 16 | Eschenbach, John Rayfield, Rod -- now I'm getting a mental | 10:40:53 |
| 17 | blank of Rod's last name. | 10:41:05 |
| 18 | Q.    Is it Thompson? | 10:41:06 |
| 19 | A.    Yes, Rod Thompson.  I think I've got all the main | 10:41:08 |
| 20 | ones. | 10:41:15 |
| 21 | Q.    And what percentage interest do you have in | 10:41:22 |
| 22 | ThinkVillage Investments? | 10:41:24 |
| 23 | A.    16 percent. | 10:41:25 |
| 24 | Q.    Do you know the percentage of any of the other | 10:41:32 |
| 25 | investors? | 10:41:34 |

CONFIDENTIAL-ATTORNEYS' EYES ONLY
Exhibit 16                                                    0262

CONFIDENTIAL VIDEOTAPED DEPOSITION OF PAUL LEON JONJAK
CONDUCTED ON FRIDAY, SEPTEMBER 12, 2014

28

| | | |
|---|---|---|
| 1 | A. Not exactly. | 10:41:35 |
| 2 | Q. Approximately? | 10:41:36 |
| 3 | A. I think Dean Stevinson is close to mine. I think | 10:41:37 |
| 4 | most of the rest are smaller. | 10:41:48 |
| 5 | Q. And how much capital contribution have you made to | 10:41:56 |
| 6 | ThinkVillage Investments? | 10:41:58 |
| 7 | A. I don't recall the exact amount. I would say, at | 10:42:07 |
| 8 | this point, it's more than $300,000, less than a half million. | 10:42:14 |
| 9 | Q. And have you received any money in return for your | 10:42:24 |
| 10 | investment in ThinkVillage? | 10:42:29 |
| 11 | A. I don't remember. ThinkVillage Investments has | 10:42:30 |
| 12 | recovered money. And some of it we've rolled over, and I | 10:42:42 |
| 13 | don't remember if we've distributed any or not. | 10:42:44 |
| 14 | Q. Do you recall when ThinkVillage Investments was | 10:42:48 |
| 15 | formed? | 10:42:53 |
| 16 | A. No, not exactly. | 10:42:53 |
| 17 | Q. Can you put a more-than/less-than time frame on it | 10:43:05 |
| 18 | for me? | 10:43:10 |
| 19 | A. Five and ten. | 10:43:10 |
| 20 | Q. So ThinkVillage Investments was formed sometime | 10:43:12 |
| 21 | between 2004 and 2009; does that sound accurate? | 10:43:18 |
| 22 | A. I think it was in that time frame. If anything, | 10:43:23 |
| 23 | it'd probably be more towards the early than the later, but I | 10:43:29 |
| 24 | just don't remember exactly. | 10:43:32 |
| 25 | Q. Now, you said that ThinkVillage Investments has had | 10:43:34 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF PAUL LEON JONJAK
CONDUCTED ON FRIDAY, SEPTEMBER 12, 2014

29

| | | |
|---|---|---|
| 1 | some recoveries. | 10:43:39 |
| 2 | What recoveries has ThinkVillage Investments had? | 10:43:41 |
| 3 | A.    The -- we've had recoveries in the Kerfoot case. | 10:43:43 |
| 4 | We've had recoveries in the case that involved the cell phone | 10:43:49 |
| 5 | application development.  The name of that company's alluding | 10:44:01 |
| 6 | me.  We've had recoveries in the Lead Relay case.  I think | 10:44:06 |
| 7 | those three.  In others, rather than recoveries, we've gone on | 10:44:14 |
| 8 | to create operating companies that we continue having interest | 10:44:22 |
| 9 | in. | 10:44:32 |
| 10 | Q.    And when you say "recoveries," are you referring to | 10:44:33 |
| 11 | litigation settlements or recoveries through other means? | 10:44:41 |
| 12 | A.    Those -- the recoveries I'm talking about are mostly | 10:44:46 |
| 13 | litigation settlements, but it feels like you're sort of going | 10:44:48 |
| 14 | down the wrong path a little bit, because ThinkVillage is | 10:44:52 |
| 15 | really about helping inventors realize value for their | 10:44:56 |
| 16 | creations.  And we would much prefer to see that come in the | 10:45:02 |
| 17 | form of either developing an operating company or entering | 10:45:05 |
| 18 | into a relationship with a company that has the resources to | 10:45:09 |
| 19 | develop that. | 10:45:12 |
| 20 | Litigation's really a rather unsatisfactory outcome. | 10:45:16 |
| 21 | It's much nicer to be part of an operating company and have a | 10:45:19 |
| 22 | continuing ongoing success.  That's where an inventor feels | 10:45:24 |
| 23 | like they've been successful, that they actually can see their | 10:45:28 |
| 24 | product in the marketplace and take pride in it.  And | 10:45:31 |
| 25 | litigation's sort of disappointing because it means that | 10:45:35 |

