UNCERTIFIED ROUGH DRAFT TRANSCRIPT 1
HIGHLY CONFIDENTIAL

1  N O T I C E
2  This transcript is a ROUGH DRAFT, UNEDITED,
3  UNCERTIFIED TRANSCRIPT ONLY.  It contains the raw
4  output from the court reporter's stenotype
5  machine, translated into English by the court
6  reporter's computer, without the benefit of
7  proofreading.  It will contain untranslated steno
8  strokes, mistranslations (wrong words), and
9  misspellings.  These and any other errors will be
10 corrected in the final transcript.  Since this
11 rough draft transcript has not been proofread, the
12 court reporter cannot assume responsibility for
13 any errors.
14     This rough, unedited draft transcript
15 is intended to assist attorneys in their case
16 preparation and is not to be construed as the
17 final transcript.  It is not to be read by the
18 witness or quoted in any pleading or for any other
19 purpose and may not be filed with any court.
20
21
22
23
24
25

Exhibit 15                                    1161

UNCERTIFIED ROUGH DRAFT TRANSCRIPT    227
HIGHLY CONFIDENTIAL

1  measures for vulnerabilities that are discovered.
2      Q    If a single vulnerability is
3  discovered, is the claim practiced if only one
4  corrective measure is identified?
5      A    No.
6      Q    Okay.  And do you understand that the
7  command that is being discussed in claim 11 is a
8  command for each vulnerability or is it a
9  collective command for the entire security system?
10     A    It's the command for the entire system.
11     Q    Okay.  Well, does ESM provide a single
12 command to correct all of the ownership and
13 permissions?
14     A    I don't recall if ESM has a button that
15 let's you correct them all at once, but I think it
16 would have been obvious to one of ordinary ck part
17 of art to have such a button but didn't have it.
18     Q    But if it doesn't have it, it wouldn't
19 practice that element on an anticipation basis?
20     A    I apologize for taking this much time
21 and I'm looking to see if I answered that and had
22 not looked at the question before about systemwide
23 versus whether it's for each vulnerability and I'm
24 looking for a specification for some support for
25 that.

Exhibit 15                                    1162

UNCERTIFIED ROUGH DRAFT TRANSCRIPT     232
HIGHLY CONFIDENTIAL

```
 1          Q    Identify.
 2          A    -- give you the delta between all of
 3    the HostGUARD obviousness combinations and the
 4    ESM ones?
 5          Q    Well, I'm starting with -- I'm starting
 6    with ESM is the predicate.  Predicate prior art.
 7    I want to know all functionality that is disclosed
 8    by HostGUARD that is not disclosed by ESM that
 9    supports your obviousness opinion and you
10    understand that would need to be set forth in your
11    report, correct?
12          A    Right.
13          Q    Okay.  And your report has a section on
14    the obviousness section, does it not?
15          A    I have various sections.
16          Q    We're talking about ESM and obviousness
17    related to ESM.  What functionality do you contend
18    is disclosed by HostGUARD that is not disclosed by
19    ESM using ESM as the predicate prior art?
20          A    Well, one of them is a list of known
21    vulnerabilities.
22          Q    Okay.  Anything else?
23          A    Did you give me the ESM exhibit?  This
24    is the HostGUARD one.
25               (Exhibit No. 333 was marked for
```

Exhibit 15                                           1163

1  identification.)
2       Q    Marked as Exhibit 335 even though it's
3  a horrible 3.  We have an understanding that when
4  I refer to ESM, I'm talking about the Axion
5  technology, Omniguard Enterprise Management
6  Security Manager, right?
7       A    Yes.
8       Q    Okay.  You see in Exhibit 335, the only
9  statement you have about how to combine ESM with
10 other prior art is the second-to-the-last
11 paragraph on there where you say to the extent the
12 court determines that ESM or the user manuals
13 failed to disclose any limitations of the asserted
14 claims.  Such claims would have been obvious to a
15 person of ordinary skill.  Do you see that?
16      A    I see that.
17      Q    Other than that, you don't provide any
18 other explanation of how to combine or what
19 functionality from HostGUARD would be combined
20 with ESM, do you?
21      A    I do in my main report body.
22      Q    Yes.  And then the only thing you cited
23 there was the list of known vulnerabilities,
24 correct?
25      A    So far.

