UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TVIIM, LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>MCAFEE, INC.,<br><br>       Defendant. | Case No. 13-cv-04545-HSG<br><br>**ORDER SEALING CERTAIN DOCUMENTS AND DIRECTING DEFENDANT TO SUBMIT HIGHLIGHTED UNREDACTED DOCUMENTS** |

On June 10, 2015, the Court issued an Order denying certain administrative motions to file documents under seal. Dkt. No. 171. On June 15, 2015, Defendant filed supplemental declarations in support of the motions to seal. Dkt. Nos. 173-76.

Defendant's amended declaration of Laurie Charrington in support of Plaintiff's motion to file documents under seal, and the accompanying exhibits lodged with the Court, identify those specific portions of the documents at issue that should be sealed. Dkt. No. 173. Those portions of the documents contain confidential "financial information," "business and marketing strategies," "product development and design choices," "technical product information," "sales information," "quality assurance timelines and strategies," and product testing information. *Id.* ¶¶ 6-15. The Court finds that Defendant's proposed redactions of exhibits 1-4, 6, 8-9, 11, and 18-19 to the declaration of John Shaeffer in support of Plaintiff's motion to exclude certain expert testimony of Lance Gunderson, as well as the motion to exclude itself, are "narrowly tailored" to seal only sealable material, as required by Civil Local Rule 79-5. Defendant shall publicly file redacted versions of those documents by June 19, 2015.

The other amended declarations filed by Defendant do not identify those specific portions of the documents at issue that should be sealed. *See* Dkt. Nos. 174-76. While the declarations indicate that Defendant "will lodge with the Court and serve on Plaintiff . . . an unredacted copy of

the exhibits referenced in this declaration, highlighting in green the specific portions of each page in each exhibit to which [Defendant] maintains a claim of confidentiality," the pages of all but one exhibit referenced in those declarations do not contain any highlighting. *See* Dkt. No. 174, Ex. 14 (lodged with the Court); Dkt. No. 175, Exs. 4, 18-19, 22-26, & 30 (lodged with the Court); Dkt. No. 176, Exs. A-C (lodged with the Court). Defendant shall submit highlighted, unredacted versions of the documents sought to be sealed by 3:00 pm on June 18, 2015.

**IT IS SO ORDERED.**

Dated: June 17, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge