# EXHIBIT 12

```
                                                               1
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4       -------------------------x
 5       TVIIM, LLC,                  :
 6              Plaintiff,            :   Case No.:
 7         v.                         :   3:13-cv-04545-VC
 8       McAFEE, INC.,                :
 9              Defendant.            :
10       -------------------------x
11
12            CONFIDENTIAL - ATTORNEYS' EYES ONLY
13
14         Videotaped Deposition of FRANK HAMMOND
15                    Denver, Colorado
16               Thursday, December 11, 2014
17                       12:34 p.m.
18
19
20
21
22
23   Job No.:  70758
24   Pages:  1 - 133
25   Reported By:  Melanie L. Giamarco
```

CONFIDENTIAL VIDEOTAPED DEPOSITION OF FRANK HAMMOND
CONDUCTED ON THURSDAY, DECEMBER 11, 2014

85

| | | |
|---|---|---|
| 1 | Q. Did you help direct the attorneys in any | 02:46:04 |
| 2 | way? | 02:46:06 |
| 3 | A. No. | 02:46:06 |
| 4 | Q. Did you ever have conversations with the | 02:46:07 |
| 5 | attorneys about the patent application? | 02:46:09 |
| 6 | A. No. | 02:46:11 |
| 7 | Q. Did you ever look at the patent application | 02:46:11 |
| 8 | after that initial review when you were considering | 02:46:14 |
| 9 | the HOSTCheck acquisition? | 02:46:19 |
| 10 | A. I'd say yes, occasionally, reference model | 02:46:20 |
| 11 | to the product, so . . . | 02:46:28 |
| 12 | Q. To the HOSTCheck product? | 02:46:30 |
| 13 | A. Reference model of HOSTCheck to -- as it | 02:46:31 |
| 14 | applies to the Secure Enclave product. | 02:46:36 |
| 15 | Q. You'd look at the patent application -- I'm | 02:46:39 |
| 16 | not sure actually what you mean by "reference model." | 02:46:42 |
| 17 | A. You know, are we doing this right? So here | 02:46:45 |
| 18 | we have a model in the patent, then we had the source | 02:46:47 |
| 19 | code, and so we improved on that at -- that was the | 02:46:52 |
| 20 | reference model, and we improved on it. | 02:46:56 |
| 21 | Q. Understood. | 02:46:58 |
| 22 | So is it your understanding that HOSTCheck | 02:46:59 |
| 23 | was using the ideas that were claimed in the patent | 02:47:01 |
| 24 | application? | 02:47:06 |
| 25 | A. Correct. | 02:47:07 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF FRANK HAMMOND
CONDUCTED ON THURSDAY, DECEMBER 11, 2014

86

| | | |
|---|---|---|
| 1 | Q. And that Secure Enclave was as well? | 02:47:08 |
| 2 | A. Yes. | 02:47:10 |
| 3 | Q. And that HostGuard had been before | 02:47:11 |
| 4 | HOSTCheck. | 02:47:13 |
| 5 | A. I don't know about HostGuard. | 02:47:14 |
| 6 | Q. Fair enough. But you knew HOSTCheck came | 02:47:15 |
| 7 | from HostGuard? | 02:47:18 |
| 8 | A. Correct. | 02:47:19 |
| 9 | Q. Aside from using the patent application in | 02:47:20 |
| 10 | that fashion, did you ever refer to it otherwise over | 02:47:24 |
| 11 | the course of the years since first looking at it? | 02:47:27 |
| 12 | A. Refer to it in what manner? | 02:47:30 |
| 13 | Q. Did you ever look at it? | 02:47:33 |
| 14 | A. I mean, I -- yes, I used it when I was at | 02:47:35 |
| 15 | Innerwall and really didn't deal with it much after | 02:47:40 |
| 16 | that, so . . . | 02:47:43 |
| 17 | Q. But you never dealt with the folks who were | 02:47:44 |
| 18 | dealing with the Patent Office? | 02:47:47 |
| 19 | MR. GRANT: Asked and answered. | 02:47:49 |
| 20 | A. Correct. I'm not listed on the patent, so | 02:47:50 |
| 21 | not my -- not my issue. | 02:47:53 |
| 22 | Q. (By Mr. Mueller) Do you know who was | 02:47:54 |
| 23 | involved in the back-and-forth with the Patent Office? | 02:47:56 |
| 24 | A. I don't know exactly. | 02:47:58 |
| 25 | Q. Do you know if Mr. Ricotta was? | 02:47:59 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF FRANK HAMMOND
CONDUCTED ON THURSDAY, DECEMBER 11, 2014

