Christine C. Capuyan (SBN 281036)
  christine.capuyan@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Joseph J. Mueller (*pro hac vice*)
  joseph.mueller@wilmerhale.com
Sarah B. Petty (*pro hac vice*)
  sarah.petty@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Nina S. Tallon (*pro hac vice*)
  nina.tallon@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:    (202) 663-6000
Facsimile:    (202) 663-6363

*Attorneys for Defendant and
Counterclaim-Plaintiff McAfee, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TVIIM, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MCAFEE, INC.,<br><br>　　　　　Defendant. | **Civil Action No. 3:13-CV-04545-HSG**<br><br>**DECLARATION OF CHRISTINE CAPUYAN IN SUPPORT OF MCAFEE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (MCAFEE'S MOTION IN LIMINE NO. 1 RE: IRRELEVANT FINANCIAL INFORMATION)** |

I, Christine Capuyan, declare and state as follows:

1. I am an attorney at the law firm of Wilmer Cutler Pickering Hale & Dorr, counsel for McAfee, Inc. ("McAfee") in the above-captioned litigation. I am licensed to practice law in the State of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Pursuant to Local Rules 7-11 and 79-5, I submit this Declaration in support of McAfee's Administrative Motion to File Documents under Seal and in response to the Court's Order Denying Motions to Seal (Dkt. 184), to confirm that certain portions of Exhibits 2-3 to the Declaration of Joseph J. Mueller ("Mueller Declaration") in Support of McAfee's Motion in Limine No. 1 re: Irrelevant Financial Information ("McAfee's MIL No. 1"), as well as certain portions of McAfee's MIL No. 1, are confidential and sealable.

3. The requested relief is necessarily and narrowly tailored to protect the confidentiality of the information contained in the following exhibits.

4. McAfee will lodge with the court and serve on plaintiff TVIIM, LLC an unredacted copy of the exhibits referenced in this declaration, highlighting in green the specific portions of each page in each exhibit to which McAfee maintains a claim of confidentiality. Should the court grant McAfee's Motion to Seal the unredacted copy of these exhibits (Dkt. 163), McAfee will publicly file redacted versions of these exhibits.

5. **Exhibit 2.** Exhibit 2 to the Mueller Declaration contains excerpts from the January 16, 2015 Expert Report of Bruce McFarlane, TVIIM's damages expert in this litigation. TVIIM designated this report as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 62). Certain portions of page 85 discuss or otherwise reference highly confidential McAfee patent, software, and/or technology licensing information. This information could be used by McAfee's competitors to McAfee's disadvantage, particularly because it reveals McAfee's licensing history. It is McAfee's practice and policy to maintain the confidentiality of this information and its disclosure would be harmful to McAfee.

6. **Exhibit 3.** Exhibit 3 to the Mueller Declaration contains excerpts from the February 16, 2015 Expert Report of Lance E. Gunderson, McAfee's damages expert in this litigation. McAfee designated this report as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 62). Certain portions of pages 32-33 discuss or otherwise reference highly confidential McAfee patent, software, and/or technology licensing information. This information could be used by McAfee's competitors to McAfee's disadvantage, particularly because it reveals McAfee's licensing history. It is McAfee's practice and policy to maintain the confidentiality of this information and its disclosure would be harmful to McAfee.

7. McAfee's MIL No. 1 discusses highly confidential information relating to McAfee's patent, software, and/or technology licensing history. This information is discussed at the following pages and lines:[1]

- 2:2-6, 26-27
- 4:18-20
- 5:7-8, 13-15

This information could be used by McAfee's competitors to McAfee's disadvantage. It is McAfee's practice and policy to maintain the confidentiality of this information and its disclosure would be harmful to McAfee.

---

[1] McAfee has already publicly filed a redacted copy of its MIL No. 1 at Dkt. 165, and McAfee has already lodged with the Court and served TVIIM with an unredacted copy of this MIL No. 1, highlighting the specific portions cited here. McAfee accordingly does not intend to lodge with the Court nor serve on TVIIM another unredacted copy of this MIL No. 1.

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

1  I declare under the penalty of perjury under the laws of the United States of America that
2 the forgoing is true and correct to the best of my knowledge.  Executed this 18th of June, 2015 at
3 Palo Alto, California.

6  Dated:  June 18, 2015                                          By: /s/ *Christine Capuyan*_____
7                                                                                    Christine Capuyan

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

3                         CAPUYAN DECL. ISO MCAFEE'S
                          MOTION TO SEAL (MCAFEE'S MIL NO. 1)
                          3:13-CV-04545-HSG

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the United States that a true and correct copy of the above and foregoing document has been served on June 18, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

Dated: June 18, 2015                     */s/ Christine Capuyan*
                                          Christine Capuyan

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

4                CAPUYAN DECL. ISO MCAFEE'S
                 MOTION TO SEAL (MCAFEE'S MIL NO. 1)
                 3:13-CV-04545-HSG