Christine C. Capuyan (SBN 281036)
  christine.capuyan@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Joseph J. Mueller (*pro hac vice*)
  joseph.mueller@wilmerhale.com
Sarah B. Petty (*pro hac vice*)
  sarah.petty@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Nina S. Tallon (*pro hac vice*)
  nina.tallon@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:     (202) 663-6000
Facsimile:     (202) 663-6363

*Attorneys for Defendant and
Counterclaim-Plaintiff McAfee, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TVIIM, LLC,<br><br>           Plaintiff,<br><br>    v.<br><br>MCAFEE, INC.,<br><br>           Defendant. | **Civil Action No. 3:13-CV-04545-HSG**<br><br>**DECLARATION OF CHRISTINE CAPUYAN IN SUPPORT OF MCAFEE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (MCAFEE'S MOTION IN LIMINE NO. 2 RE: NEW EXPERT OPINIONS AND INFORMATION TVIIM REFUSED TO PROVIDE DURING DISCOVERY)** |

I, Christine Capuyan, declare and state as follows:

1. I am an attorney at the law firm of Wilmer Cutler Pickering Hale & Dorr, counsel for McAfee, Inc. ("McAfee") in the above-captioned litigation. I am licensed to practice law in the State of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Pursuant to Local Rules 7-11 and 79-5, I submit this Declaration in support of McAfee's Administrative Motion to File Documents under Seal and in response to the Court's Order Denying Motions to Seal (Dkt. 184), to confirm that certain portions of Exhibit 3 to the Declaration of Joseph J. Mueller ("Mueller Declaration") in Support of McAfee's Motion in Limine No. 2 re: New Expert Opinions and Information TVIIM Refused to Provide During Discovery ("McAfee's MIL No. 2") are confidential and sealable.

3. The requested relief is necessarily and narrowly tailored to protect the confidentiality of the information contained in the following exhibit.

4. McAfee will lodge with the court and serve on plaintiff TVIIM, LLC an unredacted copy of the exhibit referenced in this declaration, highlighting in green the specific portions of each page in the exhibit to which McAfee maintains a claim of confidentiality. Should the court grant McAfee's Motion to Seal the unredacted copy of this exhibit (Dkt. 164), McAfee will publicly file a redacted version of it.

5. **Exhibit 3.** Exhibit 3 to the Mueller Declaration contains excerpts from the January 16, 2015 Expert Report of Dr. Moses Garuba, TVIIM's technical expert in this litigation. TVIIM designated this report as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 62). These excerpts discuss highly confidential McAfee product design choices. This information could be used by McAfee's competitors to McAfee's disadvantage, particularly because it reveals McAfee's proprietary technical information. It is McAfee's practice and policy to maintain the confidentiality of this information and its disclosure would be harmful to McAfee.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.  Executed this 18th of June, 2015 at Palo Alto, California.

Dated:  June 18, 2015                              By: /s/ *Christine Capuyan*_____
                                                             Christine Capuyan

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

2                          CAPUYAN DECL. ISO MCAFEE'S
MOTION TO SEAL (MCAFEE'S MIL NO. 2)
3:13-CV-04545-HSG

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States that a true and correct copy of the above and foregoing document has been served on June 18, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

Dated: June 18, 2015                              */s/ Christine Capuyan*
                                                   Christine Capuyan