Christine C. Capuyan (SBN 281036)
  christine.capuyan@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Joseph J. Mueller (*pro hac vice*)
  joseph.mueller@wilmerhale.com
Sarah B. Petty (pro hac vice)
  sarah.petty@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Nina S. Tallon (*pro hac vice*)
  nina.tallon@wilmerhale.com
Wilmer Cutler Pickering
Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:     (202) 663-6000
Facsimile:       (202) 663-6363

*Attorneys for Defendant and
Counterclaim-Plaintiff McAfee, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TVIIM, LLC,<br><br>                    Plaintiff<br>     v.<br><br>MCAFEE, INC.,<br><br>                    Defendant. | **Civil Action No. 3:13-cv-04545-HSG**<br><br>**PROOF OF SERVICE ON TVIIM, LLC OF UNREDACTED COPIES OF EXHIBITS REFERENCED IN CAPUYAN DECLARATION IN SUPPORT OF MCAFEE'S DKT. 163 MOTION TO SEAL** |

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the United States that a true and correct copy of the unredacted exhibits showing McAfee, Inc.'s proposed redactions referenced in the Declaration of Christine Capuyan in Support of McAfee, Inc.'s Administrative Motion to File Under Seal in relation to its Motion in Limine No. 1 re: Irrelevant Financial Information ("McAfee's Dkt. 163 Motion to Seal") was served on TVIIM, LLC on June 18, 2015.

Dated: June 18, 2015                             */s/ Christine Capuyan*

                                                                Christine Capuyan