1   Christine C. Capuyan (SBN 281036)
      christine.capuyan@wilmerhale.com
2   WILMER CUTLER PICKERING
    HALE AND DORR LLP
3   950 Page Mill Road
    Palo Alto, CA  94304
4   Telephone:  (650) 858-6000
    Facsimile:  (650) 858-6100
5

6   Joseph J. Mueller (*pro hac vice*)
      joseph.mueller@wilmerhale.com
7   Sarah B. Petty (pro hac vice)
      sarah.petty@wilmerhale.com
8   WILMER CUTLER PICKERING
    HALE AND DORR LLP
9   60 State Street
    Boston, MA  02109
10  Telephone:  (617) 526-6000
    Facsimile:  (617) 526-5000
11

12  Nina S. Tallon (*pro hac vice*)
      nina.tallon@wilmerhale.com
13  Wilmer Cutler Pickering
    Hale and Dorr LLP
14  1875 Pennsylvania Avenue NW
    Washington, DC 20006
15  Telephone:     (202) 663-6000
    Facsimile:     (202) 663-6363
16
    *Attorneys for Defendant and*
17  *Counterclaim-Plaintiff McAfee, Inc.*

18                **UNITED STATES DISTRICT COURT**

19              **NORTHERN DISTRICT OF CALIFORNIA**

20                 **SAN FRANCISCO DIVISION**

21

22  TVIIM, LLC,                          | **Civil Action No. 3:13-cv-04545-HSG**

23                    Plaintiff          | **PROOF OF SERVICE ON TVIIM, LLC OF**
                                          | **UNREDACTED COPY OF EXHIBIT**
24          v.                            | **REFERENCED IN CAPUYAN**
                                          | **DECLARATION IN SUPPORT OF**
25  MCAFEE, INC.,                        | **MCAFEE'S DKT. 164 MOTION TO SEAL**

26                    Defendant.

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the United States that a true and correct copy of the unredacted exhibit showing McAfee, Inc.'s proposed redactions referenced in the Declaration of Christine Capuyan in Support of McAfee, Inc.'s Administrative Motion to File Under Seal in relation to its Motion in Limine No. 2 re: New Expert Opinions and Information TVIIM Refused to Provide During Discovery  ("McAfee's Dkt. 164 Motion to Seal") was served on TVIIM, LLC on June 18, 2015.

Dated: June 18, 2015                                      */s/ Christine Capuyan*

                                                                        Christine Capuyan