Christine C. Capuyan (SBN 281036)
  christine.capuyan@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Joseph J. Mueller (*pro hac vice*)
  joseph.mueller@wilmerhale.com
Sarah B. Petty (pro hac vice)
  sarah.petty@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Nina S. Tallon (*pro hac vice*)
  nina.tallon@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:    (202) 663-6000
Facsimile:    (202) 663-6363

*Attorneys for Defendant and Counterclaim-Plaintiff McAfee, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| TVIIM, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MCAFEE, INC.,<br><br>　　　　Defendant. | **Civil Action No. 3:13-CV-04545-HSG**<br><br>**DECLARATION OF JOSEPH J. MUELLER** |

I, Joseph J. Mueller, declare as follows based on my personal knowledge:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP and lead counsel for Defendant McAfee, Inc. ("McAfee") in this action. I am licensed to practice law in the Commonwealth of Massachusetts and have been admitted to practice *pro hac vice* before the U.S. District Court for the Northern District of California in this action. I am familiar with the facts set forth herein and, if called as a witness, I could and would testify competently to those facts under oath.

2. I make this declaration in response to the Court's June 19, 2015 Order (Dkt. 213), which ordered the sealing of certain documents in connection with TVIIM, LLC's Administrative Motion to File Under Seal (Dkt. 137) and ordered McAfee to publicly file redacted versions of those documents by June 22, 2015. (Dkt. 213 at 4.) Some of these documents were originally attached to the Declaration of John Shaeffer in Support of TVIIM, LLC's Reply in Support of Its Motion to Exclude Certain Expert Testimony of Lance Gunderson (Dkt. 135) ("Shaeffer Dkt. 136 Declaration"). Accordingly, and in accordance with the Court's Order, I am attaching true and correct redacted versions of the following documents to be publicly filed:

    a. Shaeffer Dkt. 136 Declaration **Exhibit A**, described in that declaration as true and correct copies of the relevant excerpts of the Confidential – Attorneys' Eyes Only Deposition of Lal Narayanasamy dated December 18, 2014;

    b. Shaeffer Dkt. 136 Declaration **Exhibit B**, described in that declaration as a true and correct copy of an email dated June 21, 2012, from Mr. Narayanasamy to Yannick Yu and others, a copy of which was identified as Exhibit 285 in the Deposition of Mr. Narayanasamy.; and

    c. Shaeffer Dkt. 136 Declaration **Exhibit C**, described in that declaration as a true and correct copy of an email dated June 30, 2009 from Brian Foster to Ulli Tanurah and others, which has been designated Confidential – Outside Attorney's Eyes Only.

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct to the best of my knowledge.

Dated: June 22, 2015

WILMER CUTLER PICKERING HALE AND DORR LLP

 /s/ Joseph J. Mueller

Joseph J. Mueller (*pro hac vice*)

*Attorney for Defendant and Counterclaim-Plaintiff McAfee, Inc.*

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in this filing had been obtained from Joseph J. Mueller and that records of this concurrence are on file.

Dated: June 22, 2015          */s/ Christine Capuyan*
                              Christine Capuyan

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the United States that a true and correct copy of the above and foregoing document has been served on June 22, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

Dated: June 22, 2015          */s/ Christine Capuyan*
                              Christine Capuyan