# EXHIBIT C

Message

From: Foster, Brian [Brian_Foster@McAfee.com]
Sent: 6/30/2009 5:26:23 PM
To: Tanurhan; Ulli<Ulli_Tanurhan@McAfee.com>, DL Policy Orchestrator Team<_36c408@McAfee.com>, DL McAfee Product Management Enterprise<_2c7d99@McAfee.com>, DL McAfee Engineering Management - All [_270fe4@McAfee.com]
Subject: Re: ePolicy Orchestrator 4.5 released on 6/29/09

Awesome news team. Great job.

On 6/29/09 7:43 PM, "Tanurhan, Ulli" <Ulli_Tanurhan@McAfee.com> wrote:
Hi everyone,

The ePolicy Orchestrator team is exited to announce the release of ePO 4.5, adding a range of features from tier architecture options, workflow efficiencies to enhance visibility.

This version introduces many new 

With the new 4.5 release, ePolicy Orchestrator extends its leadership as an open platform to manage end-to-end security while strengthening protection, achieving cost efficiencies and making security management a more agile, transparent part of IT operations.

Best Regards,
Ulli

Ulli Tanurhan
Product Manager
ePolicy Orchestrator

+1 408.346.5033 -- direct
Ulli_Tanurhan@McAfee.com <mailto:Ulli.Tanurhan@McAfee.com>

McAfee Inc.

Regards,
Brian Foster
+1-310-514-7485
McAfee Inc.

Confidential – Outside Attorney's Eyes Only                                    84918DOC031712
12490273.001
EXHIBIT C                    Page 18