1   John J. Shaeffer (SBN 138331)
        jshaeffer@foxrothschild.com
2   Jeffrey H. Grant (SBN 218974)
        jgrant@foxrothschild.com
3   Emily Birdwhistell (SBN 248602)
        ebirdwhistell@foxrothschild.com
4   FOX ROTHSCHILD LLP
5   1800 Century Park East, Suite 300
    Los Angeles, CA 90067-1506
6   Tel: 310.598.4166 / Fax: 310.556.9828

7   Attorneys for Plaintiff and Counterclaim
8   Defendant TVIIM, LLC

9
                    **UNITED STATES DISTRICT COURT**
10
                  **NORTHERN DISTRICT OF CALIFORNIA**
11

12
    TVIIM, LLC, a Colorado Limited liability        Case No.  3:13-cv-04545-HSG
13
    company,
14                                                  **TVIIM, LLC'S <u>UNOPPOSED</u>
                              Plaintiff,            ADMINISTRATIVE MOTION FOR
15                                                  LEAVE TO BRING LAPTOPS INTO THE
         v.                                         COURTHOUSE**
16
    MCAFEE, INC., a corporation,
17                                                  Hearing Date:        June 30, 2015
                              Defendant.            Hearing Time:        3:00 p.m.
18                                                  Courtroom:           15, 18th Floor

19
    MCAFEE, INC., a corporation,
20
                              Counterclaimant,
21
         v.
22
    TVIIM, LLC, a Colorado Limited liability
23
    company,
24
                              Counterclaim Defendant.
25

26

27

28

1    Pursuant to Civil Local Rule 7-11, TVIIM, LLC ("TVIIM") respectfully moves the Court for

2  an order permitting counsel to bring laptop computers, including related power and audio visual

3  cables, into the courthouse on June 30, 2015, in connection with the Final Status Conference in the

4  above-entitled case.  Counsel for McAfee does not object to this request.

5

6

7  Dated: June 26, 2015                    FOX ROTHSCHILD LLP

8                                          By:  /s/ John Shaeffer
                                                John Shaeffer
9                                          Attorneys for Plaintiff TVIIM, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

    FOR GOOD CAUSE SHOWN, IT IS SO ORDERED. Counsel for TVIIM may bring laptops and related cables into the courthouse on June 30, 2015.

Dated: _____

                               _____
                               Hon. Haywood S. Gilliam, Jr.
                               United States District Court Judge

1

2

**ATTESTATION OF E-FILED SIGNATURES**

I, Jeff Grant, am the ECF user whose ID and password are being used to file this document.

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in this filing had been

obtained from John J. Shaeffer and that records to support this concurrence are on file.

Dated: June 26, 2015                              */s/ Jeff Grant*
                                                   Jeff Grant

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the United States that a true and

correct copy of the above and foregoing document has been served on June 26, 2015 to all counsel of

record who are deemed to have consented to electronic service via the Court's ECF system per Civil

Local Rule 5-1.

Dated: June 26, 2015                              */s/ Jeff Grant*
                                                   Jeff Grant