UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TVIIM, LLC, a Colorado limited liability company,

        Plaintiff(s),

v.

MCAFEE, INC., a corporation,

        Defendant(s).

Case No: 3:13-cv-4545-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, William A. Rudy, an active member in good standing of the bar of Missouri, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff TVIIM, LLC in the above-entitled action. My local co-counsel in this case is Jeffrey H. Grant, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Fox Rothschild LLP<br>1225 17th St., Ste. 2200<br>Denver, CO 80202 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Fox Rothschild LLP<br>1800 Century Park East, Ste. 300<br>Los Angeles, CA 90067 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>304.446.3868 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>310.598.4150 |
| MY EMAIL ADDRESS OF RECORD:<br>wrudy@foxrothschild.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jgrant@foxrothschild.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 36996

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: June 29, 2015

                                          APPLICANT
                                 William A. Rudy

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of William A. Rudy is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/30/2015

                            UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER

American LegalNet, Inc.
www.FormsWorkFlow.com

**ATTACHMENT**

# The Supreme Court of Missouri

## Certificate of Admission as an Attorney at Law

I, Bill L. Thompson, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 10/9/1987,

## William Alan Rudy

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 28th day of April 2015.

*Bill L. Thompson*

Clerk of the Supreme Court of Missouri