Christine C. Capuyan (SBN 281036)
  christine.capuyan@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Joseph J. Mueller (*pro hac vice*)
  joseph.mueller@wilmerhale.com
Sarah B. Petty (*pro hac vice*)
  sarah.petty@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:     (617) 526-6000
Facsimile:     (617) 526-5000

Nina S. Tallon (*pro hac vice*)
  nina.tallon@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:     (202) 663-6000
Facsimile:     (202) 663-6363

Attorneys for Defendant and
Counterclaim-Plaintiff McAfee, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TVIIM, LLC, a Colorado Limited liability company,<br><br>            Plaintiff,<br><br>     v.<br><br>MCAFEE, INC., a corporation,<br><br>            Defendant. | **Case No.  3:13-cv-04545-HSG**<br><br>**MCAFEE, INC.'S NOTICE OF AMENDED EXHIBIT LIST** |

**MCAFEE, INC.'S NOTICE OF AMENDED EXHIBIT LIST**

Pursuant to the parties' agreement and stipulation (Dkt. 233), as approved by the Court (Dkt. 239), Defendant McAfee, Inc. ("McAfee") hereby submits the attached Amended Exhibit List adding Exhibit 1314. A copy of McAfee's Amended Exhibit List is attached hereto as Exhibit A. McAfee will lodge clerk's and chamber's copies of Exhibit 1314 with the Court on Monday July 13, 2015, unless requested earlier by the Court.

Dated:  July 10, 2015                             Respectfully submitted,


                                                   */s/ Joseph J. Mueller*

                                                   Joseph J. Mueller (*pro hac vice*)
                                                     joseph.mueller@wilmerhale.com
                                                   Sarah B. Petty (*pro hac vice*)
                                                     sarah.petty@wilmerhale.com
                                                   WILMER CUTLER PICKERING
                                                   HALE AND DORR LLP
                                                   60 State Street
                                                   Boston, MA  02109
                                                   Telephone:  (617) 526-6000
                                                   Facsimile:  (617) 526-5000

                                                   Nina S. Tallon (*pro hac vice*)
                                                     nina.tallon@wilmerhale.com
                                                   WILMER CUTLER PICKERING
                                                   HALE AND DORR LLP
                                                   1875 Pennsylvania Avenue NW
                                                   Washington, DC 20006
                                                   Telephone:  (202) 663-6000
                                                   Facsimile:  (202) 663-6363

                                                   Christine C. Capuyan (SBN 281036)
                                                     christine.capuyan@wilmerhale.com
                                                   WILMER CUTLER PICKERING
                                                   HALE AND DORR LLP
                                                   950 Page Mill Road
                                                   Palo Alto, CA  94304
                                                   Telephone:  (650) 858-6000
                                                   Facsimile:  (650) 858-6100

                                                   *Attorneys for Defendant and
                                                   Counterclaim-Plaintiff McAfee, Inc.*

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in this filing had been obtained from Joseph J. Mueller and that records to support this concurrence are on file.

Dated: July 10, 2015                    */s/ Christine Capuyan*
                                        Christine Capuyan

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the United States that a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

Dated: July 10, 2015                     */s/ Christine Capuyan*
                                         Christine Capuyan