# EXHIBIT A

Christine C. Capuyan (SBN 281036)
  christine.capuyan@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Joseph J. Mueller (*pro hac vice*)
  joseph.mueller@wilmerhale.com
Sarah B. Petty (*pro hac vice*)
  sarah.petty@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:     (617) 526-6000
Facsimile:     (617) 526-5000

Nina S. Tallon (*pro hac vice*)
  nina.tallon@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:     (202) 663-6000
Facsimile:     (202) 663-6363

Attorneys for Defendant and
Counterclaim-Plaintiff McAfee, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TVIIM, LLC, a Colorado Limited liability company,<br><br>                    Plaintiff,<br><br>            v.<br><br>MCAFEE, INC., a corporation,<br><br>                    Defendant. | Case No.  **3:13-cv-04545-HSG**<br><br>**MCAFEE, INC.'S AMENDED EXHIBIT LIST** |

**MCAFEE, INC.'S AMENDED EXHIBIT LIST**

Pursuant to the parties agreement and stipulation (Dkt. No. 233) and approved by the Court (Dkt. No. 239), McAfee submits the following amended exhibit list adding Exhibit 1314, which was not available as of the deadline for pretrial disclosures.

This Amended Exhibit List is not an admission that any particular testimony and/or exhibit is admissible. McAfee specifically reserves the right to object to any testimony and/or exhibit as inadmissible under the Federal Rules of Evidence. McAfee further reserve the right to use and/or introduce any document on TVIIM's exhibit list.

