UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TVIIM, LLC,

        Plaintiff,

   v.

MCAFEE, INC.,

        Defendant.

Case No. 13-cv-04545-HSG

**ORDER REGARDING PROPOSED FINAL JUDGMENT**

      The Court intends to issue the attached proposed final judgment in this matter. The Court directs the parties to file any objections to the proposed final judgment by the end of the day on August 5, 2015.

      **IT IS SO ORDERED.**

Dated: August 4, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge