United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TVIIM, LLC,

          Plaintiff,

   v.

MCAFEE, INC.,

          Defendant.

Case No.  13-cv-04545-HSG

**FINAL JUDGMENT**

     In accordance with orders previously issued by the Court and the jury's verdict in this matter, as rendered on July 23, 2015 and as memorialized in the Verdict Form, the Court enters final judgment as follows:

     1.  Defendant McAfee, Inc. has not infringed claims 1, 2, 5, 7, 8, 9, 11, 12, 19, or 20 of United States Patent No. 6,889,168.

     2.  Claims 1, 9, and 11 of United States Patent No. 6,889,168 are invalid.

     3.  Defendant McAfee, Inc.'s inequitable conduct allegations, namely its defense and counterclaims predicated on assertions of inequitable conduct (Dkt. No. 102, Defenses at ¶ 5 and Counterclaims at ¶¶ 15-59), are hereby dismissed with prejudice.

     **IT IS SO ORDERED.**

Dated: August 6, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge