Christine C. Capuyan (SBN 281036)
  christine.capuyan@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Joseph J. Mueller (*pro hac vice*)
  joseph.mueller@wilmerhale.com
Sarah B. Petty (*pro hac vice*)
  sarah.petty@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Nina S. Tallon (*pro hac vice*)
  nina.tallon@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:     (202) 663-6000
Facsimile:     (202) 663-6363

*Attorneys for Defendant and
Counterclaim-Plaintiff McAfee, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TVIIM, LLC,<br><br>                    Plaintiff,<br><br>      v.<br><br>MCAFEE, INC.,<br><br>                    Defendant. | **Civil Action No. 3:13-CV-04545-HSG**<br><br>**DECLARATION OF JOSEPH J. MUELLER IN FURTHER SUPPORT OF MCAFEE'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

I, Joseph J. Mueller, hereby declare as follows:

1.        I am an attorney admitted to this Court *pro hac vice* and admitted to practice in the Commonwealth of Massachusetts (BBO #647567).  I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, and counsel for Defendant McAfee, Inc. ("McAfee") in the above-captioned matter.  I am familiar with the information set forth herein, and I could and would competently testify thereto if called as a witness.

2.        I make this declaration in support of McAfee's Motion for Attorneys' Fees and Costs, , as this is an exceptional case under 35 U.S.C. § 285 and under the U.S. Supreme Court's ruling in *Octane Fitness, LLC v. ICON Health & Fitness, Inc.*, 134 S. Ct. 1749 (2014).

3.        Attached to this Declaration as **Exhibit 1** is a true and correct copy of Trial Exhibit 1235, the TVIIM Operating Agreement, dated January 16, 2013.

4.        Attached to this Declaration as **Exhibit 2** is a true and correct copy of Trial Exhibit 1240, the EIM-ThinkVillage Agreement to Form Joint Venture, dated November 7, 2012.

5.        Attached to this Declaration as **Exhibit 3** is a true and correct copy of Trial Exhibit 345, the Trident Data Systems Assignment Agreement, dated April 24, 1996.

6.        Attached to this Declaration as **Exhibit 4** is a true and correct copy of certain portions of the transcript of the August 5, 2014 deposition of Eric Knight.

7.        Attached to this Declaration as **Exhibit 5** is a true and correct copy of certain portions of the transcript of the September 11, 2014 deposition of Curtis Vock.

8.        **Exhibit 6** has been intentionally omitted.

9.        **Exhibit 7** has been intentionally omitted.

10.        Attached to this Declaration as **Exhibit 8** is a true and correct copy of certain portions of the transcript of the September 12, 2014 deposition of Paul Jonjak.

11.        Attached to this Declaration as **Exhibit 9** is a true and correct copy of Exhibit 2 to the September 11, 2014 deposition of Curtis Vock.

12.        Attached to this Declaration as **Exhibit 10** is a true and correct copy of TVIIM, LLC's Patent L.R. 3-1 Disclosures, dated February 26, 2014.

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

13.     Attached to this Declaration as **Exhibit 11** is a true and correct copy of McAfee's Patent L.R. 3-3 Invalidity Contentions for Asserted U.S. Patent No. 6,889,168, dated May 12, 2014.

14.     Attached to this Declaration as **Exhibit 12** is a true and correct copy of a letter from McAfee's counsel to TVIIM's counsel, dated May 12, 2014.

15.     Attached to this Declaration as **Exhibit 13** is a true and correct copy of a letter from McAfee's counsel to TVIIM's counsel, dated May 29, 2014.

16.     Attached to this Declaration as **Exhibit 14** is a true and correct copy of a letter from McAfee's counsel to TVIIM's counsel, dated November 7, 2014.

17.     Attached to this Declaration as **Exhibit 15** is a true and correct copy of a letter from McAfee's counsel to TVIIM's counsel, dated November 18, 2014.

18.     Depositions of prior art fact witnesses and both parties' technical experts were conducted in January through March of 2015.

19.     Attached to this Declaration as **Exhibit 16** is a true and correct copy of the results from a search conducted in August 2015 of Lex Machina's database for total patent litigation jury verdicts entered in 2014.

20.     Attached to this Declaration as **Exhibit 17** is a true and correct copy of the results from a search of Lex Machina's database conducted by Lex Machina employees in August 2015 for total patent litigation jury verdicts finding both noninfringement and invalidity and entered in 2014.

21.     Attached to this Declaration as **Exhibit 18** is a true and correct copy of certain portions of the transcript of the September 9, 2014 deposition of Kevin Reynolds.

22.     Attached to this Declaration as **Exhibit 19** is a true and correct copy of Trial Exhibit 3, a document entitled "How Vulnerability Scanner works," with a copyright date of 2012.

23.     Attached to this Declaration as **Exhibit 20** is a true and correct copy of Trial Exhibit 18, a document entitled, "Business Plan: Vulnerability Manager V1."

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

24.     Attached to this Declaration as **Exhibit 21** is a true and correct copy of Trial Exhibit 320, an email from a McAfee employee entitled, "Announcing McAfee Total Protection 6.0 Beta – featuring Vulnerability Scanner," dated June 15, 2012.

25.     Attached to this Declaration as **Exhibit 22** is a true and correct copy of TVIIM, LLC's Offer of Judgment Pursuant to Federal Rule of Civil Procedure 68, dated July 16, 2015.

26.     Attached to this Declaration as **Exhibit 23** is a true and correct copy of certain portions of the transcript of the September 9, 2014 deposition of Kevin Reynolds.

27.     Attached to this Declaration as **Exhibit 24** is a true and correct copy of the Expert Report of Aviel D. Rubin, Ph.D, dated January 16, 2015.

28.     Attached to this Declaration as **Exhibit 25** is a true and correct copy of the Expert Report of Eric B. Knight, dated February 16, 2015.

29.     Attached to this Declaration as **Exhibit 26** is a true and correct copy of a document entitled, "Computer Vulnerabilities," written by Eric Knight.

30.     Attached to this Declaration as **Exhibit 27** is a true and correct copy of Trial Exhibit 102, U.S. Patent No. 6,889,168.

31.     Attached to this Declaration as **Exhibit 28** is a true and correct copy of Trial Exhibit 1025, a document entitled, "What computer security tool will you use?".

32.     Attached to this Declaration as **Exhibit 29** is a true and correct copy of Trial Exhibit 1041, a document entitled, "System Security Scanner (S3) 1.1: User Guide and Reference Manual."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated:  August 20, 2015

WILMER CUTLER PICKERING HALE AND DORR LLP

 */s/ Joseph J. Mueller*

Joseph J. Mueller (*pro hac vice*)


*Attorney for Defendant and Counterclaim-Plaintiff McAfee, Inc.*

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in this filing had been obtained from Joseph J. Mueller and that a copy of his original signature is on file.

Dated: August 20, 2015                           */s/ Christine Capuyan*

                                                 Christine Capuyan

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the United States that a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

Dated: August 20, 2015                           */s/ Christine Capuyan*

                                                 Christine Capuyan

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

3:13-CV-04545-HSG                    5        MUELLER DECL. IN FURTHER SUPPORT OF MCAFEE'S
                                              MOTION FOR ATTORNEYS' FEES AND COSTS