Christine C. Capuyan (SBN 281036)
christine.capuyan@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Sarah B. Petty (*pro hac vice*)
sarah.petty@wilmerhale.coms
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Nina S. Tallon (*pro hac vice*)
nina.tallon@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:     (202) 663-6000
Facsimile:      (202) 663-6363

*Attorneys for Defendant and
Counterclaim-Plaintiff McAfee, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TVIIM, LLC, | **Civil Action No. 3:13-CV-04545-HSG** |
| Plaintiff, | |
| v. | **MCAFEE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| MCAFEE, INC., | |
| Defendant. | **(MCAFEE'S MOTION FOR ATTORNEYS' FEES AND COSTS)** |

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

In accordance with Civ. L.R. 7-11 and 79-5, McAfee, Inc. ("McAfee") hereby moves to seal the following documents:

1. Portions of the confidential, unredacted version of McAfee's Motion for Attorneys' Fees and Costs ("McAfee's Motion");

2. Portions of the confidential, unredacted version of the Declaration of Joseph J. Mueller in Support of McAfee's Motion ("Mueller Fees and Costs Declaration");

3. Portions of the confidential, unredacted version of McAfee's Bill of Costs and supporting schedules and exhibits (all of which are attached to the Mueller Fees and Costs Declaration); and

4. Exhibits 4-5, 8-9, 18, and 24 to the Declaration of Joseph J. Mueller in Further Support of McAfee's Motion ("Mueller Authentication Declaration").

Item numbers 1-4 above contain or discuss information that has been designated "CONFIDENTIAL," "CONFIDENTIAL – ATTORNEYS' EYES ONLY," or "CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY - RESTRICTED" under the Protective Order (Dkt. No. 62) by defendant McAfee, plaintiff TVIIM, LLC ("TVIIM") and/or third parties in this case, or is otherwise information that is believed to be deemed confidential by McAfee, TVIIM, and/or these third parties.

Such confidential information has been highlighted in green in the above referenced documents that McAfee hereby files under seal. The complete, unredacted versions of these documents will be lodged with the Court for in camera review and served upon TVIIM. The relevant third parties will be served with the particular documents that contain their confidential information, redacted as needed to ensure they may see only their confidential information.[1]

_____

[1] McAfee understands that each of these third parties is to be served through Fox Rothschild LLP — plaintiff TVIIM's counsel of record in this litigation. McAfee therefore intends to serve this Motion to Seal, the accompanying Declaration of Joseph J. Mueller in Support of McAfee's Motion to Seal ("Mueller Sealing Declaration"), and the relevant third-party exhibits to the relevant third parties through Fox Rothschild.

1                                            MCAFEE'S ADMINISTRATIVE MOTION
                                             TO FILE DOCUMENTS UNDER SEAL
                                             3:13-CV-04545-HSG

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

McAfee expects that TVIIM and/or the relevant third parties will file the required supporting declarations in accordance with Civil Local Rule 79-5 as necessary in order to confirm whether their information should be sealed.

McAfee and the law firm of Wilmer Cutler Pickering Hale and Dorr LLP maintain a claim of confidentiality to certain portions of items 1-3 above, as explained in detail and for the reasons set forth in the accompanying Mueller Sealing Declaration.

For the foregoing reasons, McAfee respectfully requests sealing of the information contained in:

1. Portions of the confidential, unredacted version of McAfee's Motion for Attorneys' Fees and Costs ("McAfee's Motion");

2. Portions of the confidential, unredacted version of the Declaration of Joseph J. Mueller in Support of McAfee's Motion ("Mueller Fees and Costs Declaration");

3. Portions of the confidential, unredacted version of McAfee's Bill of Costs and supporting schedules and exhibits (all of which are attached to the Mueller Fees and Costs Declaration); and

4. Exhibits 4-5, 8-9, 18, and 24 to the Declaration of Joseph J. Mueller in Further Support of McAfee's Motion ("Mueller Authentication Declaration").

Dated:  August 20, 2015

WILMER CUTLER PICKERING HALE AND DORR LLP

 /s/ Christine C. Capuyan

Christine C. Capuyan (SBN 281036)

*Attorney for Defendant and Counterclaim-Plaintiff McAfee, Inc.*

MCAFEE'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL
3:13-CV-04545-HSG

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the United States that a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.


Dated: August 20, 2015

*/s/ Christine Capuyan*
Christine Capuyan

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

MCAFEE'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL
3:13-CV-04545-HSG