Christine C. Capuyan (SBN 281036)
  christine.capuyan@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Joseph J. Mueller (*pro hac vice*)
  joseph.mueller@wilmerhale.com
Sarah B. Petty (*pro hac vice*)
  sarah.petty@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Nina S. Tallon (*pro hac vice*)
  nina.tallon@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:     (202) 663-6000
Facsimile:     (202) 663-6363

*Attorneys for Defendant and
Counterclaim-Plaintiff McAfee, Inc.*

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| TVIIM, LLC,<br><br>           Plaintiff,<br><br>    v.<br><br>MCAFEE, INC.,<br><br>           Defendant. | **Civil Action No. 3:13-CV-04545-HSG**<br><br>**DECLARATION OF JOSEPH J. MUELLER IN SUPPORT OF MCAFEE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (MCAFEE'S MOTION FOR ATTORNEYS' FEES AND COSTS)** |

I, Joseph J. Mueller, hereby declare and state as follows:

1. I am an attorney admitted to this Court *pro hac vice* and admitted to practice in the Commonwealth of Massachusetts (BBO #647567). I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), and counsel for Defendant McAfee, Inc. ("McAfee") in the above-captioned matter. I am familiar with the information set forth herein, and I could and would competently testify thereto if called as a witness.

2. Pursuant to Local Rules 7-11 and 79-5, I submit this declaration in support of McAfee's Administrative Motion to File Documents under Seal ("Motion to Seal") the following documents:

- Portions of the confidential, unredacted version of McAfee's Motion for Attorneys' Fees and Costs ("McAfee's Motion");

- Portions of the confidential, unredacted version of the Declaration of Joseph J. Mueller in Support of McAfee's Motion ("Mueller Fees and Costs Declaration");

- Portions of the confidential, unredacted version of McAfee's Bill of Costs and supporting schedules and exhibits (all of which are attached to the Mueller Fees and Costs Declaration); and

- Exhibits 4-5, 8-9, 18, and 24 to the Declaration of Joseph J. Mueller in Further Support of McAfee's Motion ("Mueller Authentication Declaration").

3. The following entities may maintain a claim of confidentiality to the following remaining documents:

| Document | Portion(s) | Designating Entity |
|---|---|---|
| McAfee's Motion | Green-highlighted portions | Plaintiff TVIIM, LLC ("TVIIM"); third-parties Enterprise Information Management, Inc. ("EIM"), Messrs. Eric Knight, Curtis Vock, Paul Jonjak, and/or Kevin Reynolds; and WilmerHale |

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

**Wilmer Cutler Pickering Hale and Dorr LLP**
**950 Page Mill Road**
**Palo Alto, CA  94304**

| Mueller Fees and Costs Declaration | Green-highlighted portions | WilmerHale, McAfee, Planet Depos, Veritext, Esquire, Warp 9, and/or Core Legal |
|---|---|---|
| McAfee's Bill of Costs | Green-highlighted portions | WilmerHale, McAfee, Planet Depos, Veritext, Esquire, Warp 9, and/or Core Legal |
| Schedules to McAfee's Bill of Costs | Green-highlighted portions | WilmerHale, Planet Depos, Veritext, Esquire, Warp 9, and/or Core Legal |
| Exhibits A-D to McAfee's Bill of Costs | Green-highlighted portions | WilmerHale, Planet Depos, Veritext, Esquire, Warp 9, and/or Core Legal |
| Exhibit 4 to the Mueller Authentication Declaration | Entire document | Plaintiff TVIIM and/or third-party Mr. Knight |
| Exhibits 5, 9 to the Mueller Authentication Declaration | Entire documents | Plaintiff TVIIM and/or third-party Mr. Vock |
| Exhibit 8 to the Mueller Authentication Declaration | Entire document | Plaintiff TVIIM and/or third-party Mr. Jonjak |
| Exhibit 18 to the Mueller Authentication Declaration | Entire document | Plaintiff TVIIM and/or third-party Mr. Reynolds |
| Exhibit 24 to the Mueller Authentication Declaration | Entire document | Plaintiff TVIIM and/or third-party Enterprise Information Management, Inc. |

4.   WilmerHale maintains a claim of confidentiality over the information highlighted in the Mueller Fees and Costs Declaration, McAfee's Bill of Costs, Schedules to McAfee's Bill of Costs, and Exhibits A-D to McAfee's Bill of Costs.  WilmerHale also maintains a claim of

MUELLER DECL. ISO MCAFEE'S
MOTION TO SEAL (MCAFEE'S MOTION FOR
ATTORNEYS' FEES AND COSTS)
3:13-CV-04545-HSG

**Wilmer Cutler Pickering Hale and Dorr LLP**
**950 Page Mill Road**
**Palo Alto, CA 94304**

confidentiality over the highlighted information on page 24 of McAfee's Motion for Attorneys' Fees and Costs.  As explained further below, McAfee maintains a claim of confidentiality over the attorneys' fee amounts disclosed in these documents (including on page 24 of McAfee's Motion for Attorneys' Fees).

5.   WilmerHale made a fixed-fee arrangement with McAfee.  Those fixed-fee amounts are WilmerHale's and McAfee's confidential business information.  If made public, other attorneys and law firms could use this information to seek a competitive business advantage over both WilmerHale and McAfee.

6.   WilmerHale made special fee arrangements with the litigation support vendors used in this case.  Those fee amounts are also WilmerHale's and the vendors' confidential business information.  If disclosed, other attorneys, law firms, and litigation support vendors could use this information to obtain a business advantage over WilmerHale or the vendors.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated:  August 20, 2015                          By: */s/ Joseph J. Mueller__* _____

Joseph J. Mueller

MUELLER DECL. ISO MCAFEE'S MOTION TO SEAL (MCAFEE'S MOTION FOR ATTORNEYS' FEES AND COSTS)
3:13-CV-04545-HSG

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in this filing had been obtained from Joseph J. Mueller and that records to support this concurrence are on file.

Dated: August 20, 2015                              */s/ Christine Capuyan*

                                                    Christine Capuyan

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the United States that a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

Dated: August 20, 2015                              */s/ Christine Capuyan*

                                                    Christine Capuyan

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

4