Christine C. Capuyan (SBN 281036)
christine.capuyan@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Sarah B. Petty (*pro hac vice*)
sarah.petty@wilmerhale.coms
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Nina S. Tallon (*pro hac vice*)
nina.tallon@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:    (202) 663-6000
Facsimile:    (202) 663-6363

*Attorneys for Defendant and
Counterclaim-Plaintiff McAfee, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TVIIM, LLC,<br><br>            Plaintiff,<br><br>  v.<br><br>MCAFEE, INC.,<br><br>            Defendant. | **Civil Action No. 3:13-CV-04545-HSG**<br><br>**MCAFEE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**(MCAFEE'S REPLY IN SUPPORT OF ITS MOTION FOR ATTORNEYS' FEES AND COSTS)** |

In accordance with Civ. L.R. 7-11 and 79-5, McAfee, Inc. ("McAfee") hereby moves to seal portions of the confidential, unredacted version of McAfee's Reply in Support of its Motion for Attorneys' Fees and Costs ("Reply"). These portions have been highlighted in green in the version of the Reply that McAfee hereby files under seal and contain information previously sealed by the Court (Dkt. 300).

McAfee, the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, and McAfee's graphics vendor, Core Legal Concepts, LLC, maintain a claim of confidentiality to this highlighted information, as explained in detail and for the reasons set forth in the Declaration of Joseph J. Mueller in Support of McAfee's Administrative Motion to File Under Seal (Dkt. 296-2) and Declaration of April Tate Tishler in Support of McAfee's Dkt. 296 Motion to Seal (Dkt. 299).

For the foregoing reasons, McAfee respectfully requests sealing of the green-highlighted portions of the confidential, unredacted version of McAfee's Reply that McAfee hereby files under seal.

Dated: September 10, 2015

WILMER CUTLER PICKERING HALE AND DORR LLP

 */s/ Christine C. Capuyan*

Christine C. Capuyan (SBN 281036)

*Attorney for Defendant and Counterclaim-Plaintiff McAfee, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States that a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

Dated: September 10, 2015

*/s/ Christine Capuyan*
Christine Capuyan