Christine C. Capuyan (SBN 281036)
  christine.capuyan@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Joseph J. Mueller (*pro hac vice*)
  joseph.mueller@wilmerhale.com
Sarah B. Petty (*pro hac vice*)
  sarah.petty@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Nina S. Tallon (*pro hac vice*)
  nina.tallon@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:    (202) 663-6000
Facsimile:     (202) 663-6363

*Attorneys for Defendant and
Counterclaim-Plaintiff McAfee, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TVIIM, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>MCAFEE, INC.,<br><br>        Defendant. | **Civil Action No. 3:13-CV-04545-HSG**<br><br>**[PROPOSED] ORDER GRANTING MCAFEE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL  (MCAFEE'S REPLY IN SUPPORT OF ITS MOTION FOR ATTORNEYS' FEES AND COSTS)**<br><br>Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civ. L.R. 7-11 and 79-5, McAfee, Inc. ("McAfee") has filed an Administrative Motion to File Documents Under Seal ("Motion to Seal") relating to Reply in Support of its Motion for Attorneys' Fees and Costs ("Reply").

McAfee has moved to file under seal portions of the confidential, unredacted version of McAfee's Reply, which contain information previously sealed by the Court (Dkt. 300).

Accordingly, for compelling reasons shown, the Court GRANTS McAfee's Motion to Seal.

IT IS HEREBY ORDERED that the confidential, unredacted version of McAfee's Reply shall be filed under seal.

**IT IS SO ORDERED.**

Dated: _____         _____
                             Hon. Haywood S. Gilliam, Jr.
                             United States District Judge