1  Christine C. Capuyan (SBN 281036)
     christine.capuyan@wilmerhale.com
2  WILMER CUTLER PICKERING
   HALE AND DORR LLP
3  950 Page Mill Road
   Palo Alto, CA  94304
4  Telephone:  (650) 858-6000
   Facsimile:  (650) 858-6100
5
   Joseph J. Mueller (*pro hac vice*)
6    joseph.mueller@wilmerhale.com
   Sarah B. Petty (*pro hac vice*)
7    sarah.petty@wilmerhale.com
   Wilmer Cutler Pickering Hale and Dorr LLP
8  60 State Street
   Boston, MA  02109
9  Telephone:     (617) 526-6000
   Facsimile:     (617) 526-5000
10
   Nina S. Tallon (*pro hac vice*)
11   nina.tallon@wilmerhale.com
   Wilmer Cutler Pickering Hale and Dorr LLP
12 1875 Pennsylvania Avenue NW
   Washington, DC 20006
13 Telephone:     (202) 663-6000
   Facsimile:     (202) 663-6363
14
15 *Attorneys for Defendant and*
   *Counterclaim-Plaintiff McAfee, Inc.*
16
                  **UNITED STATES DISTRICT COURT**
17
                  **NORTHERN DISTRICT OF CALIFORNIA**
18
                  **SAN FRANCISCO DIVISION**
19
   TVIIM, LLC,                           **Case No. 3:13-cv-04545-HSG**
20
                       Plaintiff,
21
          v.
22                                        **ORDER GRANTING  JOINT**
                                          **REQUEST TO SET NEW HEARING**
   MCAFEE, INC.,                          **DATE FOR POST-TRIAL MOTIONS**
23
                       Defendant.
24
25
26
27
28

[left margin vertical text] Wilmer Cutler Pickering Hale and Dorr LLP  950 Page Mill Road  Palo Alto, CA  94304

[PROPOSED] ORDER
3:13-cv-04545-HSG

Pursuant to the parties' stipulation, the hearing for McAfee, Inc.'s Motion for Attorneys' Fees and Costs (Dkt. 294) and TVIIM, LLC's Motion for Judgment as a Matter of Law and Motion for New Trial (Dkt. 305) has been set to November 12, 2015 at 2:00 p.m. in Courtroom 15, 18th Floor.

Dated:  September 14, 2015

Hon. Haywood S. Gilliam, Jr.
United States District Judge

[PROPOSED] ORDER
3:13-cv-04545-HSG