Christine C. Capuyan (SBN 281036)
  christine.capuyan@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Joseph J. Mueller (*pro hac vice*)
  joseph.mueller@wilmerhale.com
Sarah B. Petty (*pro hac vice*)
  sarah.petty@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Nina S. Tallon (*pro hac vice*)
  nina.tallon@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:     (202) 663-6000
Facsimile:     (202) 663-6363

*Attorneys for Defendant and
Counterclaim-Plaintiff McAfee, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TVIIM, LLC, | **Civil Action No. 3:13-CV-04545-HSG** |
| Plaintiff, | |
| v. | **DECLARATION OF JOSEPH J. MUELLER IN SUPPORT OF MCAFEE'S OPPOSITION TO TVIIM'S MOTION FOR JUDGMENT AS A MATTER OF LAW AND FOR A NEW TRIAL** |
| MCAFEE, INC., | |
| Defendant. | |

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

I, Joseph J. Mueller, hereby declare as follows:

1.      I am an attorney admitted to this Court *pro hac vice* and admitted to practice in the Commonwealth of Massachusetts (BBO #647567).  I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, and counsel for Defendant McAfee, Inc. ("McAfee") in the above-captioned matter.  I am familiar with the information set forth herein, and I could and would competently testify thereto if called as a witness.

2.      I make this declaration in support of McAfee's Opposition to TVIIM's Motion for Judgment as a Matter of Law and for a New Trial.

3.      Attached to this Declaration as **Exhibit 1** is a true and correct copy of Trial Exhibit 102, U.S. Patent No. 6,889,168.

4.      Attached to this Declaration as **Exhibit 2** is a true and correct copy of Trial Exhibit 1025, a document entitled, "What computer security tool will you use?".

5.      Attached to this Declaration as **Exhibit 3** is a true and correct copy of Trial Exhibit 101, the provisional application for U.S. Patent No. 6,889,168.

6.      Attached to this Declaration as **Exhibit 4** is a true and correct copy of Trial Exhibit 1026, an image of a disc containing the HostGUARD software.

7.      Attached to this Declaration as **Exhibit 5** is a true and correct copy of demonstrative exhibits Rubin DDX 253 – Rubin DDX 364, the slides used during McAfee technical expert Dr. Aviel Rubin's invalidity presentation.

8.      Attached to this Declaration as **Exhibit 6** are true and correct copies of Trial Exhibits 1087A – 1087K, screenshots of a video demonstration of the HostGUARD software.

9.      Attached to this Declaration as **Exhibit 7** are true and correct copies of Trial Exhibits 1088A – 1088G, screenshots of a video demonstration of the HostGUARD software.

10.     Attached to this Declaration as **Exhibit 8** is a true and correct copy of Trial Exhibit 1041, a document entitled, "System Security Scanner (S3) 1.1: User Guide and Reference Manual" (black and white).

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

11. Attached to this Declaration as **Exhibit 9** is a true and correct copy of Trial Exhibit 1042, a document entitled, "System Security Scanner (S3) 1.1: User Guide and Reference Manual" (color).

12. Attached to this Declaration as **Exhibit 10** is a true and correct copy of certain portions of the transcript of the September 9, 2014 deposition of Kevin Reynolds.

13. Attached to this Declaration as **Exhibit 11** is a true and correct copy of Trial Exhibit 5, a document entitled, "Proposed Design for McAfee Vulnerability Scanner."

14. Attached to this Declaration as **Exhibit 12** is a true and correct copy of Trial Exhibit 6, a presentation entitled, "McAfee Vulnerability Scanner Overview."

15. Attached to this Declaration as **Exhibit 13** is a true and correct copy of Trial Exhibit 18, a document entitled, "Business Plan:  Vulnerability Manager V1."

16. Attached to this Declaration as **Exhibit 14** is a true and correct copy of Trial Exhibit 22, a document entitled, "Design Document for McAfee Vulnerability Scanner."

17. Attached to this Declaration as **Exhibit 15** is a true and correct copy of Trial Exhibit 181, a document entitled, "ApplicationAdvisor Phase 1 – MTIS Integration PRD."

18. Attached to this Declaration as **Exhibit 16** is a true and correct copy of Trial Exhibit 3, a document entitled, "How Vulnerability Scanner Works."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated:  September 17, 2015

WILMER CUTLER PICKERING HALE AND DORR LLP

 */s/ Joseph J. Mueller*

Joseph J. Mueller (*pro hac vice*)

*Attorney for Defendant and Counterclaim-Plaintiff McAfee, Inc.*

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in this filing had been obtained from Joseph J. Mueller and that a copy of his original signature is on file.

Dated: September 17, 2015           */s/ Jeffrey T. Hantson*

Jeffrey T. Hantson

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the United States that a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

Dated: September 17, 2015           */s/ Jeffrey T. Hantson*

Jeffrey T. Hantson

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304