| | |
|---|---|
| John J. Shaeffer (SBN 138331)<br>  jshaeffer@foxrothschild.com<br>Jeffrey H. Grant (SBN 218974)<br>  jgrant@foxrothschild.com<br>Emily S. Birdwhistell (SBN 248602)<br>  ebirdwhistell@foxrothschild.com<br>FOX ROTHSCHILD LLP<br>1800 Century Park East, Suite 300<br>Los Angeles, California 90067<br>Telephone: (310) 598-4150<br>Fax: (310) 556-9828<br><br>*Attorneys for Plaintiff and Counterclaim-Defendant TVIIM, LLC* | Christine C. Capuyan (SBN 281036)<br>  christine.capuyan@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>Joseph J. Mueller (*pro hac vice*)<br>  joseph.mueller@wilmerhale.com<br>Sarah B. Petty (*pro hac vice*)<br>  sarah.petty@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>Nina S. Tallon (*pro hac vice*)<br>  nina.tallon@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone:   (202) 663-6000<br>Facsimile:    (202) 663-6363<br><br>*Attorneys for Defendant and Counterclaim-Plaintiff McAfee, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TVIIM, LLC, a Colorado Limited liability company,<br><br>          Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>MCAFEE, INC., a corporation,<br>          Defendant and Counterclaim-Plaintiff. | Case No.  3:13-cv-04545-HSG<br><br>**JOINT STIPULATION REQUESTING PERMISSION TO CONNECT LAPTOPS FOR VISUAL PRESENTATIONS AT NOVEMBER 12, 2015 HEARING**<br><br>**[PROPOSED] ORDER** |

STIP. RE VISUAL PRESENTATIONS
3:13-CV-04545-HSG

1   Pursuant to Civil Local Rule 7-12, counsel for Plaintiff TVIIM, LLC ("TVIIM")
2   and Defendant McAfee, Inc. ("McAfee") stipulate and respectfully request an order
3   permitting counsel and their staff and/or consultants to (a) bring laptop computers into the
4   courthouse and (b) connect their respective laptops into Courtroom 15's visual
5   presentation system on Thursday, November 12, 2015, for the hearings on the following
6   motions on that same date:

- McAfee's Motion for Attorneys' Fees and Costs (Dkt. 294)
- TVIIM's Joint Motion for Judgment as a Matter of Law Pursuant to FRCP 50(b) and Motion for New Trial Pursuant to FRCP 59 (Dkt. 305)

Counsel also respectfully request that they and their staff and/or consultants be permitted to enter Courtroom 15 at 1:00 p.m. on November 12, 2015 (or at another time convenient to the Court, and in advance of the 2:00 p.m. hearing) to connect their respective laptops and confirm operability with the Court's presentation system.

Dated: November 10, 2015        FOX ROTHSCHILD LLP

                                By: /s/ *John J. Shaeffer*
                                    John J. Shaeffer
                                    Jeffrey H. Grant
                                    *Attorneys for Plaintiff*
                                    *TVIIM, LLC*

Dated: November 10, 2015        WILMER CUTLER PICKERING
                                HALE AND DOOR LLP

                                By: /s/ *Joseph J. Mueller*
                                    Joseph J. Mueller (*pro hac vice*)
                                    Nina S. Tallon (*pro hac vice*)
                                    Sarah B. Petty (*pro hac vice*)
                                    Christine C. Capuyan
                                    *Attorneys for Defendant*
                                    *McAfee, Inc.*

**[PROPOSED] ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: _____   _____
                                          Haywood S. Gilliam, Jr.
                                          United States District Judge

DENIED
Haywood S. Gilliam Jr.
Judge Haywood S. Gilliam Jr.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## ATTESTATION OF E-FILED SIGNATURES

I, Christine C. Capuyan, am the ECF user whose ID and password are being used to file this Joint Stipulation Requesting Permission to Connect Laptops for Visual Presentations at November 12, 2015 Hearing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in this filing had been obtained from Joseph J. Mueller and John J. Shaeffer.

Dated: November 10, 2015                         */s/ Christine C. Capuyan*
                                                                        Christine C. Capuyan

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States that a true and correct copy of the above and foregoing document has been served on November 10, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

Dated: November 10, 2015                         */s/ Christine C. Capuyan*
                                                                        Christine C. Capuyan