CONFIDENTIAL-ATTORNEYS' EYES ONLY
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

Exhibit 16

CONFIDENTIAL VIDEOTAPED DEPOSITION OF PAUL LEON JONJAK
CONDUCTED ON FRIDAY, SEPTEMBER 12, 2014

30

| # | | |
|---|---|---|
| 1 | somebody else has done it instead of you.  You know, they've | 10:45:40 |
| 2 | taken your idea and run away with it. | 10:45:42 |
| 3 | Q.   Are any of the ThinkVillage investors inventors on | 10:45:49 |
| 4 | any of the patents that are held by the ThinkVillage entities? | 10:46:03 |
| 5 | A.   Yes.  Curtis Vock, for sure.  I'm not sure of any of | 10:46:06 |
| 6 | the others -- well, my -- no, I wouldn't be on any of those. | 10:46:19 |
| 7 | No.  Curtis Vock's the only one I'm sure of. | 10:46:23 |
| 8 | Q.   In the Clean Chemistry/ThinkVillage entity, does the | 10:46:25 |
| 9 | inventor retain any interest? | 10:46:40 |
| 10 | A.   Yes.  The inventor has the greatest interest. | 10:46:43 |
| 11 | Q.   And who's the inventor there? | 10:46:46 |
| 12 | A.   His name is -- first name, Wayne.  Don't remember | 10:46:47 |
| 13 | the last name. | 10:46:54 |
| 14 | Q.   And do you recall his percentage interest? | 10:46:56 |
| 15 | A.   It's approximately half. | 10:46:58 |
| 16 | Q.   And in Opti-Enz, does the inventor retain any | 10:47:03 |
| 17 | interest in -- | 10:47:08 |
| 18 | A.    In that case, the inventor was CSU, Colorado State | 10:47:10 |
| 19 | University.  And they have a very large equity interest.  I | 10:47:18 |
| 20 | don't recall if it's more than half or not. | 10:47:21 |
| 21 | Q.   Okay.  And in TV-Kerfoot, does the inventor retain | 10:47:25 |
| 22 | any interest? | 10:47:31 |
| 23 | A.   Again, I think they're approximately half. | 10:47:32 |
| 24 | Q.   In the Ball Tracking entity, does the inventor | 10:47:37 |
| 25 | retain any interest? | 10:47:41 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF PAUL LEON JONJAK
CONDUCTED ON FRIDAY, SEPTEMBER 12, 2014

31

| 1 | A. Yes. And multiple inventors there, and I don't | 10:47:44 |
| 2 | recall the interests in each of them. | 10:47:51 |
| 3 | Q. And in the Lead Relay entity, does the inventor | 10:47:52 |
| 4 | retain any interest? | 10:47:55 |
| 5 | A. No. | 10:47:55 |
| 6 | Q. And the TV Tether entity, does the inventor retain | 10:47:56 |
| 7 | any interest? | 10:48:00 |
| 8 | A. I believe so, but I'm not sure. | 10:48:03 |
| 9 | Q. In TVIIM, LLC, does the inventor retain any | 10:48:05 |
| 10 | interest? | 10:48:12 |
| 11 | A. The operating agreement would disclose that. | 10:48:12 |
| 12 | Q. In the cell phone applications entity, does the | 10:48:14 |
| 13 | inventor retain any interest? | 10:48:22 |
| 14 | A. He now has all the patents. | 10:48:23 |
| 15 | Q. I'm sorry? | 10:48:26 |
| 16 | A. He now has all the patents. | 10:48:26 |
| 17 | Q. So ThinkVillage Investments has divested itself of | 10:48:32 |
| 18 | the patents that related to the cell phone applications; is | 10:48:34 |
| 19 | that correct? | 10:48:37 |
| 20 | A. That's correct. | 10:48:37 |
| 21 | Q. Has ThinkVillage Investments generated any income | 10:48:50 |
| 22 | apart from litigation recoveries? | 10:48:56 |
| 23 | A. The answer is yes, but, in general, income's been | 10:48:57 |
| 24 | rolled back into the operating entities. | 10:49:10 |
| 25 | Q. Over the years, do you have a sense for the | 10:49:11 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF PAUL LEON JONJAK
CONDUCTED ON FRIDAY, SEPTEMBER 12, 2014