Exhibit 15                                      1164

1      My question is functionality that in
2  your obviousness section, functionality that is
3  not in ESM that you contend would be added by
4  HostGUARD.  Isn't it the case you identified
5  nothing other than the, a list of known
6  vulnerabilities?
7      A   I want to go back.  I know you didn't
8  like my answer but maybe I didn't make it clear
9  enough.  The section X.A includes things that were
10 known in the art that are included in both
11 HostGUARD and ESM, in my opinion.  But to the
12 extent that TVIIM is going to contend that ESM
13 didn't have it and HostGUARD did, then that would
14 have been obvious combined, and that's what the
15 text is indicating that's here in paragraph 197
16 and 198 where I refer to section X.A.
17     Q   So the only features that you contend
18 HostGUARD would add to the functionality of the
19 ESM are those disclosed in the, your obviousness
20 paragraph in your invalidity report and those
21 specifically disclosed in X.A of your report?
22     A   Yes.
23     Q   Other than that, you don't contend
24 there are any other features in HostGUARD that are
25 not in ESM?

Exhibit 15                                    1165

UNCERTIFIED ROUGH DRAFT TRANSCRIPT     236
HIGHLY CONFIDENTIAL

```
 1          A     That's right.
 2          Q     Same question with respect to S3.  What
 3     features would you add from S3 to ESM?  What
 4     features are in S3?  What functionality is in S3
 5     that is not in ESM?  That's identified in your
 6     report.  And, again, I'm not looking what would be
 7     known to people in the art.  I'm simply looking at
 8     the functionality of S3 that you would add to ESM
 9     for your obviousness misconduct. ck
10          A     Same list of known vulnerabilities and
11     to the extent that TVIIM contends that any of the
12     known features from section X.A are not there.
13     You would add those as well.
14          Q     Again, my question is not about
15     everything listed in .XM.  I'm asking specifically
16     about D1.  Is your contention that S3 sets forth a
17     list of known vulnerabilities?  Does your report
18     indicate that S3 has a list of known
19     vulnerabilities in the section of what would be
20     added to ESM?
21          A     It does.
22          Q     Okay.  And you believe that S3 has a
23     list of known vulnerabilities?  You understand
24     that ESM is, executes various scripts as checks?
25          A     Right.
```

Exhibit 15                                    1166

```
              UNCERTIFIED ROUGH DRAFT TRANSCRIPT    237
                       HIGHLY CONFIDENTIAL
 1          Q    Would you contend that a list of
 2    scripts is a list of known vulnerabilities?
 3          A    Depends on what was in the scripts.
 4          Q    Well, script, you would agree scripts
 5    are instructions for a computer to do a particular
 6    act, correct?
 7          A    Right.
 8          Q    And so is a script, a collection of
 9    scripts a list of known vulnerabilities?
10          A    Could be.
11          Q    Okay.  And you understand that S3
12    includes a baseline check-in program where it
13    takes a baseline of a user's computer and then
14    will use that baseline as a means of comparison
15    for future policy scans of the computer?
16          A    Yes.
17          Q    Would you consider the list of existing
18    configurations at the time of when the
19    configuration was created to be a list of known
20    vulnerabilities?
21          A    No.
22          Q    Okay.  Other than the list of known
23    vulnerabilities, what functionality of ESM would
24    -- what functionality of S3 is not found in ESM?
25          A    Any, anything of the, listed in section
```

Exhibit 15                                    1167

```
 1    X.A that TVIIM contends ESM has not disclosed.
 2         Q    And so that would only be related to
 3    those specific things you identify for, that are
 4    in S3?  Well, are you contending that everything
 5    listed in X.A that is identified with S3 is not
 6    found in ESM?
 7         A    I said to the extent that TVIIM
 8    contends that.  I say that it is.
 9         Q    You understand that you have the burden
10    of proof or that McAfee has the burden of proof in
11    proving obviousness by clear and convincing
12    evidence?
13         A    Yes.
14         Q    Okay.  And in your section on the
15    elements not contained, the elements you would use
16    for your obvious determination with respect to
17    ESM, you identify the list of known
18    vulnerabilities that you believe is in S3,
19    correct?
20         A    Right.
21         Q    And you then make generic reference for
22    anything that's contained in X.A.  Are you
23    contending is everything listed in X.A is in S3?
24         A    I'm contending that everything in X.A,
25    it would have been obvious to combine all of those
```