87

| | | |
|---|---|---|
| 1 | A. I don't know. I don't know. | 02:48:01 |
| 2 | Q. Were you involved in any efforts to license | 02:48:05 |
| 3 | the technology to other companies? | 02:48:09 |
| 4 | A. This technology or the -- | 02:48:11 |
| 5 | Q. Yes. | 02:48:11 |
| 6 | A. -- Secure Enclave? | 02:48:14 |
| 7 | Q. Well, I mean, do you view there being a | 02:48:16 |
| 8 | difference between the two? | 02:48:19 |
| 9 | A. Yeah, there is a difference between the | 02:48:19 |
| 10 | two, which is the communication, you know, the | 02:48:26 |
| 11 | extension to the Secure Enclave, so I was involved in | 02:48:27 |
| 12 | determining the licensing of Secure Enclave with other | 02:48:33 |
| 13 | people, with Ricotta and with the marketing people at | 02:48:39 |
| 14 | the time, which, honestly, I don't remember their | 02:48:46 |
| 15 | names. | 02:48:47 |
| 16 | Q. So I have this straight, your understanding | 02:48:50 |
| 17 | was HOSTCheck used the ideas in the patent | 02:48:54 |
| 18 | application? | 02:48:58 |
| 19 | A. Correct. | 02:48:59 |
| 20 | Q. Secure Enclave took those ideas and added | 02:48:59 |
| 21 | additional ideas? | 02:49:02 |
| 22 | A. Correct. | 02:49:03 |
| 23 | Q. Including the two-way communication? | 02:49:03 |
| 24 | A. Correct. | 02:49:05 |
| 25 | Q. And the encrypted communication potential? | 02:49:06 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

CONFIDENTIAL VIDEOTAPED DEPOSITION OF FRANK HAMMOND
CONDUCTED ON THURSDAY, DECEMBER 11, 2014

88

| | | | |
|---|---|---|---|
| 1 | A. | Yes. | 02:49:08 |
| 2 | Q. | And the third being the -- | 02:49:09 |
| 3 | A. | The active remediation. | 02:49:12 |
| 4 | Q. | -- active remediation? | 02:49:13 |
| 5 | A. | Correct. | 02:49:15 |
| 6 | Q. | Which you defined "active remediation" as? | 02:49:15 |
| 7 | A. | As someone taking action immediately, or | 02:49:19 |
| 8 | automated, completely automated. | | 02:49:24 |
| 9 | Q. | The automated remediation? | 02:49:25 |
| 10 | A. | Automated remediation, active remediation, | 02:49:28 |
| 11 | so it was defined as not passive. | | 02:49:30 |
| 12 | Q. | And that was one of the concepts that you | 02:49:33 |
| 13 | added to what was in the patent application and | | 02:49:35 |
| 14 | HOSTCheck? | | 02:49:42 |
| 15 | | MR. GRANT: Objection; misstates testimony. | 02:49:43 |
| 16 | A. | The patent application for Secure Enclave. | 02:49:44 |
| 17 | Q. | (By Mr. Mueller) Let's just back up here. | 02:49:48 |
| 18 | | In the patent application that led to the | 02:49:50 |
| 19 | '168 patent, do you have that in mind? | | 02:49:53 |
| 20 | A. | Yes. Yes. | 02:49:54 |
| 21 | Q. | And we had the original HOSTCheck. | 02:49:55 |
| 22 | A. | Correct. | 02:49:56 |
| 23 | Q. | And then we had Secure Enclave which took | 02:49:56 |
| 24 | HOSTCheck -- | | 02:49:59 |
| 25 | A. | Took the ideas. | 02:50:00 |