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|-----|------|------------------|-----------|-----------|-------------------|-------------------------------|-----------------------------|
| 1001 | | WITHDRAWN AS DUPLICATE OF 102, 352 | | | | | |
| 1002 | | WITHDRAWN AS DUPLICATE OF 347 | | | | | |
| 1003 | | WITHDRAWN AS DUPLICATE OF 120 | | | | | |
| 1004 | | WITHDRAWN AS DUPLICATE OF 346 | | | | | |
| 1005 | 6/15/1998 | Provisional Application for U.S. Patent No. 6,889,168 | VOCK000896 | VOCK001155 | Garuba, Hartley, Knight, Parker, Reynolds, and/or Rubin | | |
| 1006 | | WITHDRAWN AS DUPLICATE OF 101 | | | | | |
| 1007 | - | Patent Application for U.S. Patent No. 6,889,168 (multiple files- CD) | Ex. 11 to Ricotta Dep. | - | Garuba, Hartley, Knight, Parker, Reynolds, and/or Rubin | | |
| 1008 | 11/27/2002 | Email from E. Knight to Potential Employers entitled "Computer Security Architect/Researcher" | 84902DOC004550 | 84902DOC004553 | Knight, Rubin, Gunderson, and/or McFarlane | | |
| 1009 | 9/28/2003 | General Dynamics SEC Form 10-Q (Q3 2003) | 84920DOC000169 | 84920DOC000221 | Gunderson and/or McFarlane | | |
| 1010 | 11/19/2014 | LinkedIn Profile of Bruce Hartley | - | - | Hartley, Rubin, and/or Knight | | |
| 1011 | - | LinkedIn Profile of Bruce Hartley (available at http ://www.linkedin. com/pub/bruce-h aftley I 3 lb32 I 660) | - | - | Hartley and/or Gunderson | | |
| 1012 | 3/20/2014 | LinkedIn Profile of Eric Knight | 84902DOC005416 | 84902DOC005419 | Knight, Gunderson, and/or McFarlane | | |
| 1013 | - | Notes from R. Toman re HostCHECK and HostGUARD (produced on Mr. Toman's behalf on December 17, 2014) | - | - | Toman | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|-----|------|------------------|-----------|-----------|--------------------|-----|-----|
| 1014 | - | Resume for Kevin Reynolds | Ex. 1 to Reynolds Dep. | - | Reynolds | | |
| 1015 | | WITHDRAWN AS DUPLICATE OF 340 | | | | | |
| 1016 | 11/25/1996 | The Weekly: Trident Shines at Security Show | EK0000006 | EK0000007 | Knight, Hartley, Toman, Reynolds, Rubin, Gunderson, and/or McFarlane | | |
| 1017 | 1/16/1997 | Threat & Hands-On Vulnerability Assessment (HostGUARD) | 84902DOC004554 | 84902DOC004555 | Rubin, Knight, Hartley, and/or Reynolds | | |
| 1018 | - | Trident Data System Information Protection Program (Description of Host Guard) | 84902DOC013638 | 84902DOC013652 | Rubin, Knight, Hartley, and/or Reynolds | | |
| 1019 | | WITHDRAWN AS DUPLICATE OF 345 | | | | | |
| 1020 | 11/11/1996 | Trident Data Systems Launches Comprehensive Information Protection Program (html) | 84902DOC004559 | 84902DOC004561 | Hartley, Knight, Reynolds, Toman, Gunderson, and/or McFarlane | | |
| 1021 | 11/11/1996 | Trident Data Systems Launches Comprehensive Information Protection Program (LexisNexis) | 84912DOC000001 | 84912DOC000002 | Hartley, Knight, Reynolds, and/or Rubin | | |
| 1022 | 11/11/1996 | Trident Data Systems Launches Comprehensive Information Protection Program (print) | 84902DOC004556 | 84902DOC004558 | Hartley, Knight, Reynolds, and/or Rubin | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|-----|------|------------------|-----------|-----------|-------------------|-------------------------------|----------------------------|
| **1023** | - | Trident Data Systems: Navigators of the Information Age | 84902DOC013653 | 84902DOC013685 | Rubin, Gunderson, McFarlane, Knight, Hartley, Reynolds, and/or Toman | | |
| **1024** | 1/16/1997 | Trident Unveils HostGUARD, One of the Most Effective UNIX Security Tools Ever Developed (HostGUARD Webpage) | 84902DOC004548; EK0000029 | 84902DOC004549; EK0000029 | Rubin, Gunderson, McFarlane, Knight, Hartley, Reynolds, and/or Toman | | |
| **1025** | 1996 | HostGuard: What Computer Security Tool Will You Use? (HostGUARD Brochure) | EK0000026 | EK0000029 | Gunderson, Hartley, Knight, Reynolds, Ricotta, Rubin, and/or Toman | | |
| **1026** | 10/18/1996 | HostGUARD software | 84922DOC017514 | 84922DOC017516 | Rubin and/or Knight | | |
| **1027** | 12/8/1996 | About Internet Security Systems", available at https://web.archive.org/web/19961208052704/http://iss.net/about/aboutiss.html, archived December 8, 1996 | 84902DOC004965 | 84902DOC004970 | Rubin, Knight, and/or Taylor | | |
| **1028** | 12/8/1996 | Comprehensive Enterprise Network Security Assessment (S3 Paper) | 84902DOC004971 | 84902DOC004977 | Rubin and/or Taylor | | |
| **1029** | - | Internet Security Systems - System Scaner User Guide version 4.2 | Ex. 290 to Taylor Dep. | - | Hartley, Knight, Parker, Reynolds, and/or Rubin | | |
| **1030** | - | Internet Security Systems - System Scanner FAQ | Ex. 288 to Taylor Dep. | - | Rubin and/or Taylor | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|
| 1031 | 3/4/1998 | ISS Launches New Version of System Security Scanner | 84902DOC12567 | 84902DOC12569 | Rubin, Knight, and/or Taylor | | |
| 1032 | 1/27/1997 | ISS Press Release dated January 27, 1997 | Ex. 296 to Taylor Dep. | - | Rubin and/or Taylor | | |
| 1033 | 5/31/1996 | ISS Project Taurus | Taylor000003 | Taylor000011 | Hartley, Knight, Parker, Reynolds, and/or Rubin | | |
| 1034 | - | Project Taurus Framework of the Project | Taylor000034 | Taylor000037 | Rubin, Knight, and/or Taylor | | |
| 1035 | - | S3/Win 1.0 Functionality | Taylor000018 | Taylor000019 | Hartley, Knight, Reynolds, and/or Rubin | | |
| 1036 | - | System Scanner Product Brief | Taylor000029 | Taylor000029 | Rubin, Knight, and/or Taylor | | |
| 1037 | 6/26/1999 | System Scanner Roadmap and Vision | Taylor000030 | Taylor000032 | Rubin and/or Taylor | | |
| 1038 | 10/31/1997 | System Security Scanner (S3) - Market Requirements Document | Taylor000013 | Taylor000015 | Rubin and/or Taylor | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|
| **1039** | 5/17/1997 | System Security Scanner (S3) 1.0 User Guide and Reference Manual | 84902DOC004994 | 84902DOC005057 | Rubin, Knight, and/or Taylor | | |
| **1040** | 5/17/1997 | System Security Scanner (S3) 1.0 User Guide and Reference Manual (color) (available at https://web.archive.org/web/19970517135502/http://iss.net/eval/manual/s3/index.html) | *see* Ex. 5 to 1/16/15 Rubin Rep. | - | Rubin and/or Taylor | | |
| **1041** | 7/9/1997 | System Security Scanner (S3) 1.1 User Guide and Reference Manual | 84902DOC005122 | 84902DOC005208 | Rubin, Knight, and/or Taylor | | |
| **1042** | 7/9/1997 | System Security Scanner (S3) 1.1 User Guide and Reference Manual (color) (available at https://web.archive.org/web/19970709203408/http://www.iss.net/eval/manual/s3/index.html) | *see* Ex. 5 to 1/16/15 Rubin Rep. | - | Rubin and/or Taylor | | |
| **1043** | 12/17/1996 | System Security Scanner (S3) 95 | Taylor000016 | Taylor000017 | Rubin, Knight, and/or Taylor | | |
| **1044** | - | System Security Scanner User Guide version 1.5 | 84902DOC005220 | 84902DOC005283 | Rubin and/or Taylor | | |
| **1045** | - | System Security Scanner User Guide version 1.7 | Ex. 294 to Taylor Dep. | - | Rubin and/or Taylor | | |
| **1046** | 1/1998 | System Security Scanner: Datasheet | 84902DOC005209 | 84902DOC005210 | Rubin, Knight, and/or Taylor | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|
| 1047 | 5/17/1997 | System Security Scanner™ 1.0: Product Profile (available at https://web.archive.org/web/1997051713482 7/http:/iss.net/tech/prodprof.html) | 84902DOC002635 | 84902DOC002661 | Rubin, Knight, and/or Taylor | | |
| 1048 | - | Taurus 1.0 Scope | Taylor000012 | Taylor000012 | Rubin, Knight, and/or Taylor | | |
| 1049 | 1996 | System Security Scanner v. 1.0.2 software | Taylor000038 | Taylor000038 | Rubin and/or Taylor | | |
| 1050 | - | Gold CD for SAFEsuite | Taylor000038 | Taylor000038 | Rubin and/or Taylor | | |
| 1051 | 1996 | 1996 Archive of www.axent.com | 84902DOC006034 | 84902DOC006200 | Hartley, Knight, Parker, Reynolds, and/or Rubin | | |
| 1052 | 1997 | 1997 Archive of www.axent.com | 84902DOC001290 | 84902DOC002181 | Hartley, Knight, Parker, Reynolds, and/or Rubin | | |
| 1053 | 4/28/1997 | Axent Technologies Announces OmniGuard/Enterprise Resource Manager for Windows NT | 84902DOC001464 | 84902DOC001466 | Rubin and/or Parker | | |
| 1054 | 10/28/2005 | Enterprise Information Management - Task Order Modification | EIM000872 | EIM000883 | Gunderson, McFarlane, Lyman, Bitonti, and/or Ricotta | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|-----|------|------------------|-----------|-----------|--------------------|-----------------------------|-----------------------------|
| **1055** | 4/17/1995 | Enterprise Security Manager (ESM) Technical Manual | 84902DOC002670 | 84902DOC003025 | Rubin, Knight, and/or Parker | | |
| **1056** | 7/9/1997 | Enterprise Security Manager (ESM) User Interface | 84902DOC004541 | 84902DOC004543 | Rubin, Knight, and/or Parker | | |