32

| | | |
|---|---|---|
| 1 | aggregate amount of income that ThinkVillage Investments has | 10:49:14 |
| 2 | generated? | 10:49:17 |
| 3 | MR. SHAEFFER:  Just that entity alone or the | 10:49:21 |
| 4 | operating entities -- or the LLCs that were created out of it? | 10:49:23 |
| 5 | Q.   (By Ms. Prescott)  So my question was with respect | 10:49:29 |
| 6 | to ThinkVillage Investments. | 10:49:31 |
| 7 | A.   Total revenues realized by ThinkVillage Investments | 10:49:39 |
| 8 | itself? | 10:49:41 |
| 9 | Q.   Correct. | 10:49:44 |
| 10 | A.   More than a million, less than five million. | 10:49:55 |
| 11 | Q.   Okay.  And if you think about all the ThinkVillage | 10:49:57 |
| 12 | entities that are related to each other over the course of | 10:50:05 |
| 13 | their history, how much revenue have they generated? | 10:50:11 |
| 14 | A.   The entities, okay.  Between $2 and $10 million. | 10:50:14 |
| 15 | Q.   And approximately what percentage of that income has | 10:50:42 |
| 16 | come from litigation settlements? | 10:50:54 |
| 17 | A.   More than half. | 10:50:55 |
| 18 | Q.   So it's been more than 75 percent? | 10:50:59 |
| 19 | A.   It could be.  However, I don't -- it's a little | 10:51:07 |
| 20 | misleading, because in terms of ThinkVillage's assets, I | 10:51:10 |
| 21 | personally think its greatest assets are its continuing | 10:51:16 |
| 22 | interest in its operating companies. | 10:51:18 |
| 23 | Q.   So of the two to ten million dollars that the | 10:51:21 |
| 24 | ThinkVillage entities have generated in income, what other | 10:51:28 |
| 25 | sources of income has it had besides litigation settlements? | 10:51:31 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF PAUL LEON JONJAK
CONDUCTED ON FRIDAY, SEPTEMBER 12, 2014

33

| Line | | Time |
|---|---|---|
| 1 | A.    The Clean Chemistry is generating operating revenues | 10:51:35 |
| 2 | and the Opti-Enz has some operating revenues.  I don't -- | 10:51:50 |
| 3 | well, wait a minute.  You said litigation settlements? | 10:51:55 |
| 4 | Q.    Correct. | 10:51:57 |
| 5 | A.    Yeah, there's also been some licensing deals, so | 10:51:57 |
| 6 | those are the three primary areas of income other than | 10:52:05 |
| 7 | litigation. | 10:52:08 |
| 8 | Q.    Okay.  So of all the ThinkVillage-related entities, | 10:52:10 |
| 9 | there's been three sources -- primary sources of income: | 10:52:15 |
| 10 | litigation settlements, licensing, and operating revenues from | 10:52:19 |
| 11 | Clean Chemistry, and Opti-Enz? | 10:52:24 |
| 12 | A.    Yeah.  I would also say sale of IP as well. | 10:52:27 |
| 13 | Q.    How much income has the sale of IP generated? | 10:52:37 |
| 14 | A.    I don't really recall, because some of the | 10:53:00 |
| 15 | transactions involve licensing, some involve sale, and I don't | 10:53:07 |
| 16 | remember which are which right offhand.  I just wanted to | 10:53:09 |
| 17 | confirm that sometimes it was sold. | 10:53:13 |
| 18 | Q.    Okay.  Taking the combination of revenue that was | 10:53:15 |
| 19 | generated from licensing and sales, approximately how much | 10:53:19 |
| 20 | money has that been? | 10:53:22 |
| 21 | A.    From licensing and sales? | 10:53:22 |
| 22 | Q.    Correct. | 10:53:26 |
| 23 | A.    Aside from litigation? | 10:53:27 |
| 24 | Q.    Correct. | 10:53:28 |
| 25 | A.    More than $100,000, less than a half million. | 10:53:44 |