**Exhibit 15**                                                    1168

UNCERTIFIED ROUGH DRAFT TRANSCRIPT     239
HIGHLY CONFIDENTIAL

```
 1    with ESM.
 2         Q    Because you're saying what's contained
 3    in in X.A is what would be known by a person in
 4    the art at the time, correct?
 5         A    Right.
 6         Q    And that is something different than
 7    what is disclosed in S3, correct?
 8         A    Right.
 9         Q    Okay.  So we have for all of your
10    opinions, you have the elements that are known by
11    people in the art, okay?
12         A    Okay.
13         Q    I'm putting those aside.  Now I'm
14    simply asking you about the functionality from
15    these unique programs to ESM.  Let's go to the
16    third program.
17              What do you contend that Casella
18    article discloses that is not contained in the
19    functionality of ESM and would not otherwise be
20    known to someone in the art?  And again, we'd be
21    looking at your section on your obviousness
22    combination for ESM, correct?
23         A    Right, or for Casella.
24         Q    Or Casella it would be the other way
25    around because you would be using Casella as the
```

Exhibit 15                                                1169

```
                UNCERTIFIED ROUGH DRAFT TRANSCRIPT     242
                       HIGHLY CONFIDENTIAL
 1          A    Well, there actually is a disclosure of
 2     a GUI in Casella.
 3          Q    I agree but other than identifying
 4     absence on maybe the inadequate disclosure of a
 5     GUI in Casella, you don't identify any other
 6     feature that you would combine from ESM S3 or
 7     HostGUARD to Casella, do yo?
 8          A    I disagree with your characterization
 9     of it as inadequate.  I just merely said that if
10     TVIIM considers that Casella isn't disclosing it,
11     then the reference itself does disclose it.
12          Q    Okay.  Other than what would otherwise
13     have been known to somebody -- and yet, you go
14     that ESM has GUI, right?
15          A    Yes.
16          Q    So there would be not -- so with
17     respect to your opinion regarding ESM as the base,
18     you're not identifying any feature disclosed in
19     Casella that is not otherwise disclosed to ESM,
20     correct?
21          A    That's right.
22          Q    Okay.  Now, let's go to S3.  What do
23     you contend is disclosed in ESM that is not
24     disclosed in S3?
25          A    S3 is the base now?
```

Exhibit 15                                                1170

UNCERTIFIED ROUGH DRAFT TRANSCRIPT    243
HIGHLY CONFIDENTIAL

```
 1         Q    S3 is the base.  Your section doesn't
 2    identify anything disclosed in ESM that is not
 3    otherwise disclosed in S3, does it?  Page 101 of
 4    your report.
 5         A    What was the that you're talking about?
 6    S3 and what?
 7         Q    S3 and ESM first.
 8         A    That's right.
 9         Q    And your obviousness discussion with
10    respect to S3 and HostGUARD, you don't contend
11    that there are any features disclosed in HostGUARD
12    that are not disclosed in ESM, correct?  Not
13    disclosed in S3?
14         A    Right.
15         Q    And you don't contend that there are
16    any features disclosed in Casella that are not
17    disclosed in S3, correct?
18         A    Just that to the extent that TVIIM
19    claims the description of a GUI is inadequate,
20    then S3 has a GUI.
21         Q    That's going backwards because S3
22    already has a GUI.  We're going to get to Casella
23    next.
24         A    Oh, I'm still on S3?
25         Q    Yeah, we're on S3.  Does -- is there
```

Exhibit 15                                                    1171

```
              UNCERTIFIED ROUGH DRAFT TRANSCRIPT      244
                        HIGHLY CONFIDENTIAL
 1    disclosed in Casella that is not disclosed in S3
 2    that you would add for your obviousness opinion?
 3         A    No.
 4         Q    Okay.  Now, let's go to HostGUARD.
 5    What is disclosed -- even HostGUARD is the base.
 6    What is disclosed in ESM when functionality is
 7    disclosed in that is not otherwise disclosed in
 8    HostGUARD?  And again, we're looking at page 88.
 9    You don't identify anything being disclosed in ESM
10    that is not disclosed in HostGUARD?
11         A    Correct.
12         Q    And you don't disclose anything
13    disclosed in S3, any functionality disclosed in Se
14    that is not disclosed in HostGUARD, correct?
15         A    Correct.
16         Q    And you don't disclose anything that --
17    you don't find any functionality in Casella that
18    is not otherwise disclosed in HostGUARD, correct?
19         A    Correct.
20         Q    And now let's go to Casella.  With
21    respect to Casella, the only feature you find you
22    may not be adequately disclosed in Casella that is
23    disclosed in ESM is the GUI, correct?
24         A    No.  I don't say that it may not be
25    adequately described.  I think it is adequately
```

Exhibit 15                                             1172