89

| | | |
|---|---|---|
| 1 | Q. -- and added features, right? | 02:50:01 |
| 2 | A. Correct. | 02:50:03 |
| 3 | Q. Some of which are not in the patent | 02:50:03 |
| 4 | application? | 02:50:04 |
| 5 | A. Correct. | 02:50:05 |
| 6 | Q. And the ones that are not in the patent | 02:50:05 |
| 7 | application, as I understand you, were the two-way | 02:50:07 |
| 8 | communication, the encrypted communication and what | 02:50:11 |
| 9 | you describe as active remediation; is that fair? | 02:50:16 |
| 10 | MR. GRANT: Misstates testimony. | 02:50:18 |
| 11 | A. Yes. | 02:50:19 |
| 12 | Q. (By Mr. Mueller) Yes, that is fair? | 02:50:20 |
| 13 | A. That's fair. | 02:50:22 |
| 14 | Q. And you were licensing all of the ideas in | 02:50:26 |
| 15 | Secure Enclave, not just the ones that were in the | 02:50:29 |
| 16 | application? | 02:50:31 |
| 17 | A. Correct. | 02:50:32 |
| 18 | Q. And you were involved in that effort? | 02:50:35 |
| 19 | A. As -- I was involved as far -- the | 02:50:36 |
| 20 | involvement I had was taking the license and how do we | 02:50:40 |
| 21 | put that license into action in the software realm, | 02:50:44 |
| 22 | so, like, Apple software agreements. | 02:50:52 |
| 23 | Q. Did anyone license the Secure Enclave | 02:50:54 |
| 24 | technology from Innerwall? | 02:50:58 |
| 25 | A. Yes. | 02:51:01 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF FRANK HAMMOND
CONDUCTED ON THURSDAY, DECEMBER 11, 2014

90

| | | |
|---|---|---|
| 1 | Q. And who, in particular? | 02:51:01 |
| 2 | MR. GRANT: Asked and answered. | 02:51:03 |
| 3 | A. I don't remember -- the only one I remember | 02:51:06 |
| 4 | was Boeing, the Boeing company as far as names. | 02:51:08 |
| 5 | Q. (By Mr. Mueller) When a company purchased | 02:51:11 |
| 6 | the Secure Enclave product, were they purchasing a | 02:51:13 |
| 7 | license to it? | 02:51:15 |
| 8 | A. Yes. | 02:51:16 |
| 9 | Q. Innerwall was not selling the software | 02:51:18 |
| 10 | outright, it was selling it on a license model? | 02:51:22 |
| 11 | A. It was sold as -- there was a box, a server | 02:51:25 |
| 12 | that was delivered, and then a number of licenses in | 02:51:32 |
| 13 | that box, and that's how it was sold. But they -- | 02:51:35 |
| 14 | they ended up owning the box. | 02:51:38 |
| 15 | Q. And the number of licenses were -- defined | 02:51:40 |
| 16 | the authorization to make copies of what was in the | 02:51:45 |
| 17 | box; is that fair? | 02:51:47 |
| 18 | A. It was -- the license, the way it was | 02:51:48 |
| 19 | implemented was a number of licenses, and if it was | 02:51:55 |
| 20 | ten, then you'd install it wherever you wanted to, but | 02:51:57 |
| 21 | only ten would be active at a time. | 02:52:01 |
| 22 | Q. And was there some shutdown mechanism that | 02:52:02 |
| 23 | prevented it from being used if you tried to install | 02:52:05 |
| 24 | it on an 11th computer? | 02:52:08 |
| 25 | A. Not install it, but if the 11th computer | 02:52:10 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF FRANK HAMMOND
CONDUCTED ON THURSDAY, DECEMBER 11, 2014

91

|  |  |  |
|---|---|---|
| 1 | tried to talk to the system and it wasn't licensed, it | 02:52:12 |
| 2 | wouldn't talk to it. | 02:52:16 |
| 3 | Q. The software had a limit built within it? | 02:52:17 |
| 4 | A. Had a limiter in it. | 02:52:19 |
| 5 | Q. And the number of users was defined by the | 02:52:22 |
| 6 | scope of a given license? | 02:52:24 |
| 7 | A. Yeah, just a number. | 02:52:27 |
| 8 | Q. And then you would tailor the software | 02:52:30 |
| 9 | accordingly to limit it to whatever the license number | 02:52:32 |
| 10 | was? | 02:52:35 |
| 11 | A. It was a parameter. We just put in a | 02:52:36 |
| 12 | parameter and . . . | 02:52:39 |
| 13 | Q. And I think you testified earlier, you | 02:52:44 |
| 14 | don't remember the pricing? | 02:52:47 |
| 15 | A. I don't remember what the prices were. | 02:52:48 |
| 16 | Q. Did you review particular licenses before | 02:52:49 |
| 17 | they were executed, or during the process of | 02:52:52 |
| 18 | negotiating them? | 02:52:54 |
| 19 | A. No. | 02:52:55 |
| 20 | Q. Who would have referred those -- reviewed | 02:52:56 |
| 21 | those? | 02:52:59 |
| 22 | A. That would have been -- I was more a sales | 02:52:59 |
| 23 | engineer, and that would have been one of the | 02:53:05 |
| 24 | salespeople in sales and probably -- that's | 02:53:07 |
| 25 | speculation. Sales. | 02:53:13 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF FRANK HAMMOND
CONDUCTED ON THURSDAY, DECEMBER 11, 2014