| **1057** | - | ESM Technical Manual | SYMC000001 | SYMC000356 | Rubin, Knight, and/or Parker | | |
| **1058** | 8/1996 | Managing Distributed Systems Newsletter for Highlights: Application Excellence Award AXENT Technologies OmniGuard | 84902DOC001401 | 84902DOC001406 | Rubin and/or Parker | | |
| **1059** | 4/20/1995 | OmniGuard Enterprise Security Manager (ESM): Unix Module Tests | 84902DOC002183 | 84902DOC002196 | Rubin, Knight, and/or Parker | | |
| **1060** | 9/30/1997 | OmniGuard/Enterprise Security Manager (ESM) 4.4 | 84902DOC002342 | 84902DOC002345 | Rubin and/or Taylor | | |
| **1061** | 7/9/1997 | OmniGuard/Enterprise Security Manager (ESM) Brochure | 84902DOC004265 | 84902DOC004268 | Hartley, Knight, Parker, Reynolds, and/or Rubin | | |
| **1062** | 1994 | OmniGuard/Enterprise Security Manager (ESM) User Manual | 84902DOC000937 | 84902DOC001172 | Rubin, Knight, and/or Parker | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|
| **1063** | 1994 | User Manual for Axent OmniGuard/ESM Version 4.0 | 84902DOC000937 | 84902DOC001172 | Rubin and/or Parker | | |
| **1064** | 3/6/2002 | Veridian SEC Form S-1 | 84920DOC000222 | 84920DOC000448 | Gunderson and/or McFarlane | | |
| **1065** | - | Enterprise Security Manager (ESM) software | SYMC001834 | SYMC001834 | Rubin and/or Parker | | |
| **1066** | 9/22/1995 | Karen A. Casella, "Security Administration in an Open Networking Environment" | 84902DOC011293 | 84902DOC011301 | Knight and/or Rubin | | |
| **1067** | 9/1995 | USENIX Association, Proceedings of the Ninth Systems Administration Conference (LISA IX), Table of Contents, September 17-22, 1995, Monterey, CA, USA | 84917DOC000001 | 84917DOC000004 | Rubin | | |
| **1068** | 10/19/1996 | CyberMedia Ships Oil Change | 84902DOC000513 | 84902DOC000515 | Worley, Cummings, Rubin, and/or Knight | | |
| **1069** | - | First Look at Cybermedia Oil Change | 84902DOC002316 | 84902DOC002316 | Worley, Cummings, Rubin and/or Knight | | |
| **1070** | 1996 | Oil Change for Windows 95 Quick Start Guide (CD Insert) | 84902DOC000518 | 84902DOC000537 | Rubin and/or Knight | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|
| **1071** | - | Oil Change Online Manual | Ex. 85 to Teddy Dep. | - | Rubin and/or Teddy | | |
| **1072** | 5/27/1996 | Oil Change Tops Off PCs With Automatic Software Updates | 84902DOC007014 | 84902DOC007014 | Worley, Cummings, Rubin and/or Knight | | |
| **1073** | 2/3/1999 | Oil Change: About Scheduling a Scan | 84902DOC010637 | 84902DOC010637 | Rubin and/or Teddy | | |
| **1074** | 5/28/1997 | Oil Change: Give Your PC an Automatic Tune-Up | 84902DOC006998 | 84902DOC006999 | Rubin and/or Teddy | | |
| **1075** | 5/28/1997 | Oil Change: Home | 84902DOC006997 | 84902DOC006997 | Rubin and/or Teddy | | |
| **1076** | 6/3/1996 | Oil Change: Keeping Your Software Up to Date | 84902DOC003702 | 84902DOC003703 | Worley, Cummings, Rubin and/or Knight | | |
| **1077** | 5/28/1997 | Oil Change: Reviewer's Guide | 84902DOC007000 | 84902DOC007006 | Worley, Cummings, Rubin and/or Knight | | |
| **1078** | 3/2/1999 | Oil Change: Schedule a Scan | 84902DOC011292 | 84902DOC011292 | Rubin and/or Teddy | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|------|------|------------------|-----------|-----------|--------------------|-------------------------------|-----------------------------|
| **1079** | 12/12/1996 | Oil Change: Software Clogged Up? | 84902DOC006995 | 84902DOC006996 | Worley, Cummings, Rubin and/or Knight | | |
| **1080** | 11/21/2000 | U.S. Patent No. 6,151,643 (Cheng) | 84902DOC013228 | 84902DOC013269 | Worley, Cummings, Rubin and/or Knight | | |
| **1081** | 1996 | Oil Change for Windows 95 software | 84902DOC000516 | 84902DOC000517 | Rubin and/or Teddy | | |
| **1082** | - | Sun Solaris 2.8 UNIX Workstation | - | - | Rubin | | |
| **1083** | - | Sun Ultra 10 270 Mhz workstation | - | - | Rubin | | |
| **1084** | - | Video Demonstrative 01, HostCHECK v. 2.0 | Ex. 12 to 1/16/15 Rubin Rep. | - | Rubin and/or Knight | | |
| **1085** | - | Video Demonstrative 02, Security Profiler, Problem Dtected! | Ex. 12 to 1/16/15 Rubin Rep. | - | Rubin and/or Knight | | |
| **1086** | - | Video Demonstrative 03, Security Profiler, Problem Dtected! | Ex. 12 to 1/16/15 Rubin Rep. | - | Rubin and/or Knight | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|-----|------|-------------------|-----------|-----------|--------------------|-------------------------------|-----------------------------|
| **1087** | - | Video Demonstrative 04, HostGUARD | Ex. 12 to 1/16/15 Rubin Rep. | - | Rubin and/or Knight | | |
| **1088** | - | Video Demonstrative 05, Network Profiler | Ex. 12 to 1/16/15 Rubin Rep. | - | Rubin and/or Knight | | |
| **1089** | - | Video Demonstrative 06, HostCHECK v. 2.0 | Ex. 12 to 1/16/15 Rubin Rep. | - | Rubin and/or Knight | | |
| **1090** | - | Video Demonstrative 07, HostCHECK v. 2.0 | Ex. 12 to 1/16/15 Rubin Rep. | - | Rubin and/or Knight | | |
| **1091** | - | Video Demonstrative 08, HostGUARD | Ex. 12 to 1/16/15 Rubin Rep. | - | Rubin and/or Knight | | |
| **1092** | - | Video Demonstrative 09, HostGUARD | Ex. 12 to 1/16/15 Rubin Rep. | - | Rubin and/or Knight | | |
| **1093** | - | Video Demonstrative 10, Terminal | Ex. 12 to 1/16/15 Rubin Rep. | - | Rubin and/or Knight | | |
| **1094** | - | Video Demonstrative 12, System Security Scanner (S3) | Ex. 12 to 1/16/15 Rubin Rep. | - | Rubin and/or Knight | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|
| **1095** | - | Video Demonstrative 13, Terminal | Ex. 12 to 1/16/15 Rubin Rep. | - | Rubin and/or Knight | | |
| **1096** | 10/1997 | Automated Information System (AIS) Alarm System | 84902DOC002357 | 84902DOC002368 | Rubin | | |
| **1097** | 4/5/1997 | Bindview Password Sentry NLM Product Description (available at https://web.archive.org/web/19970405205206/http:/www.bindview.com/products/sentry.html) | 84902DOC003961 | 84902DOC003962 | Rubin and/or Knight | | |
| **1098** | 1993 | BoKS Administration: Version 4.0 | 84902DOC012116 | 84902DOC012385 | Rubin and/or Knight | | |
| **1099** | 9/7/1993 | Configuration Engine V2.0: A Network Unix Configuration Tool | 84902DOC012415 | 84902DOC012458 | Knight and/or Rubin | | |
| **1100** | 1993 | COPS Overview | 84902DOC010638 | 84902DOC010640 | Rubin and/or Knight | | |
| **1101** | 1993 | COPS v. 1.04+ README.2.sh | 84902DOC012671 | 84902DOC012673 | Rubin and/or Knight | | |
| **1102** | 11/10/2014 | Declaration of Christopher Butler (Internet Archive) | 84902DOC013686 | 84902DOC014092 | Hartley, Knight, Parker, Reynolds, Rubin, Taylor, and/or Toman | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|
| **1103** | 2000 | Defense Technical Information Center (DTIC) Review (Vol. 5, No. 1) | 84902DOC004269 | 84902DOC004477 | Rubin and/or Knight | | |
| **1104** | - | JPN7-262135 | 84902DOC013440 | 84902DOC013449 | Knight and/or Rubin | | |
| **1105** | 1995 | JPN7-262135 (Abstract) | 84902DOC013478 | 84902DOC013478 | Rubin and/or Knight | | |
| **1106** | 12/1997 | Netective Probes Security Holes | 84902DOC010730 | 84902DOC010730 | Rubin and/or Knight | | |
| **1107** | 1997 | Netective: Description (available at http://www.image-in.co.il/HTML/NETECT2/tective.htm) | 84902DOC012615 | 84902DOC012615 | Rubin and/or Knight | | |
| **1108** | 5/1996 | SAINT: A Security Analysis Integration Tool | 84902DOC003113 | 84902DOC003125 | Rubin and/or Knight | | |
| **1109** | 10/1994 | Security Profile Inspector for the UNIX Operating System - User Guide | 84902DOC003320 | 84902DOC003366 | Hartley, Knight, Reynolds, and/or Rubin | | |
| **1110** | 1996 | Simson Garfinkel & Gene Spafford, "Practical Unix & Internet Security" (2d ed.) | *See* 1/16/15 Rubin Rep. at 43, 47, 50, 56 | - | Hartley, Knight, Reynolds, and/or Rubin | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|-----|------|-------------------|-----------|-----------|--------------------|-----------------------------|------------------------------|
| **1111** | 1989 | SPAN Security Policies and Guidelines | 84902DOC003519 | 84902DOC003578 | Hartley, Knight, Reynolds, and/or Rubin | | |
| **1112** | 1990 | The COPS Security Checker System | 84902DOC004044 | 84902DOC004059 | Rubin and/or Knight | | |
| **1113** | 1993 | The TAMU Security Package: An Ongoing Response to Internet Intruders in an Academic Environment | 84902DOC003966 | 84902DOC004021 | Hartley, Knight, Reynolds, and/or Rubin | | |
| **1114** | 3/22/1996 | Tivoli/Plus for BoKS User's Guide | 84902DOC012745 | 84902DOC012858 | Rubin | | |
| **1115** | 12/17/1996 | U.S. Patent No. 5,586,304 (Stupek) | 84902DOC013400 | 84902DOC013424 | Rubin | | |
| **1116** | 9/22/1998 | U.S. Patent No. 5,812,763 (Teng) | 84902DOC013106 | 84902DOC013130 | Rubin | | |
| **1117** | 11/27/1995 | U.S. Patent No. 5,845,077 (Fawcett) | 84902DOC013131 | 84902DOC013143 | Rubin | | |