CONFIDENTIAL-ATTORNEYS' EYES ONLY

Exhibit 16                                                    0268

CONFIDENTIAL VIDEOTAPED DEPOSITION OF PAUL LEON JONJAK
CONDUCTED ON FRIDAY, SEPTEMBER 12, 2014

38

1    Q.    So you are not familiar with the technology to which    11:01:03

2    the patents that TV -- I'm sorry.    11:01:05

3          You're not familiar with the technology that the    11:01:08

4    patents that ThinkVillage IP Holding, LLC --    11:01:11

5          MR. SHAEFFER:  Misstates his testimony.    11:01:17

6    Q.    (By Ms. Prescott)  Are you familiar with the patents    11:01:21

7    that ThinkVillage IP Holding, LLC holds?    11:01:22

8    A.    I could not make a list of those patents for you.    11:01:25

9    What I believe they are is that ThinkVillage Corporation has a    11:01:29

10   working relationship with a number of universities to help    11:01:34

11   them license their technology.  And I believe that a number of    11:01:38

12   those patents are being held that come from the universities.    11:01:44

13   Typically, the university never relinquishes ownership of the    11:01:48

14   patent.  However, it will give you the opportunity to license    11:01:52

15   those patents.  And I believe that's mostly what's within    11:01:55

16   ThinkVillage IP.    11:02:02

17   Q.    Are you familiar with an entity ThinkVillage-Kiwi?    11:02:02

18   A.    Kiwi?  Oh, that's the one that was the application    11:02:15

19   development, the software application development.  Thank you    11:02:19

20   for finding the name.  I had lost it.    11:02:24

21   Q.    Are you familiar with an entity, ThinkVillage MIP,    11:02:25

22   LLC?    11:02:30

23   A.    Say it again.    11:02:35

24   Q.    ThinkVillage M, as in Mary, IP, LLC.    11:02:36

25   A.    I don't remember the name.  I would know the    11:02:45

CONFIDENTIAL VIDEOTAPED DEPOSITION OF PAUL LEON JONJAK
CONDUCTED ON FRIDAY, SEPTEMBER 12, 2014

106

1                      REPORTER'S CERTIFICATE

2

3        I, Melanie Giamarco, the reporter before whom the

4    foregoing deposition was taken, do hereby certify that the

5    foregoing transcript is a true and correct record of the

6    testimony given; that said testimony was taken by me

7    stenographically and thereafter reduced to typewriting under

8    my direction; that reading and signing was not requested and;

9    and that I am neither counsel for, related to, nor employed by

10   any of the parties to this case and have no interest,

11   financial or otherwise, in its outcome.

12

13       IN WITNESS WHEREOF, I have hereunto set my hand and

14   affixed my notarial seal 23rd day of September, 2014.

15

16   My Commission expires August 25, 2017.

17

18

19

20

21

22                   Melanie Giamarco

23                   Registered Professional Reporter

24                   Registered Merit Reporter

25                   Certified Realtime Reporter

CONFIDENTIAL-ATTORNEYS' EYES ONLY
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

Exhibit 16                                    0270

Deposition of Paul Jonjak, 30(B)(6)
Date:  January 6, 2015
Caption:  *TVIIM, LLC v. McAfee, Inc.*

## ACKNOWLEDGMENT  OF  DEPONENT

I, Paul Jonjak, do hereby acknowledge that I have read and examined the

foregoing testimony, and the same is a true, correct and complete transcription of

the testimony given by me and any corrections appear on the attached Errata sheet.

1/25/15
_____
(Date)

_____
(Signature)

Exhibit 16                                    0271

Deposition of Paul Jonjak, 30(B)(6)
Date: January 6, 2015
Caption: *TVIIM, LLC v. McAfee, Inc.*

| Page | Line(s) | Correction/Change and Reason |
|------|---------|------------------------------|
| 48 | 17 | $150,00 Should be $10,00 – |
|  |  | ATTORNEY MISQUOTED LANGUAGE |
|  |  | OF OPERATING AGREEMENT |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Exhibit 16                                                    0272