92

| | | |
|---|---|---|
| 1 | Q. So now I want to distinguish on the one | 02:53:14 |
| 2 | hand between licenses to the software provided to a | 02:53:19 |
| 3 | software customer on the one hand -- | 02:53:24 |
| 4 | A. Okay. | 02:53:26 |
| 5 | Q. -- versus giving a company a license to the | 02:53:27 |
| 6 | intellectual property, only with no accompanying | 02:53:29 |
| 7 | software -- | 02:53:32 |
| 8 | A. Right. | 02:53:33 |
| 9 | Q. -- on the other. Do you have that | 02:53:33 |
| 10 | distinction in mind? | 02:53:35 |
| 11 | A. I do. | 02:53:35 |
| 12 | Q. Did you ever make any efforts in the second | 02:53:36 |
| 13 | category of trying to license the intellectual | 02:53:38 |
| 14 | property -- | 02:53:39 |
| 15 | A. No. | 02:53:42 |
| 16 | Q. -- without software? | 02:53:42 |
| 17 | A. No. | 02:53:43 |
| 18 | Q. It was always just part of a software | 02:53:43 |
| 19 | transaction? | 02:53:46 |
| 20 | A. Correct. | 02:53:47 |
| 21 | Q. When you first looked at the application | 02:53:53 |
| 22 | that led to the '168 patent, did you or anyone else at | 02:53:55 |
| 23 | Innerwall investigate the chain of ownership for that | 02:54:00 |
| 24 | application? | 02:54:04 |
| 25 | A. For this application? | 02:54:05 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF FRANK HAMMOND
CONDUCTED ON THURSDAY, DECEMBER 11, 2014

118

| | | |
|---|---|---|
| 1 | A. I have not. | 03:57:04 |
| 2 | Q. And you don't recall any formal written | 03:57:07 |
| 3 | policy at Innerwall regarding marking? | 03:57:09 |
| 4 | A. No. | 03:57:12 |
| 5 | Q. And you don't recall any specific efforts | 03:57:13 |
| 6 | to mark Secure Enclave or any of the Enclave products | 03:57:14 |
| 7 | with patent application numbers or patent numbers? | 03:57:19 |
| 8 | A. No, I don't remember if that was on the | 03:57:23 |
| 9 | documentation or not. | 03:57:25 |
| 10 | (Exhibit 17 was marked for identification.) | 03:57:44 |
| 11 | Q. (By Mr. Mueller) Exhibit 17 is titled | 03:57:45 |
| 12 | "Enclave: Beyond Traditional Perimeters." Have you | 03:57:51 |
| 13 | seen this before? | 03:57:58 |
| 14 | A. (Reviewing document.) Yes, I've seen this | 03:58:11 |
| 15 | before. It's very old. | 03:58:17 |
| 16 | Q. What is it? | 03:58:17 |
| 17 | A. It's one of -- it's one of the initial | 03:58:21 |
| 18 | documents that was more as a road map or a map, | 03:58:23 |
| 19 | product road map and then, you know, the description | 03:58:28 |
| 20 | of the technology and what it does. Yeah, this is one | 03:58:34 |
| 21 | of the very first -- older ones. | 03:58:41 |
| 22 | Q. And this was intended to show where the | 03:58:43 |
| 23 | product was going as opposed to where it was? | 03:58:46 |
| 24 | A. Yes. Yeah, because they -- yeah. 2005, | 03:58:48 |
| 25 | that would have been just after the -- after the money | 03:59:09 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF FRANK HAMMOND
CONDUCTED ON THURSDAY, DECEMBER 11, 2014