| **1118** | 8/3/1999 | U.S. Patent No. 5,931,946 (Terada) | 84902DOC000590 | 84902DOC000623 | Rubin | | |
| **1119** | 5/30/2000 | U.S. Patent No. 6,070,244 (Orchier) | 84902DOC013182 | 84902DOC013227 | Rubin | | |
| **1120** | 5/5/2006 | 2006 Production License Agreement between Innerwall and EIM | EIM000976 | EIM000992 | Bitonti, Gunderson, Hammond, Knight, Lyman, McFarlane, Ricotta, Rubin, and/or Vock | | |
| **1121** | | WITHDRAWN AS DUPLICATE OF 354 | | | | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|
| 1122 | 8/10/2006 | 2006 Value Added Reseller Agreement between Innerwall and Business Contingency Planning | EIM000001 | EIM000020 | Rubin, Gunderson, McFarlane, Lyman, Bitonti, Ricotta, Hammond, and/or Knight | | |
| 1123 | 9/15/2007 | 2007 Production Licence Agreement between Innerwall and City of Colorado Springs | EIM000148 | EIM000162 | Bitonti, Gunderson, Hammond, Knight, McFarlane, Ricotta,and/or Rubin | | |
| 1124 | 2007 | 2007 Production License Agreement between Innerwall and SAIC, SCIBU | VOCK000717 | VOCK000813 | Bitonti, Gunderson, Hammond, Knight, McFarlane, Ricotta,and/or Rubin | | |
| 1125 | 7/13/1998 | DMW Group, LLC Preferred Stock Confidential Private Placement Memorandum | 84922DOC016466 | 84922DOC016514 | Hartley, Knight, Reynolds, Ricotta, Hammond, Gunderson, and/or McFarlane | | |
| 1126 | 7/13/1998 | DMW Production Roadmap presentation | 84922DOC016541 | 84922DOC016606 | Hartley, Garuba, Gunderson, Knight, McFarlane, Reynolds, Ricotta, and/or Rubin | | |
| 1127 | 4/16/1999 | DMW Worldwide Business Plan for 1999-2000 | Ex. 6 to Ricotta Dep. | - | Hartley, Knight, Reynolds, Ricotta, Hammond, Gunderson, and/or McFarlane | | |
| 1128 | 1999-2000 | DMW WorldWide Information Protection and Network Services Business Plan for 1999-2000 | Ex. 7 to Ricotta Dep. | - | Hartley, Knight, Reynolds, Ricotta, Hammond, Gunderson, and/or McFarlane | | |
| 1129 | - | EIM 5th/3rd Partnership presentation | Ex. 10 to Lyman Dep. | - | Bitonti, Gunderson, Lyman, McFarlane, and/or Rubin | | |
| 1130 | | WITHDRAWN AS DUPLICATE OF 357 | | | | | |
| 1131 | | WITHDRAWN AS DUPLICATE OF 358 | | | | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|
| 1132 | 8/23/1999 | Email from G. Zymbaluk to "Jeremy" re HostCHECK | 84922DOC003443 | 84922DOC003443 | Hartley, Knight, Reynolds, Ricotta, Hammond, Rubin, Gunderson, and/or McFarlane | | |
| 1133 | 8/23/1999 | Email from G. Zymbaluk to "William" re HostCHECK | 84922DOC003271 | 84922DOC003271 | Hartley, Knight, Reynolds, Ricotta, Hammond, Rubin, Gunderson, and/or McFarlane | | |
| 1134 | 8/19/1999 | Email from G. Zymbaluk to A. Popiel re HostCHECK | 84922DOC003439 | 84922DOC003439 | Hartley, Knight, Reynolds, Ricotta, Hammond, Rubin, Gunderson, and/or McFarlane | | |
| 1135 | 8/19/1999 | Email from G. Zymbaluk to D. Temple re HostCHECK | 84922DOC003449 | 84922DOC003449 | Hartley, Knight, Reynolds, Ricotta, Hammond, Rubin, Gunderson, and/or McFarlane | | |
| 1136 | 3/1/2007 | Email from R. Wear to T. Suazo re Request for (Innerwall) Quotation | EIM000246 | EIM000250 | Hartley, Ricotta, Hammond, Gunderson, and/or McFarlane | | |
| 1137 | 11/11/2004 | Email from T. Corsi to F. Ricotta, L. Corsi, and F. Hammond re Hostcheck Patent (and Eric Knight Matters) | 84922DOC03058 | 84922DOC03060 | Knight, Hartley, Ricotta, Hammond, Gunderson, and/or McFarlane | | |
| 1138 | 6/2/2006 | Email from T. Sauzo to J. Van Brimmer, B. Nestlerode, D. Harrison, and J. Brass re Innerwall-Related Equipment Ship | EIM002193 | EIM002194 | Knight, Hartley, Ricotta, Hammond, Gunderson, and/or McFarlane | | |
| 1139 | | WITHDRAWN AS DUPLICATE OF 341 | | | | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|
| **1140** | 5/15/2007 | Fax from F. Ricotta to L. Wagner re Secure Enclave | EIM000571 | EIM000583 | Bitonti, Gunderson, Hammond, Knight, McFarlane, Ricotta,and/or Rubin | | |
| **1141** | 1998 | HostCHECK Pricing | 84926DOC000040 | 84926DOC000041 | Hartley, Knight, Reynolds, Ricotta, Hammond, Gunderson, and/or McFarlane | | |
| **1142** | 1998 | HostCHECK Pricing Matrix | EK0000001 | EK0000002 | Hartley, Knight, Reynolds, Ricotta, Hammond, Gunderson, and/or McFarlane | | |
| **1143** | 8/25/1998 | HostCHECK v. 2.0 software | EK0000053 | EK0000053 | Rubin and/or Knight | | |
| **1144** | 8/21/2007 | Innerwall Asset Purchase Binder 1 of 2 | Bitonti000852 | Bitonti001049 | Bitonti, Gunderson, Hammond, Knight, Lyman, McFarlane, Ricotta,Rubin, and/or Vock | | |
| **1145** | 7/1/2007 | Innerwall Asset Purchase Binder 1 of 2 | Ex. 8 to Ricotta Dep. | - | Bitonti, Gunderson, Hammond, Knight, Lyman, McFarlane, Ricotta,Rubin, Vock | | |
| **1146** | 7/1/2007 | Innerwall Asset Purchase Binder 2 of 2 | Ex. 9 to Ricotta Dep. | - | Bitonti, Gunderson, Hammond, Knight, Lyman, McFarlane, Ricotta,Rubin, and/or Vock | | |
| **1147** | | WITHDRAWN AS DUPLICATE OF 348 | | | | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|
| **1148** | - | Innerwall Competitive Positioning | 84922DOC009111 | 84922DOC009112 | Bitonti, Gunderson, Hammond, Knight, McFarlane, Ricotta,and/or Rubin | | |
| **1149** | 2006 | Innerwall Configuration Management Plan for Secure Enclave and Other Innerwall Documents | EIM000275 | EIM000335 | Bitonti, Gunderson, Hammond, Knight, McFarlane, Ricotta,and/or Rubin | | |
| **1150** | - | Innerwall Due Diligence Documentation Request | 84922DOC011436 | 84922DOC011705 | Hartley, Knight, Reynolds, Ricotta, Hammond, Gunderson, and/or McFarlane | | |
| **1151** | 2/26/2003 | Innerwall Employment File for Eric Knight | 84922DOC03161 | 84922DOC03202 | Bitonti, Gunderson, Hammond, Knight, McFarlane, Ricotta,and/or Rubin | | |
| **1152** | 5/23/2005 | Innerwall Enclave: Beyond Traditional Perimeters | 84922DOC002973 | 84922DOC002986 | Bitonti, Gunderson, Hammond, Knight, McFarlane, Ricotta,and/or Rubin | | |
| **1153** | | WITHDRAWN AS DUPLICATE OF 351 | | | | | |
| **1154** | | WITHDRAWN AS DUPLICATE OF 350 | | | | | |
| **1155** | 2006 | Innerwall Invoice to City of Colorado (2006) | EIM000147 | EIM000147 | Bitonti, Gunderson, Hammond, Knight, McFarlane, Ricotta,and/or Rubin | | |
| **1156** | 12/4/2006 | Innerwall Invoice to Integrated Systems Solutions | EIM000433 | EIM000443 | Bitonti, Gunderson, Hammond, Knight, McFarlane, Ricotta,and/or Rubin | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|
| 1157 | 2007 | Innerwall Invoices to City of Colarado (2007) | EIM000134 | EIM000137 | Bitonti, Gunderson, Hammond, Knight, McFarlane, Ricotta,and/or Rubin | | |
| 1158 | - | Innerwall Network Access Control Explained | 84922DOC009261 | 84922DOC009275 | Bitonti, Gunderson, Hammond, Knight, McFarlane, Ricotta,and/or Rubin | | |
| 1159 | 10/1/2004 | Innerwall Overview and History | 84922DOC004095 | 84922DOC004098 | Ricotta, Hammond, Gunderson, and/or McFarlane | | |
| 1160 | - | Innerwall Patent Marking Guidelines | 84922DOC017234 | 84922DOC017234 | Bitonti, Gunderson, Hammond, Knight, McFarlane, Ricotta, Rubin, and/or Vock | | |
| 1161 | 2005 | Innerwall Pricing Model (2005) | 84922DOC001213 | 84922DOC001220 | Bitonti, Gunderson, Hammond, Knight, McFarlane, Ricotta,and/or Rubin | | |
| 1162 | 2006 | Innerwall Pricing Model (2006) | 84922DOC001155 | 84922DOC001161 | Bitonti, Gunderson, Hammond, Knight, McFarlane, Ricotta,and/or Rubin | | |
| 1163 | 3/14/2006 | Innerwall Production License Agreement with City of Colorado Springs (unsigned and marked up) | EIM000193 | EIM000208 | Bitonti, Gunderson, Hammond, Knight, McFarlane, Ricotta,and/or Rubin | | |
| 1164 | 3/14/2006 | Innerwall Production License Agreement with City of Colorado Springs (unsigned) | EIM000172 | EIM000186 | Bitonti, Gunderson, Hammond, Knight, McFarlane, Ricotta,and/or Rubin | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|-----|------|-------------------|-----------|-----------|--------------------|--------------------------------|------------------------------|
| 1165 | 9/15/2006 | Innerwall Professional Services Agreement with City of Colorado (signed) | EIM000214 | EIM000219 | Bitonti, Gunderson, Hammond, Knight, McFarlane, Ricotta,and/or Rubin | | |
| 1166 | 3/14/2006 | Innerwall Professional Services Agreement with City of Colorado (unsigned and marked up) | EIM000165 | EIM000171 | Bitonti, Gunderson, Hammond, Knight, McFarlane, Ricotta,and/or Rubin | | |
| 1167 | 3/14/2006 | Innerwall Professional Services Agreement with City of Colorado (unsigned) | EIM000187 | EIM000192 | Bitonti, Gunderson, Hammond, Knight, McFarlane, Ricotta,and/or Rubin | | |
| 1168 | 11/2006 | Innerwall Proposed Financing | 84922DOC007933 | 84922DOC008078 | Bitonti, Gunderson, Hammond, Knight, McFarlane, Ricotta,Rubin, and/or Vock | | |
| 1169 | 5/2/2007 | Innerwall Secure Enclave Product License | EIM002157 | EIM002157 | Bitonti, Gunderson, Hammond, Knight, McFarlane, Ricotta,and/or Rubin | | |