119

| | | |
|---|---|---|
| 1 | came in, Series A, a lot of marketing changes and | 03:59:12 |
| 2 | mark . . . | 03:59:21 |
| 3 | Q. And do you recall how that -- Series A | 03:59:22 |
| 4 | investments related to the product releases | 03:59:26 |
| 5 | chronologically, you know, which came first as among | 03:59:31 |
| 6 | the first release, second release, third release, and | 03:59:37 |
| 7 | the Series A financing? | 03:59:40 |
| 8 | A. Well, the Series A financing came in early | 03:59:41 |
| 9 | 2005, so the first releases were 2003, and then second | 03:59:43 |
| 10 | and third release were after the first ones, so -- | 03:59:49 |
| 11 | I -- I don't remember what was going on after the -- | 03:59:59 |
| 12 | as far as release dates and versions after the money | 04:00:02 |
| 13 | came in. | 04:00:05 |
| 14 | (Exhibit 18 was marked for identification.) | 04:00:12 |
| 15 | Q. (By Mr. Mueller) Exhibit 18 is titled | 04:00:15 |
| 16 | "Secure Enclave Overview." Have you seen this before? | 04:00:26 |
| 17 | A. Yes, I remember this. | 04:00:30 |
| 18 | Q. What is it? | 04:00:32 |
| 19 | A. Again, it's more explanation of the | 04:00:33 |
| 20 | product, marketing explanation. This one looks like | 04:00:44 |
| 21 | it's directed more towards, after the money came in, | 04:00:48 |
| 22 | some of the newer clients, maybe, more on the military | 04:00:53 |
| 23 | and DOD side. | 04:00:56 |
| 24 | Q. Is this, again, more of a road map-type | 04:00:57 |
| 25 | document as opposed to describing the existing | 04:00:59 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF FRANK HAMMOND
CONDUCTED ON THURSDAY, DECEMBER 11, 2014

120

| | | |
|---|---|---|
| 1 | functionality? | 04:01:03 |
| 2 |     A. There's some existing and some new, some | 04:01:06 |
| 3 | looking at a future thought. | 04:01:09 |
| 4 |     (Exhibit 19 was marked for identification.) | 04:01:16 |
| 5 |     Q. (By Mr. Mueller) Exhibit 19 is titled | 04:01:17 |
| 6 | "User Manual Revision 1.0, May 2006, Secure Enclave | 04:01:29 |
| 7 | Version 3.1." Have you seen this before? | 04:01:35 |
| 8 |     A. Yes. | 04:01:38 |
| 9 |     Q. Is this, in fact, a user manual for Secure | 04:01:39 |
| 10 | Enclave Version 3.1? | 04:01:44 |
| 11 |     A. Yes. Yes. | 04:01:49 |
| 12 |     Q. Does this appear to be a true and correct | 04:01:51 |
| 13 | copy of that document? | 04:01:52 |
| 14 |     A. Yes. | 04:01:57 |
| 15 |     Q. And was this generated in the ordinary | 04:01:58 |
| 16 | course of Innerwall's business? | 04:02:00 |
| 17 |     A. Yes. | 04:02:01 |
| 18 |     Q. And was this intended to be descriptive of | 04:02:02 |
| 19 | existing functionality of Secure Enclave as of the | 04:02:07 |
| 20 | time of its creation? | 04:02:10 |
| 21 |     A. Yeah, this would have been specific to that | 04:02:12 |
| 22 | version functionally and operationally. | 04:02:16 |
| 23 |     Q. And is that date consistent with your | 04:02:19 |
| 24 | memory, May 2006? | 04:02:23 |
| 25 |     A. It would have been after the money, so yes. | 04:02:25 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF FRANK HAMMOND
CONDUCTED ON THURSDAY, DECEMBER 11, 2014