| 1170 | 6/2/2006 | Innerwall Secure Enclave Product License Key | EIM002183 | EIM002183 | Bitonti, Gunderson, Hammond, Knight, McFarlane, Ricotta,and/or Rubin | | |
| 1171 | | WITHDRAWN AS DUPLICATE OF 355 | | | | | |
| 1172 | | WITHDRAWN AS DUPLICATE OF 353 | | | | | |
| 1173 | 2006-2007 | Innerwall Unaudited Financial Reports (Cash Flow, Unpaid Bills, Open Invoices, Balance Sheet) | 84922DOC013999 | 84922DOC014014 | Bitonti, Gunderson, Hammond, McFarlane, Ricotta,Rubin, and/or Vock | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|-----|------|------------------|-----------|-----------|-------------------|-------------------------------|------------------------------|
| 1174 | 2007 | Innerwall Unaudited Financial Reports (Projections, Aging, Unpaid Bills, Open Invoices, Balance Sheet) | 84922DOC014083 | 84922DOC014098 | Bitonti, Gunderson, Hammond, Lyman, McFarlane, Ricotta,Rubin, and/or Vock | | |
| 1175 | 8/10/2006 | Innerwall Value Added Reseller Agreement with Business Contingency Planning, LLC | EIM00001 | EIM00020 | Bitonti, Gunderson, Hammond, Knight, McFarlane, Ricotta,and/or Rubin | | |
| 1176 | 8/31/2007 | Innerwall Work Order & Semi-Annual Internal IT Security Assessment for Enterprise Information Management (EIM) | 84922DOC006668 | 84922DOC006681 | Bitonti, Gunderson, Hammond, Knight, McFarlane, Ricotta,and/or Rubin | | |
| 1177 | | WITHDRAWN AS DUPLICATE OF 342 | | | | | |
| 1178 | 4/24/2006 | Innerwall-Determina Partner Agreement | EIM000220 | EIM000227 | Ricotta, Hammond, Lyman, Bitonti, Gunderson, and/or McFarlane | | |
| 1179 | 6/15/2012 | Letter from A. Smith of McLean Group to J. Bitonti re Engagement Letter-Business Valuation | Bitonti001881 | Bitonti001885 | Bitonti, Gunderson, Hammond, Lyman, McFarlane, Ricotta,Rubin, and/or Vock | | |
| 1180 | 9/15/2006 | Letter from City of Colorado Attorney to J. Merritt re Legal-Review Innerwall Software Agreement Documents | EIM000163 | EIM000164 | Bitonti, Gunderson, Hammond, Knight, Lyman, McFarlane, Ricotta, and/or Rubin | | |
| 1181 | 10/19/2005 | Master Professional Services Agreement between Innerwall, Inc. and Science Applications International Corp. | EIM000070 | EIM000119 | Bitonti, Gunderson, Hammond, Knight, McFarlane, Ricotta, and/or Rubin | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|-----|------|------------------|-----------|-----------|-------------------|-------------------------------|----------------------------|
| 1182 | 1/24/2008 | McLean Group 'Purchase Price Allocation of EIM Inc.'s Acquisition of Innerwall, Inc.' presentation | Bitonti000187 | Bitonti000221 | Bitonti, Gunderson, Hammond, Knight, Lyman, McFarlane, Ricotta, Rubin, and/or Vock | | |
| 1183 | 1/4/2007 | Secure Enclave Source Code | 84922DOC017532 | 84922DOC017532 | Rubin, Knight, Hammond, and/or Ricotta | | |
| 1184 | - | Secure Enclave version 3.2 | EIM003063 | EIM003179 | Bitonti, Gunderson, Hammond, Knight, McFarlane, Ricotta,and/or Rubin | | |
| 1185 | 3/13/2007 | Software License Agreement between Determina, Inc. and SAIC-Space & Geospatial Intelligence Business Unit | EIM000238 | EIM000245 | Cummings, Gunderson, McFarlane, and/or Worley | | |
| 1186 | 8/7/2012 | U.S. Patent No. 8,239,917 (Hammond) | Ex. 20 to Hammond Dep. | - | Rubin, Gunderson, Knight, McFarlane, Lyman, Bitonti, Ricotta, Hammond, Jonjak, and/or Vock | | |
| 1187 | 4/6/2015 | April 6, 2015 Errata Sheet of Moses Garuba | - | - | Garuba and/or Rubin | | |
| 1188 | 4/17/2015 | April 17, 2015 Errata Sheet of Moses Garuba | - | - | Garuba | | |
| 1189 | - | Emails between M. Garuba and TVIIM's counsel re Garuba Errata | DRMG000001 | DRMG000001 | Garuba and/or Rubin | | |
| 1190 | - | WITHDRAWN | - | - | - | | |
| 1191 | - | McAfee All Access software | - | - | Yu, Murga, Rubin, and/or Garuba | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|
| **1192** | | WITHDRAWN AS DUPLICATE OF 344 | | | | | |
| **1193** | 2015 | McAfee AntiVirus Plus Features (available at http://home.mcafee.com/store/antivirus-plus) | McAfee's 12/12/14 Response to TVIIM's Interrogatory No. 15 | - | Cummings, Garuba, Gunderson, McFarlane, Murga, Rubin, Worley, and/or Yu | | |
| **1194** | 2/3/2015 | McAfee AntiVirus Plus Product Description (available at http://home.mcafee.com/store/antivirus-plus) | Ex. 3 to 2/16/15 Rubin Rep. | - | Worley, Cummings, Yu, Murga, Rubin, and/or Garuba | | |
| **1195** | - | McAfee AntiVirus Plus software | - | - | Yu, Murga, Rubin, and/or Garuba | | |
| **1196** | 2015 | McAfee Internet Security Features (available at http://home.mcafee.com/store/internet-security) | McAfee's 12/12/14 Response to TVIIM's Interrogatory No. 15 | - | Cummings, Garuba, Gunderson, McFarlane, Murga, Rubin, Worley, and/or Yu | | |
| **1197** | 2/3/2015 | McAfee Internet Security Product Description (available at http://home.mcafee.com/store/internet-security) | Ex. 2 to 2/16/15 Rubin Rep. | - | Worley, Cummings, Yu, Murga, Rubin, and/or Garuba | | |
| **1198** | - | McAfee Internet Security software | - | - | Yu, Murga, Rubin, and/or Garuba | | |
| **1199** | - | McAfee LifeSafe - Internet Security Vulnerabilty Scanner Updates Screenshot | Ex. 8 to Garuba Dep. | - | Cummings, Garuba, Gunderson, McFarlane, Murga, Rubin, Worley, and/or Yu | | |
| **1200** | 2014 | McAfee LiveSafe (2014) DataSheet (available at http://download.mcafee.com/products/manuals/en-us/MLS_DataSheet_2014.pdf) | Ex. 4 to 2/16/15 Rubin Rep. | - | Worley, Cummings, Yu, Murga, Rubin, and/or Garuba | | |
| **1201** | 2015 | McAfee LiveSafe (2015) Features (available at http://home.mcafee.com/store/mcafee-livesafe) | Ex. 5 to 2/16/15 Rubin Rep. | - | Worley, Cummings, Yu, Murga, Rubin, and/or Garuba | | |
| **1202** | 2015 | McAfee LiveSafe Features (available at http://home.mcafee.com/store/mcafee-livesafe) | McAfee's 12/12/14 Response to TVIIM's Interrogatory No. 15 | - | Cummings, Garuba, Gunderson, McFarlane, Murga, Rubin, Worley, and/or Yu | | |
| **1203** | - | McAfee LiveSafe software | - | - | Yu, Murga, Rubin, and/or Garuba | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|------|------|------|------|------|------|------|------|
| **1204** | 2/10/2015 | McAfee LiveSafe Support (Security Advisors) (available at https://home.mcafee.com/secure/livesafe/top solutions/?cid=120066) | Ex. 6 to 2/16/15 Rubin Rep. | - | Worley, Cummings, Yu, Murga, Rubin, and/or Garuba | | |
| **1205** | - | WITHDRAWN | - | - | - | | |
| **1206** | 8/14/2012 | McAfee TechMaster Services | 84904DOC000001 | 84904DOC000002 | Worley, Cummings, Gunderson, and/or McFarlane | | |
| **1207** | 2015 | McAfee Total Protection Features (available at http://home.mcafee.com/store/total-protection) | McAfee's 12/12/14 Response to TVIIM's Interrogatory No. 15 | - | Cummings, Garuba, Gunderson, McFarlane, Murga, Rubin, Worley, and/or Yu | | |
| **1208** | - | McAfee Total Protection software | - | - | Yu, Murga, Rubin, and/or Garuba | | |
| **1209** | - | McAfee Source Code for Accused Software (WSS) | - | - | Yu, Murga, Rubin, and/or Garuba | | |
| **1210** | - | McAfee Source Code for Accused Products (WSS) Excerpts (password-protected) | Ex. 7 to 2/16/15 Rubin Rep. | - | Yu, Murga, Rubin, and/or Garuba | | |
| **1211** | 2006 | Brave New Ballot | *See* 3/9/15 Rubin Decl. ISO McAfee's Motion for Summary Judgement at 1 n.1 | - | Rubin and/or Knight | | |
| **1212** | 3/8/2000 | Computer Vulnerabilities (by Eric Knight) (available at http://www.ussrback.com/docs/papers/general/compvuln_draft.pdf) | Ex. 9 to 3/2/15 Knight Dep. | - | Rubin and/or Knight | | |
| **1213** | 3/7/2015 | CVE: About CVE | Ex. 24 to Rubin Decl. ISO McAfee's Motion for Summary Judgement | - | Rubin and/or Knight | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|
| 1214 | 3/7/2015 | CVE: Frequently Asked Questions | Ex. 25 to Rubin Decl. ISO McAfee's Motion for Summary Judgement | - | Rubin and/or Knight | | |
| 1215 | 3/7/2015 | CVE: Terminology | Ex. 26 to Rubin Decl. ISO McAfee's Motion for Summary Judgement | - | Rubin and/or Knight | | |
| 1216 | 2003 | Firewalls and Internet Security | *See* 3/9/15 Rubin Decl. ISO McAfee's Motion for Summary Judgement at 1 n.1 | - | Rubin and/or Knight | | |
| 1217 | 9/24/2014 | Jim Finkle, "New 'Bash' Software Bug May Pose Bigger Threat Than 'Heartbleed'", available at http://www.reuters.com/article/2014/09/24/us-cybersecurity-bash-idUSKCN0HJ2FQ20140924 (Sept. 24, 2014) | *See* 1/16/15 Rubin Rep. at 13 n.1 | - | Knight and/or Rubin | | |
| 1218 | 2/10/2015 | National Vulnerability Database (NVD) Results for Firefox 34.0.5 (available at https://nvd.nist.gov/home.cfm) | Ex. 8 to 2/16/15 Rubin Rep. | - | Rubin, Garuba, and/or Knight | | |
| 1219 | 2/10/2015 | National Vulnerability Database (NVD) Results for Winrar (available at https://nvd.nist.gov/home.cfm) | Ex. 9 to 2/16/15 Rubin Rep. | - | Rubin, Garuba, and/or Knight | | |