121

| | | |
|---|---|---|
| 1 | And the marketing -- the way this looks, it would have | 04:02:33 |
| 2 | been in that time period, so . . . | 04:02:35 |
| 3 | Q. And you testified earlier that for -- well, | 04:02:58 |
| 4 | pricing and licensing negotiations, those were not | 04:03:01 |
| 5 | within your direct responsibilities? | 04:03:04 |
| 6 | A. No, they weren't. | 04:03:06 |
| 7 | Q. And you weren't involved in negotiations | 04:03:17 |
| 8 | concerning the terms by which EIM purchased Innerwall | 04:03:19 |
| 9 | assets? | 04:03:26 |
| 10 | A. No, I wasn't. | 04:03:26 |
| 11 | (Exhibit 20 was marked for identification.) | 04:03:39 |
| 12 | Q. (By Mr. Mueller) Exhibit 20 is a U.S.A. | 04:03:41 |
| 13 | Patent 8,239,917 that lists, I believe, you as the | 04:03:50 |
| 14 | lead inventor; is that right? | 04:03:56 |
| 15 | A. Correct. | 04:03:59 |
| 16 | Q. Do you recall this patent? | 04:03:59 |
| 17 | A. I do. | 04:04:00 |
| 18 | Q. What does it relate to? What work is it | 04:04:00 |
| 19 | based on? | 04:04:03 |
| 20 | A. This work is based on the extensions that | 04:04:03 |
| 21 | we've talked about in communications and a bigger | 04:04:08 |
| 22 | enterprise-management solution. | 04:04:12 |
| 23 | Q. This patent relates to the -- the additions | 04:04:16 |
| 24 | to HOSTCheck? | 04:04:21 |
| 25 | A. Yeah. Yeah. I'd say the additions to a | 04:04:23 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF FRANK HAMMOND
CONDUCTED ON THURSDAY, DECEMBER 11, 2014

122

| | | |
|---|---|---|
| 1 | system that allowed a HOSTCheck-like functionality. | 04:04:35 |
| 2 | But I think this one -- I haven't read this in a long | 04:04:38 |
| 3 | time. It may refer to the other patent, to the | 04:04:40 |
| 4 | Noochee patent. | 04:04:43 |
| 5 | Q. This listed Mr. Ricotta as the second named | 04:04:44 |
| 6 | inventor. | 04:05:01 |
| 7 | A. Yeah. | 04:05:02 |
| 8 | Q. What was his role from a technical | 04:05:02 |
| 9 | perspective? | 04:05:03 |
| 10 | A. Technical -- technically we were just -- a | 04:05:04 |
| 11 | lot of this, what do you call these, processes, the | 04:05:08 |
| 12 | order processes and things like that, it was a team | 04:05:19 |
| 13 | effort to put all that together and think through the | 04:05:20 |
| 14 | problems, so that's why they're all listed. That's | 04:05:25 |
| 15 | why he's listed. | 04:05:29 |
| 16 | Q. Are you a named inventor on any other | 04:05:41 |
| 17 | patents? | 04:05:44 |
| 18 | A. There was one other patent that goes along | 04:05:44 |
| 19 | with this one, but -- it was granted, but I believe it | 04:05:50 |
| 20 | was disallowed after that. It was on zero knowledge. | 04:05:54 |
| 21 | Q. I'm sorry. Say that again? | 04:06:01 |
| 22 | A. There was one on zero knowledge that was | 04:06:02 |
| 23 | granted and then revoked or -- I don't know what you | 04:06:03 |
| 24 | call it, but . . . | 04:06:06 |
| 25 | Q. And what is "zero knowledge"? | 04:06:07 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF FRANK HAMMOND
CONDUCTED ON THURSDAY, DECEMBER 11, 2014

```
                                                          123
 1         A.   The ability to -- computers or agents to        04:06:09
 2    connect without knowledge of the other.                   04:06:15
 3         Q.   Got it.  A few more questions.                  04:06:18
 4              Are you familiar with something called          04:06:28
 5    ThinkVillage?                                             04:06:30
 6         A.   Yes.                                            04:06:31
 7         Q.   What is it?                                     04:06:31
 8         A.   It's an intellectual property broker, I         04:06:32
 9    guess would be a good way to term it.  Yeah.              04:06:40
10         Q.   And how did you first learn of                  04:06:47
11    ThinkVillage?                                             04:06:48
12         A.   I worked on their Web site when they first      04:06:49
13    started.                                                  04:06:55
14         Q.   And who commissioned you to do that work?       04:06:57
15         A.   That was Curtis.                                04:07:00
16         Q.   Curtis Vock?                                    04:07:01
17         A.   Curtis Vock, yes.                               04:07:03
18         Q.   And how did you first meet Curtis Vock?         04:07:04
19         A.   I first met him working on -- on these          04:07:06
20    patents for the Noochee -- or sorry, Innerwall,           04:07:11
21    Innerwall solutions.                                      04:07:15
22         Q.   And he was working on -- in a                   04:07:16
23    patent-prosecution capacity, meaning helping with the     04:07:21
24    actual patent filings?                                    04:07:24
25         A.   Yes, he was actually working on these           04:07:25
```