| 1220 | 2/10/2015 | National Vulnerability Database (NVD) Summary for CVE-2004-0234 (available at https://nvd.nist.gov/home.cfm) | Ex. 10 to 2/16/15 Rubin Rep. | - | Rubin, Garuba, and/or Knight | | |
| 1221 | 2/10/2015 | National Vulnerability Database (NVD) Summary for CVE-2004-0235 (available at https://nvd.nist.gov/home.cfm) | Ex. 11 to 2/16/15 Rubin Rep. | - | Rubin, Garuba, and/or Knight | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|-----|------|-------------------|-----------|-----------|--------------------|--------------------------------|------------------------------|
| **1222** | 2/18/2015 | National Vulnerability Database, National Cyber Awareness System CVE-2014-8825 | Ex. 6 to Garuba Dep. | - | Rubin, Knight, and/or Garuba | | |
| **1223** | 2/17/2015 | National Vulnerability Database, National Cyber Awareness System CVE-2015-1496 | Ex. 5 to Garuba Dep. | - | Rubin, Knight, and/or Garuba | | |
| **1224** | - | NVD: Vulnerability Summary for CVE-2014-8825 | Ex. 17 to Rubin Decl. ISO McAfee's Motion for Summary Judgement | - | Rubin and/or Knight | | |
| **1225** | - | NVD: Vulnerability Summary for CVE-2015-1496 | Ex. 28 to Rubin Decl. ISO McAfee's Motion for Summary Judgement | - | Rubin and/or Knight | | |
| **1226** | 3/7/2015 | NVD: About | Ex. 23 to Rubin Decl. ISO McAfee's Motion for Summary Judgement | - | Rubin and/or Knight | | |
| **1227** | 3/7/2015 | NVD: Common Weakness Enumeration | Ex. 27 to Rubin Decl. ISO McAfee's Motion for Summary Judgement | - | Rubin and/or Knight | | |
| **1228** | 3/7/2015 | NVD: Home | Ex. 22 to Rubin Decl. ISO McAfee's Motion for Summary Judgement | - | Rubin and/or Knight | | |
| **1229** | 2001 | Peer-to-Peer | *See* 3/9/15 Rubin Decl. ISO McAfee's Motion for Summary Judgement at 1 n.1 | - | Rubin and/or Knight | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|-----|------|------------------|-----------|-----------|-------------------|-------------------------------|-----------------------------|
| **1230** | 2/10/2015 | U.S. Creates New Agency to Lead Cyberthreat Tracking | Ex. 17 to Rubin Decl. ISO McAfee's Motion for Summary Judgement | - | Rubin and/or Knight | | |
| **1231** | 7/9/1996 | Use of a Taxonomy of Security Faults | Ex. 20 to Rubin Decl. ISO McAfee's Motion for Summary Judgement | - | Rubin and/or Knight | | |
| **1232** | 1997 | Web Security Sourcebook | *See* 3/9/15 Rubin Decl. ISO McAfee's Motion for Summary Judgement at 1 n.1 | - | Rubin and/or Knight | | |
| **1233** | 2001 | White-Hat Security Arsenal (pages vi – 330) | *See* 3/9/15 Rubin Decl. ISO McAfee's Motion for Summary Judgement at 1 n.1 | - | Rubin and/or Knight | | |
| **1234** | | WITHDRAWN AS DUPLICATE OF 349 | | | | | |
| **1235** | 1/16/2013 | 2013 TVIIM Operating Agreement | VOCK000859 | VOCK000895 | Gunderson, McFarlane, Bitonti, Lyman, Jonjak, and/or Vock | | |
| **1236** | 2/23/2000 | Assignment of U.S. Patent No. 6,889,168 to DMW Worldwide (Notice of Recordation) | TVIIM005688 | TVIIM005694 | Rubin, Gunderson, Knight, McFarlane, Hartley, Reynolds, Ricotta, and/or Vock | | |
| **1237** | 1999-2013 | Assignments for U.S. Patent No. 6,889,168 | VOCK000701 | VOCK000709 | Hartley, Ricotta, Hammond, Bitonti, Lyman, Jonjak, Vock, Gunderson, and/or McFarlane | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|-----|------|-------------------|-----------|-----------|-------------------|-------------------------------|----------------------------|
| **1238** | 10/27/2014 | Declaration of Paul Jonjak | Ex. 7 to 1/6/15 Jonjak Dep. | - | Jonjak, Vock, Bitonti, Lyman, Gunderson, and/or McFarlane | | |
| **1239** | 4/1/2007 | EIM-Innerwall Letter of Intent | 84922DOC003274 | 84922DOC003274 | Bitonti, Gunderson, Hammond, Lyman, McFarlane, Ricotta,Rubin, and/or Vock | | |
| **1240** | 11/7/2012 | EIM-ThinkVillage Joint Venture Agreement | Ex. 4 to 1/6/15 Jonjak Dep. | - | Lyman, Bitonti, Jonjak, Vock, Gunderson, and/or McFarlane | | |
| **1241** | 9/8/2014 | Redacted Emails between C. Vock and P. Jonjak, EIM-Think Village Agreement Joint Venture Agreement, and Related Documents | TVIIM009619 | TVIIM009728 | Lyman, Bitonti, Jonjak, Vock, Gunderson, and/or McFarlane | | |
| **1242** | - | Summary Table of U.S. Patent No. 6,889,168 Transfers | 1/16/15 Gunderson Rep. at 7; 2/16/15 Gunderson Rep. at 11-12 | - | Gunderson, McFarlane, Rubin, Knight, Reynolds, Hartley, Hammond, Ricotta, Lyman, Bitonti, Jonjak, and/or Vock | | |
| **1243** | - | McAfee Best Technology Timeline | 84912DOC000003 | 84912DOC000003 | Cummings, Gunderson, McFarlane, and/or Worley | | |
| **1244** | | WITHDRAWN AS DUPLICATE OF 268 | | | | | |
| **1245** | 12/31/2009 | McAfee SEC Form 10-K (2009) (available at http://www.sec.gov/Archives/edgar/data/890801/000095012310018425/d70406e10vk.htm) | *See* 2/16/15 Gunderson Rep. at 62 n. 342 | - | Gunderson and/or McFarlane | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|
| **1246** | 12/31/2010 | McAfee SEC Form 10-K (2010) (available at http://www.sec.gov/Archives/edgar/data/890801/000095012311019014/d75827e10vk.htm) | *See* 2/16/15 Gunderson Rep. at 62 n. 342 | - | Gunderson and/or McFarlane | | |
| **1247** | 2/18/2011 | Intel Corp. SEC Form 10-K (2010) (available at http://www.sec.gov/Archives/edgar/data/50863/000095012311015783/f56033e10vk.htm) | - | - | Worley, Cummings, Gunderson, and/or McFarlane | | |
| **1248** | 2/23/2012 | Intel Corp. SEC Form 10-K (2011) (available at http://www.sec.gov/Archives/edgar/data/50863/000119312512075534/d302695d10k.htm) | - | - | Worley, Cummings, Gunderson, and/or McFarlane | | |
| **1249** | 2/29/13 | Intel Corp. SEC Form 10-K (2012) (available at http://www.sec.gov/Archives/edgar/data/50863/000119312513065416/d424446d10k.htm) | - | - | Worley, Cummings, Gunderson, and/or McFarlane | | |
| **1250** | 2/14/2014 | Intel Corp. SEC Form 10-K (2013) (available at http://www.sec.gov/Archives/edgar/data/50863/000005086314000020/a10kdocument12282013.htm ) | - | - | Worley, Cummings, Gunderson, and/or McFarlane | | |
| **1251** | 2/13/2015 | Intel Corp. SEC Form 10-K (2014) (available at http://www.sec.gov/Archives/edgar/data/50863/000005086315000015/a10kdocument12272014.htm) | - | - | Worley, Cummings, Gunderson, and/or McFarlane | | |
| **1252** | 11/7/2013 | 2014 SC Magazine Awards (available at http://www.scmagazine.com/2014-sc-awards-us-finalists/printarticle/319868/) | - | - | Worley, Cummings, Gunderson, and/or McFarlane | | |
| **1253** | 5/16/2014 | Email from McAfee's President re Global Community Service Day | 84909DOC000055 | 84909DOC000056 | Worley, Cummings, Gunderson, and/or McFarlane | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|-----|------|-------------------|-----------|-----------|---------------------|-------------------------------|-----------------------------|
| **1254** | 9/9/2013 | Garnet MarketScope for Vulnerability Assessment | 84909DOC000036 | 84909DOC000043 | Worley, Cummings, Gunderson, McFarlane | | |
| **1255** | 1/8/2014 | Gartner Magic Quadrant for Ednpoint Protection Platforms | 84909DOC000018 | 84909DOC000033 | Worley, Cummings, Gunderson, McFarlane | | |
| **1256** | 7/1/2014 | Intel Security (McAfee), Positioned in The Leaders Quadrant For Secure Web Gateway in Gartner's Latest Magic Quadrant (available at http://www.mcafee.com/us/about/news/2014/q3/20140701-01.aspx) | - | - | Cummings, Gunderson, McFarlane, and/or Worley | | |
| **1257** | 9/16/2014 | Intel Security Achieves 7 Consecutive Years as a Leader in Gartner's Magic Quadrant for Mobile Data Protection (available at http://www.mcafee.com/us/about/news/2014/q3/20140916-01.aspx) | - | - | Cummings, Gunderson, McFarlane, and/or Worley | | |
| **1258** | 2014 | Intel Security: Innovating the Security Connected Concept (2001-2014 Timeline) | 84912DOC000004 | 84912DOC000004 | Cummings, Gunderson, McFarlane, and/or Worley | | |
| **1259** | 2013 | McAfee 2013 Gartner Magic Quadrants | 84912DOC000005 | 84912DOC000005 | Cummings, Gunderson, McFarlane, and/or Worley | | |
| **1260** | - | McAfee Awards and Reviews | 84909DOC000004 | 84909DOC000006 | Worley, Cummings, Gunderson, McFarlane | | |
| **1261** | - | McAfee Cares | 84909DOC000001 | 84909DOC000001 | Worley, Cummings, Gunderson, McFarlane | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|
| 1262 | 1/20/2014 | McAfee Continues Position in Leaders Quadrant for Endpoint Protection, available at http://www.mcafee.com/us/about/news/2014/q1/20140120-01.aspx | - | - | Cummings, Gunderson, McFarlane, and/or Worley | | |
| 1263 | 11/14/2014 | McAfee Email Protection Named Email Security Readers Choice Award Winner (available at https://blogs.mcafee.com/business/mcafee-email-protection-named-email-security-readers-choice-award-winner) | - | - | Cummings, Gunderson, McFarlane, and/or Worley | | |
| 1264 | 5/19/2014 | McAfee Global Community Service Day (available at https://blogs.mcafee.com/consumer/mcafee-global-community-service-day) | - | - | Worley, Cummings, Gunderson, and/or McFarlane | | |
| 1265 | 3/7/2013 | McAfee Honored with 2013 SC Award for Best Database Security Solution (available at http://www.mcafee.com/us/about/news/2013/q1/20130307-01.aspx) | - | - | Cummings, Gunderson, McFarlane, and/or Worley | | |
| 1266 | 5/13/2014 | McAfee Launches Online Safety for Silver Surfers | 84909DOC000064 | 84909DOC000064 | Worley, Cummings, Gunderson, McFarlane | | |
| 1267 | 11/6/2013 | McAfee Launches Safety Programme Across Ireland | 84909DOC000057 | 84909DOC000059 | Worley, Cummings, Gunderson, McFarlane | | |
| 1268 | 2/27/2013 | McAfee Leads in Protection Against Advanced Threats (available at http://www.mcafee.com/us/about/news/2013/q1/20130227-02.aspx) | - | - | Cummings, Gunderson, McFarlane, and/or Worley | | |
| 1269 | 11/11/2013 | McAfee Livesafe Wins PCMag's Editors' Choice | 84909DOC000011 | 84909DOC000011 | Worley, Cummings, Gunderson, McFarlane | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|-----|------|------------------|-----------|-----------|-------------------|-------------------------------|----------------------------|
| **1270** | 3/19/2013 | McAfee Marks May 16th as its Annual Global Community Service Day | 84909DOC000053 | 84909DOC000054 | Worley, Cummings, Gunderson, McFarlane | | |
| **1271** | - | McAfee Online Safety for Kids | 84909DOC000002 | 84909DOC000002 | Worley, Cummings, Gunderson, McFarlane | | |
| **1272** | - | McAfee Online Safety for Kids - Tips for Parents | 84909DOC000047 | 84909DOC000052 | Cummings, Gunderson, McFarlane, and/or Worley | | |
| **1273** | 10/23/2013 | McAfee Online Safety for Kids Program Wins Alta Associates' Cyber Security School Challenge Team Award | 84909DOC000062 | 84909DOC000063 | Worley, Cummings, Gunderson, McFarlane | | |
| **1274** | 3/19/2013 | McAfee Online Safety for Kids Recognized as a 2013 Computerworld Honors Laureate | 84909DOC000012 | 84909DOC000017 | Worley, Cummings, Gunderson, McFarlane | | |
| **1275** | 7/24/2013 | McAfee Online Safety Program Reaches More than 100,000 Youth, Parents, and Teachers | 84909DOC000060 | 84909DOC000061 | Worley, Cummings, Gunderson, McFarlane | | |
| **1276** | 12/31/2013 | McAfee Overview presentation | 84912DOC000006 | 84912DOC000011 | Cummings, Gunderson, McFarlane, and/or Worley | | |
| **1277** | 7/2/2014 | McAfee Positioned Again in The Leaders Quadrant for Security Information And Event Management in Garner's Magic Quadrant (available at http://www.mcafee.com/us/about/news/2014/q3/20140702-01.aspx) | - | - | Cummings, Gunderson, McFarlane, and/or Worley | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|-----|------|------------------|-----------|-----------|-------------------|-------------------------------|----------------------------|
| **1278** | 6/5/2013 | McAfee Positioned in the Leaders Quadrant for Information and Event Management in Gartner | 84909DOC000034 | 84909DOC000035 | Worley, Cummings, Gunderson, McFarlane | | |
| **1279** | 12/24/2013 | McAfee Positioned in the Leaders Quadrant for Intrusion Prevention Systems in Gartner's Magic Quadrant (available at http://www.mcafee.com/us/about/news/2013/q4/20131224-01.aspx) | - | - | Cummings, Gunderson, McFarlane, and/or Worley | | |
| **1280** | 7/29/2013 | McAfee Positioned in the Leaders Quadrant for Secure Email Gateways in Gartner's Magic Quadrant (available at http://www.mcafee.com/us/about/news/2013/q3/20130729-01.aspx) | - | - | Cummings, Gunderson, McFarlane, and/or Worley | | |
| **1281** | 6/24/2013 | McAfee Positioned in the Leaders Quadrant for Secure Web Gateways in Gartner's Magic Quadrant (available at http://www.mcafee.com/us/about/news/2013/q2/20130624-01.aspx) | - | - | Cummings, Gunderson, McFarlane, and/or Worley | | |
| **1282** | 5/14/2014 | McAfee Raises More Than $250,000 Through Its Third Annual Charity Golf Tournament (available at http://www.mcafee.com/us/about/news/2014/q2/20140515-01.aspx) | - | - | Cummings, Gunderson, McFarlane, and/or Worley | | |
| **1283** | 11/12/2013 | McAfee Spotlights the "12 Scams of Christmas" to Keep Consumers Digital Lives Safe (available at http://www.mcafee.com/us/about/news/2013/q4/20131112-01.aspx) | - | - | Cummings, Gunderson, McFarlane, and/or Worley | | |
| **1284** | 6/3/2013 | McAfee Total Protection for Compliance v7.x Review | 84909DOC000007 | 84909DOC000010 | Worley, Cummings, Rubin, Gunderson, and/or McFarlane | | |
| **1285** | 11/14/2014 | McAfees "12 Scams of the Holidays" List Educates Shoppers on How to Avoid Unwrapping an Online Threat and Keep Their Digital Lives Safe (available at http://www.mcafee.com/us/about/news/2014/q4/20141111-01.aspx) | - | - | Cummings, Gunderson, McFarlane, and/or Worley | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|-----|------|------------------|-----------|-----------|--------------------|--------------------------------|-----------------------------|
| 1286 | 9/2013 | SC Magazine Best Buy: McAfee Email Protection (available at http://www.mcafee.com/us/resources/reviews/email-protection-sc-magazine-5-stars-best-buy-2013.pdf) | - | - | Cummings, Gunderson, McFarlane, and/or Worley | | |
| 1287 | 4/2013 | SC Magazine Best Buy: McAfee Enterprise Security Manager (available at http://www.mcafee.com/us/resources/reviews/sc-magazine-enterprise-security-manager.pdf) | - | - | Cummings, Gunderson, McFarlane, and/or Worley | | |
| 1288 | 12/2012 | SC Magazine Industry Innovators: McAfee Email Protection (available at http://www.mcafee.com/us/resources/articles/art-sc-magazine-innovator-award-email-protection.pdf) | - | - | Cummings, Gunderson, McFarlane, and/or Worley | | |
| 1289 | 2010 | SQL Server Magazine Editors Best and Community Choice Awards (available at http://sqlmag.com/sql-server/2010/sql-server magazine-editors-best-and-community-choice-awards) | - | - | Worley, Cummings, Gunderson, McFarlane | | |
| 1290 | 3/13/2014 | Email from B. Hartley to C. Vock re Phone Call/Meeting and LinkedIn Invite | 84926DOC000001 | 84926DOC000002 | Hartley and/or Vock | | |
| 1291 | 8/25/2014 | Errata Sheet for Eric Knight's August 5, 2014 Deposition | Ex. 2 to 3/2/15 Knight Dep. | - | Knight and/or Rubin | | |
| 1292 | 12/23/2014 | Errata Sheet for Eric Knight's December 23, 2014 Deposition | Ex. 5 to 3/2/15 Knight Dep. | - | Knight and/or Rubin | | |
| 1293 | 3/2/2015 | Errata Sheet for Eric Knight's March 2, 2015 Deposition | - | - | Knight and/or Rubin | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|
| 1294 | - | Photograph of Office Evolution Front Entrance | Ex. 3 to 9/12/14 Jonjak Dep. | - | Bitonti, Gunderson, Jonjak, Lyman, McFarlane, and/or Vock | | |
| 1295 | 6/2014 | The Sedona Conference: Commentary on Patent Damages and Remedies | Ex. 12 to McFarlane Dep. | - | McFarlane and/or Gunderson | | |
| 1296 | 4/12/2013 | Trademark/Service Mark Application for 'Innerwall' | Ex. 1 to 9/12/14 Jonjak Dep. | - | Jonjak, Vock, Hammond, Knight, Lyman, and/or Bitonti | | |
| 1297 | - | TVIIM LLC Description | Ex. 2 to Vock Dep. | - | Gunderson, McFarlane, Bitonti, Lyman, Jonjak, and/or Vock | | |
| 1298 | 1/4/2013 | TVIIM, LLC Articles of Organization | Ex. 5 to Vock Dep. | - | Bitonti, Lyman, Jonjak, Vock, Gunderson, and/or McFarlane | | |
| 1299 | 2/21/2014 | TVIIM's Responses to McAfee's First Set of Interrogatories | - | - | Gunderson, Rubin, Knight, Garuba, McFarlane, Vock, Jonjak, Lyman, Bitonti, and/or Hammond | | |
| 1300 | 11/14/2014 | TVIIM's Responses to McAfee's Second Set of Interrogatories | - | - | Gunderson, Rubin, Knight, Garuba, McFarlane, Vock, Jonjak, Lyman, Bitonti, and/or Hammond | | |
| 1301 | 11/14/2014 | TVIIM's Responses to McAfee's First Set of Requests for Admission | - | - | Gunderson, Rubin, Knight, Garuba, McFarlane, Vock, Jonjak, Lyman, Bitonti, and/or Hammond | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|
| **1302** | 12/12/2014 | TVIIM's Responses to McAfee's Second Set of Requests for Admission | - | - | Gunderson, Rubin, Knight, Garuba, McFarlane, Vock, Jonjak, Lyman, Bitonti, and/or Hammond | | |
| **1303** | 11/21/2014 | TVIIM's Supplemental Responses to McAfee's First Set of Interrogatories | - | - | Bitonti, Hartley, Garuba, Gunderson, Jonjak, Knight, Lyman, McFarlane, Reynolds, Rubin, and/or Vock | | |
| **1304** | 9/9/2014 | Deposition of Kevin Reynolds | - | - | - | | |
| **1305** | 9/11/2014 | Deposition of Curtis Vock | - | - | - | | |
| **1306** | 9/12/2014 | Deposition of Paull Jonjak | - | - | - | | |
| **1307** | 11/19/2014 | Deposition of Bruce Hartley | - | - | - | | |
| **1308** | 12/3/2014 | Deposition of James Bitonti | - | - | - | | |
| **1309** | 12/11/2014 | Deposition of Frank Hammond | - | - | - | | |
| **1310** | 12/19/2014 | Deposition of Bruce Lyman | - | - | - | | |

McAfee, Inc.'s Amended Exhibit List

| No. | Date | Brief Description | Beg Bates | End Bates | Sponsoring Witness | Date Marked for Identification | Date Admitted into Evidence |
|-----|------|------------------|-----------|-----------|--------------------|--------------------------------|-----------------------------|
| **1311** | 12/20/2014 | Deposition of Frank Ricotta | - | - | - | | |
| **1312** | 12/23/2014 | Deposition of Eric Knight | - | - | - | | |
| **1313** | 1/6/2015 | Deposition of Paul Jonjak | - | - | - | | |
| **1314** | 6/23/2015 | How Vulnerability Scanner works | 84933DOC000001 | 84933DOC000003 | Worley, Cummings, Yu, Rubin, and/or Garuba | | |

1

2    Dated:  July 10, 2015                              Respectfully submitted,

3

4                                                         */s/ Joseph J. Mueller*

5                                                       Joseph J. Mueller (*pro hac vice*)
                                                          joseph.mueller@wilmerhale.com
6                                                       Sarah B. Petty (*pro hac vice*)
                                                          sarah.petty@wilmerhale.com
7                                                       WILMER CUTLER PICKERING
                                                       HALE AND DORR LLP
8                                                       60 State Street
                                                       Boston, MA  02109
9                                                       Telephone:  (617) 526-6000
                                                       Facsimile:  (617) 526-5000
10

11                                                      Nina S. Tallon (*pro hac vice*)
                                                          nina.tallon@wilmerhale.com
12                                                      WILMER CUTLER PICKERING
                                                       HALE AND DORR LLP
13                                                      1875 Pennsylvania Avenue NW
                                                       Washington, DC 20006
14                                                      Telephone:  (202) 663-6000
                                                       Facsimile:  (202) 663-6363
15

16                                                      Christine C. Capuyan (SBN 281036)
                                                          christine.capuyan@wilmerhale.com
17                                                      WILMER CUTLER PICKERING
                                                       HALE AND DORR LLP
18                                                      950 Page Mill Road
                                                       Palo Alto, CA  94304
19                                                      Telephone:  (650) 858-6000
                                                       Facsimile:  (650) 858-6100
20

21                                                      *Attorneys for Defendant and*
                                                       *Counterclaim-Plaintiff McAfee, Inc.*
22

23

24

25

26

27

28

1

## CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

2        I hereby attest that concurrence in this filing had been obtained from Joseph J. Mueller

3    and that records to support this concurrence are on file.

4

5    Dated: July 10, 2015                         */s/ Christine Capuyan*

6                                                 Christine Capuyan

7

8    ## CERTIFICATE OF SERVICE

    I hereby certify under penalty of perjury under the laws of the United States that a true

9    and correct copy of the above and foregoing document has been served on all counsel of record

10   who are deemed to have consented to electronic service via the Court's ECF system per Civil

11   Local Rule 5-1.

12

13

14

15   Dated: July 10, 2015                         */s/ Christine Capuyan*

16                                                Christine Capuyan

17

18

19

20

21

22

23

24

25

26

27

28